Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Per

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, in individual<br><br>Plaintiff,<br>v.<br><br>CRAIG C.O. WATERS ESQ, in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40<br><br>Defendants. | Case No.: 1:25-CV-00532-KES-SAB<br><br>[PROPOSED] ORDER GRANTING JUDICIAL NOTICE *(E.D. Cal. Form CM-020)*<br><br>**RECEIVED**<br><br>MAY 06 2025<br><br>CLERK U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

The Court, having reviewed **Plaintiff's Request for Judicial Notice** and finding compliance with **Local Rule 133**, hereby **ORDERS**:

### I. JUDICIAL NOTICE TAKEN

Pursuant to **FRE 201**, the Court takes judicial notice of the following **undisputed facts and documents**:

///
///
///

1
[PROPOSED] ORDER GRANTING JUDICIAL NOTICE *(E.D. Cal. Form CM-020)*

1. **Exhibit A (Answer):**

   a. Filed by Defendant Waters in *Fresno Superior Court Case No. 18CECG03151* on **July 3, 2019**.

   b. **Undisputed Fact:** Waters became the attorney of record on the onset of the case.

2. **Exhibit B (Substitution of Attorney, MC-050):**

   a. Filed by Defendant Waters in *Fresno Superior Court Case No. 18CECG03151* on **January 12, 2022**.

   b. **Undisputed Fact:** Waters falsely claimed to be a "new attorney" despite prior representation.

3. **Exhibit C (Waters' Declaration):**

   a. Filed in Fresno Superior Court on **February 21, 2023**

   b. **Undisputed Fact:** Contains false statements about drafting documents post-substitution.

4. **Exhibit D ( Affidavit of Truth):**

   a. Sent Certified to Defendant Waters on November 4, 2022, and received by Defendant Waters on November 7, 2022.

   b. **Undisputed Fact:** Waters cited but never rebutted this notarized affidavit.

5. **Exhibit E (State Bar Complaint):**

   a. Submitted by Plaintiff to the State Bar on **July 17, 2024**.

   b. **Undisputed Fact:** Documents Waters' misconduct with attached evidence.

6. **Exhibit F (State Bar Closure Letter):**

   a. Dated **September 19, 2024**.

   b. **Undisputed Fact:** State Bar closed investigation without legal basis.

7. **California Civil Code § 3287(a):**

   a. **Undisputed Fact:** Mandates **10% annual interest** on unpaid debts.

8. **California Business & Professions Code §§ 10140–10148:**

     a. **Undisputed Fact:** Requires escrow companies to honor valid liens.

## II. EFFECT OF JUDICIAL NOTICE

1. **Facts Deemed Established:**

     a. The above-listed facts are **not subject to reasonable dispute** under **FRE 201(g)**.

     b. Defendants may not challenge the **authenticity** of these documents.

2. **Objections Limited:**

     a. Any objections must be filed within **7 days** per **Local Rule 133(c)** and may only address:

          1. Relevance under **FRE 401**; or

          2. Legal conclusions drawn from noticed facts.

### III. DIRECTIONS TO PARTIES

1. **Defendants** must serve/file objections by _____, 2025; 7 days after service.
2. **Plaintiff** may file a response within **5 days** of any objections.

IT IS SO ORDERED.

DATED: _____, 2025

                                      HON. _____
                                        United States District Judge
                                        Eastern District of California

**[PROPOSED] ORDER GRANTING JUDICIAL NOTICE *(E.D. Cal. Form CM-020***