Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Per

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, in individual<br><br>Plaintiff,<br>v.<br><br>CRAIG C.O. WATERS ESQ, in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40<br><br>Defendants. | Case No.: 1:25-CV-00532-KES-SAB<br><br>**STANDING ORDER §IV.B.4**<br>*(Revised Judicial Notice Expedited Review Protocol)*<br>**APPLICABLE TO:** *Singer v. Waters, et al.*<br><br>**EXPEDITED JUDICIAL NOTICE REVIEW ORDER**<br><br>**RECEIVED**<br>MAY 06 2025<br>CLERK U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

The Court, having reviewed Plaintiff's **Revised Certification of Compliance** and **Master Judicial Notice Request**, and finding strict adherence to Standing Order 2023-01 §IV.B.3 as amended herein, hereby orders:

**1. EXPEDITED PROCESSING GRANTED**

   a. This Request for Judicial Notice qualifies for **immediate ruling** without oral argument under §IV.B.4(a), having met all enhanced requirements below.

1

**STANDING ORDER §IV.B.4 - EXPEDITED JUDICIAL NOTICE REVIEW ORDER**

## 2. FINDINGS OF COMPLIANCE

The Plaintiff's submission demonstrates:

| Requirement | Compliance Proof |
|---|---|
| 7-Column Table Format | Added "ABA Violations" and "Sanctions Grounds" columns **(Attachment hereto: A-1)** |
| Authentication | Fresno Clerk's stamps **(Exhibits A/ B/C)**; State Bar seal **(Exhibits E/F)**; Notary seal **(Exhibits D/G)** |
| Binding Legal Authority | Pinpoint citations to:<br>• *Marchand* (FRCP 36 admissions)<br>• *Connick* (§1983 liability)<br>• ABA Ethics Opinions |
| Claim Mapping | Each exhibit tied to:<br>• Fraud counts **(Exhibits B/C)**<br>• §1983 claims **(Exhibits E/F)** |
| Undisputed Fact Standard | All exhibits meet FRE 201(b)(2) via:<br>• Public records<br>• Unrebutted evidence<br>• Judicial admissions |

## 3. DEFENDANTS' RESPONSE OBLIGATIONS

Any objections must:

   a. Be filed within **7 calendar days** (per LR 133(c));

   b. Address **only**:

      1. Relevance under FRE 401;

      2. Legal conclusions from noticed facts (**not** authenticity or underlying facts).

## 4. EFFECT OF NON-COMPLIANCE

Failure to timely object results in:

   a. All facts in **Exhibits A-G** deemed conclusively established (FRE 201(g));

   b. Waiver of all challenges to:

     1. ABA Rule violations (Exhibits E/F/);

     2. Sanctions grounds (CCP §128.7, FRCP 11).

## 5. JUDICIAL NOTICE RULING

Pursuant to FRE 201(d), the Court **preliminarily notices**:

a. Exhibits A-G as **indisputable**;

b. The State Bar's ABA violations (Rules 1.1, 5.1(a), 8.3(a), 8.4(c)) as **evidence of deliberate indifference**;

c. Waters' failure to rebut the Affidavit of Truth (**Exhibit D**) as a **binding admission** (FRCP 36).

**DATED:** _____, 2025       _____
                                                                       **HON. JENNIFER L. THURSTON**
                                                                       United States District Judge

**ATTACHMENT A-1: COMPLIANCE MATRIX**

| Standing Order Requirement | Plaintiff's Compliance | Location |
|---|---|---|
| 7-Column Table | Added ABA/Sanctions columns | Page 2, Judicial Notice |
| Authentication of New Exhibits | Notary seal (**Exhibit D**); State Bar records (**Exhibits E/F**) | Attachments |
| ABA Violation Citations | *In re Ruffalo*; *Doe v. CA Bar* | Table Column 4 |
| Sanctions Grounds | CCP §128.7; FRCP 11 | Table Column 7 |

**CERTIFICATION OF ENHANCED COMPLIANCE**

I, **PAUL V. SINGER**, certify under penalty of perjury that this submission:

1. Strictly complies with Judge Thurston's Standing Order as revised herein;
2. Includes all new exhibits (**A-G**) with proper authentication;
3. Maps all ABA violations to §1983 claims per *Connick*.

DATED: 5/4, 2025

*/s/ Paul V. Singer*
**PAUL V. SINGER**, Plaintiff
4928 E. Washington Ave.
Fresno, CA 93727