Attorney or Party without Attorney:

PAUL SINGER
4928 E. WASHINGTON AVE.
FRESNO, CA 93727
TELEPHONE No.: (559) 871-6400

E-MAIL ADDRESS (Optional): pvsinger2020@gmail.com
FAX No. (Optional):

Attorney for: IN PRO PER

Ref No. or File No.:

FOR COURT USE ONLY

FILED

MAY 21 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

Plaintiff: PAUL SINGER

Defendant: CRAIG C.O. WALTERS ESQ, IN HIS OFFICIAL CAPACITY; ET AL.

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 1:25-CV-00532-KES-SAB |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFF'S JUDICIAL NOTICE REQUEST IN SUPPORT OF COMPLAINT; STANDING ORDER - EXPEDITED JUDICIAL NOTICE REVIEW ORDER; CIVIL CASE COVER SHEET; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOU RIGHTS!**

PARTY SERVED: **CRAIG C.O. WALTERS ESQ, IN HIS OFFICIAL CAPACITY**

DATE & TIME OF DELIVERY: **5/19/2025
1:49 PM**

ADDRESS, CITY, AND STATE: **5412 N. PALM AVE., #105
FRESNO, CA 93704**

PHYSICAL DESCRIPTION:
| **Age: 40s** | **Weight: 240** | **Hair: Brown** |
| **Sex: Male** | **Height: 5'9"** | **Eyes: Blue** |
| **Race: Caucasian** | **Marks:** | |

**MANNER OF SERVICE:**
Personal Service - By personally delivering copies.

Fee for Service: $ 271.60
County: FRESNO
Registration No.: S201710000040
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 19, 2025.

Signature: _____
BRIAN L. TURNER

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: E478286    /General