# AFFIDAVIT OF SERVICE

| Case: 1:25-cv-00532-KES-SAB | Court: In The United States District Court For The Eastern District of California | County: | Job: 13333102 |
|---|---|---|---|
| Plaintiff / Petitioner: Paul Singer | | Defendant / Respondent: State Bar of California, office of Chief Trial; Kristin Charles in her official Capacity; Louisa Ayrapetyab in her official Capacity; State Bar of California, Office of General counsel; Brandon n. Stallings In his official capacity; and Does1-40 | |
| Received by: Lance Casey & Associates | | For: Paul Singer | |
| To be served upon: Kristin Charles c/o State Bar of California | | | |

I, Lance Casey, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kal, Office: 180 Howard St Financial District, San Francisco, CA 94105

**Manner of Service:** Business, May 19, 2025, 12:33 pm PDT

**Documents:** - SUMMONS, - COMPLAINT, - ALL EXHIBITS, - CIVIL COVER SHEETS -JS-44, - NOTICE OF ADMINISTRATIVE/MAGISTRATE JUDGE-CONSENT FORM, -STANDING ORDER, -Plaintiff's Judicial Notice Request In Support of Complaint

**Additional Comments:**
1) Unsuccessful Attempt: May 16, 2025, 10:14 am PDT at Office: 8950 Cal Center Drive 346, Sacramento, CA 95826
Door locked and no answer when I knocked.

2) Successful Attempt: May 19, 2025, 12:33 pm PDT at Office: 180 Howard St Financial District, San Francisco, CA 94105 received by Kal.

_____    05/20/2025
Lance Casey                  Date

Lance Casey & Associates
5015 Madison Ave -Unit #A90
Sacramento, CA 95841
8006834769