1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANN G. McINTYRE, SB# 106067
2     E-Mail: Lann.McIntyre@lewisbrisbois.com
550 West C Street, Suite 1700
3 San Diego, California 92101
Telephone: 619.233.1006
4 Facsimile:  619.233.8627

5 Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40,<br><br>            Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>**DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>Filed Concurrently with Memorandum of Points and Authorities; Declaration of Lann G. McIntyre; Request for Judicial Notice<br><br>Judge:   Hon. Kirk E. Sherriff<br>Date:    July 7, 2025<br>Time:    1:30 p.m.<br>Crtrm.:  6<br><br>District Judge:    Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone<br><br>Trial Date:              None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on July 7, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the above entitled court, Defendant, CRAIG C.O. WATERS, ESQ. ("Waters") does hereby move this court to strike the three state law based causes of action for (1) Fraud and Intentional Misrepresentation; (2) Equitable Relief to Reopen the



158197757.1

1 Lower Court Case; and (3) Equitable Relief to Open Investigation by the California Department of
2 Real Estate in the Complaint filed by Plaintiff PAUL V. SINGER ("Singer") pursuant to
3 California Code of Civil Procedure section 425.16.

4     This Motion is made on the ground that the three state law claims alleged in Singer's Complaint against Waters arise from Waters' acts in furtherance of his constitutional rights of petition and speech, triggering the protections of California Code of Civil Procedure section 425.16. Further, Singer's state law claims against Waters are without merit because the California litigation privilege under California Civil Code section 47 completely bars Singer from bringing his state law claims, and Singer has failed to plead state law claims from which relief may be granted. Singer thus cannot sustain his burden of demonstrating a probability of prevailing on the merits of his state law claims.

    This Motion is made and based on this Notice, the Memorandum of Points and Authorities in support thereof, the Declaration of Lann G. McIntyre, Request for Judicial Notice, the pleadings and papers on file herein, including the special motion to strike and supporting papers filed by other defendants in this action, matters which the Court might or must take judicial notice, as well as any further briefing, oral argument and evidence that the Court may permit.

DATED:  June 9, 2025        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
LANN G. McINTYRE
Attorneys for Defendant CRAIG C.O. WATERS, ESQ.



158197757.1

2

DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

**CERTIFICATE OF SERVICE**
*Singer v. Waters, et al.*
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 9, 2025, I served the following document(s): **DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Plaintiff Pro Per**
Paul V. Singer
4928 E. Washington Avenue
Fresno, CA 93727
Phone: 559-871-6400

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 9, 2025, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham