**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANN G. McINTYRE, SB# 106067
  E-Mail: Lann.McIntyre@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile:  619.233.8627

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40,<br><br>          Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>**DECLARATION OF LANN G. McINTYRE IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**<br><br>Filed Concurrently with Notice of Special Motion to Strike; Memorandum of Points and Authorities; Request for Judicial Notice<br><br>Judge:   Hon. Kirk E. Sherriff<br>Date:    July 7, 2025<br>Time:    1:30 p.m.<br>Crtrm.:  6<br><br>District Judge:   Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone<br><br>Trial Date:             None Set |

DECLARATION OF LANN G. McINTYRE

I, Lann G. McIntyre, declare as follows:

1.     I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for

1  Defendant CRAIG C.O. WATERS, ESQ. ("Waters") herein. The facts set forth herein are of my

2  own personal knowledge, and if sworn I could and would competently testify thereto.

3   2. Attached hereto as Exhibit "1" is a true and correct copy of the complaint filed by

4  plaintiff Paul V. Singer ("Singer") on August 23, 2018, in the Superior Court of California, for the

5  County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151.

6   3. Attached hereto as Exhibit "2" is a true and correct copy of the answer filed by

7  Waters on behalf of defendant Brian Weldon (Weldon) on July 3, 2019, in the Superior Court of

8  California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No.

9  18CECG03151.

10   4. Attached hereto as Exhibit "3" is a true and correct copy of the substitution of

11 attorney filed by Waters on behalf of Weldon on January 12, 2022, in the Superior Court of

12 California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No.

13 18CECG03151.

14   5. Attached hereto as Exhibit "4" is a true and correct copy of the motion for

15 sanctions filed by Waters on behalf of Weldon on February 21, 2023, in the Superior Court of

16 California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No.

17 18CECG03151.

18   6. Attached hereto as Exhibit "5" is a true and correct copy of the Declaration of

19 Craig Waters filed by Waters on behalf of Weldon on February 21, 2023, in support of the

20 sanctions motion, in the Superior Court of California, for the County of Fresno, in the case *Paul

21 Singer vs. Brian Weldon*, Case No. 18CECG03151.

22   7. Attached hereto as Exhibit "6" is a true and correct copy of the notice of non-

23 opposition to the motion for sanctions filed by Waters on behalf of Weldon on March 8, 2023, in

24 the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian

25 Weldon*, Case No. 18CECG03151.

26   8. Attached hereto as Exhibit "7" is a true and correct copy of the order granting the

27 motion for sanctions filed by the trial court on March 15, 2023, in the Superior Court of

28 California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

18CECG03151.

9. Attached hereto as Exhibit "8" is a true and correct copy of the request for dismissal filed by Singer on June 20, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151.

10. Attached hereto as Exhibit "9" is a true and correct copy of the motion to set aside the dismissal filed by Singer on October 3, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151.

11. Attached hereto as Exhibit "10" is a true and correct copy of the order denying the motion to set aside the dismissal filed by the trial court on March 19, 2024, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151.

12. Attached hereto as Exhibit "11" is a true and correct copy of the complaint filed in this action by Singer on May 6, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 9th day of June, 2025, at San Diego, California.

Lann G. Mcntyre

158203872.1

3

DECLARATION OF LANN G. McINTYRE IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT

**CERTIFICATE OF SERVICE**
*Singer v. Waters, et al.*
**U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 9, 2025, I served the following document(s): **DECLARATION OF LANN G. McINTYRE IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Plaintiff Pro Per**
Paul V. Singer
4928 E. Washington Avenue
Fresno, CA 93727
Phone: 559-871-6400

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 9, 2025, at San Francisco, California.

_____
Nancy Lew-Pham

158203872.1

1

DECLARATION OF LANN G. McINTYRE IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT