# Exhibit 5

E-FILED
2/21/2023 4:05 PM
Superior Court of California
County of Fresno
By: Estela Alvarado, Deputy

CRAIG C.O. WATERS, ESQ. (SBN: 311109)
**MODERN LEGAL PC**
5412 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone:    (559) 603-8522
Facsimile:    (559) 777-6604
Email:    cwaters@modernlegalpc.com

Attorney for Defendant and Cross-Complainant
BRIAN WELDON

## IN THE SUPERIOR COURT OF CALIFORNIA

## COUNTY OF FRESNO

| | |
|---|---|
| PAUL SINGER, an individual, and BENCHMARK LOGIC REAL ESTATE INVESTING AND CONSULTING, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN WELDON, an individual; FREEDOM INVESTMENTS, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 18CECG03151<br><br>**DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR MONETARY SANCTIONS AGAINST PLAINTIFF PAUL SINGER** |
| BRIAN WELDON, an individual;<br><br>Cross-Complainant,<br><br>v.<br><br>PAUL SINGER, an individual; and BENCHMARK LOGIC REAL ESTATE INVESTING AND CONSULTING, LLC, a California Limited Liability Company; ROES 1 through 20, inclusive,<br><br>Cross-Defendants. | Assigned to Hon. Kristi Culver Kapetan, Dept. 403<br>Complaint filed: August 23, 2018<br>Cross-Complaint filed: September 21, 2020<br><br>**Date:**    March 15, 2023<br>**Time:**    3:27 p.m.<br>**Dept.:**    502 |

I, CRAIG C.O. WATERS, declare as follows:

1.    I am an attorney fully licensed to practice law before all the courts in the State of California, and the attorney of record for Defendant BRIAN WELDON ("Defendant"). I have held this position at all times relevant herein.

MODERN LEGAL PC

1       2.     If I were called as a witness, I would and could competently testify to all facts stated

2  herein from my personal knowledge, except where stated upon information and belief and, as to

3  those matter, I am informed and believe them to be true.

4       3.     On or about December 12, 2022, my office received a meet and confer letter from

5  Plaintiff PAUL SINGER ("Plaintiff") dated December 9, 2022, by certified mail with tracking

6  number 7022 1670 0002 0008 6997 (the "6997 Tracking Number") (the "December 12 Meet and

7  Confer Letter"). A true and correct copy of the December 12 Meet and Confer Letter is attached

8  hereto as **Exhibit A**.

9       4.     Modern Legal PC's mail processing protocol is to date-stamp and scan all incoming

10  mail, including the envelope in which the mail is received, and save the scans into the firm's cloud-

11  based software, by which the scanned mail is saved to the particular client's matter file.

12       5.     Upon receiving the December 12 Meet and Confer Letter after it had been processed,

13  I reviewed the scanned mail for that day and the matter file for this case but found no record of any

14  requests for admission having been served by Plaintiff.

15       6.     The only mail item received during the time in question, around November 8, 2022,

16  was an "Affidavit of Truth" that my office had received from Plaintiff on November 7, 2022 (the

17  "November 7 Affidavit of Truth"). A true and correct copy of the November 7 Affidavit of Truth is

18  attached hereto as **Exhibit B**.

19       7.     The November 7 Affidavit of Truth was received by certified mail with tracking

20  number 7022 1670 0002 0008 6096 (the "6096 Tracking Number"). Indeed, on November 9, 2022,

21  I received a phone call from counsel for the escrow company involved in the subject transaction

22  stating that they had also received an affidavit of truth from Plaintiff.

23       8.     On December 15, 2022, I drafted a meet and confer response letter to Plaintiff

24  informing him that no record of any requests for admission could be found and asked Plaintiff to

25  send the requests that Plaintiff believed were outstanding (the "December 15 Response Letter"). A

26  true and correct copy of the December 15 Response Letter is attached hereto as **Exhibit C**. No

27  response was ever received from Plaintiff.

28  ////

**MODERN LEGAL PC**

DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR SANCTIONS

9.    On or about December 29, 2022, approximately two weeks after I responded to Plaintiff's meet and confer letter, my office received a copy of Plaintiff's Motion with the alleged requests for admission. This was the first time I had seen the alleged requests for admission (the "Requests").

10.    After receiving the Motion, I contacted Plaintiff by telephone to meet and confer regarding the Motion and the allegedly outstanding responses. I informed Plaintiff, once again, that no requests for admission had been received by my office.

11.    Plaintiff represented that he had sent the requests by certified mail and that he had a tracking number. I requested the tracking number and Plaintiff agreed to provide it after the call. During the meet and confer call, I agreed to serve responses to the Requests no later than the end of the day on January 12, 2023. After the phone call, I drafted a confirming letter, which was sent to Plaintiff by mail and by email as Plaintiff requested.

12.    On December 30, 2022, I received an email from Plaintiff with a Certified Mail Receipt and USPS tracking page ("Plaintiff's Email with Tracking Information"). A true and correct copy of Plaintiff's Email with Tracking Information is attached hereto as **Exhibit D**.

13.    The tracking number identified on the Certified Mail Receipt was the 6096 Tracking Number and was one of three envelopes sent via certified mail by Plaintiff on that day. The receipt for the Certified Mailing showed that Plaintiff sent three identical mailings to three separate zip codes, all weighing exactly the same amount. This piqued my interest, as Defendant is the only active party in the matter and there are no other parties to be served with the Requests.

14.    I reviewed the 6096 Tracking Number and compared it with the Firm's received mailings. The tracking number was matched, not to any requests for admission as alleged, but to the November 7 Affidavit of Truth previously identified by my office. The USPS tracking page shows that 6096 Tracking Number was marked as delivered at 10:03 a.m. on November 7, 2023. A print-out of my office's cloud-based software confirms that the document and its envelope with the 6096 Tracking Number was scanned into the software on November 7, 2022, at 10:13 a.m., approximately ten minutes later (the "Clio Timestamp"). A true and correct copy of the Clio Timestamp is attached hereto as **Exhibit E**.

DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR SANCTIONS

MODERN LEGAL PC

15.     On or about January 3, 2023, I drafted a letter to Plaintiff wherein I explained my findings and included a copy of the electronic records for the receipt of the November 7 Affidavit of Truth, not the Requests as alleged by Plaintiff (the "January 3 Response Letter"). A true and correct copy of the January 3 Response Letter is attached hereto as **Exhibit F**. I respectfully requested, in light of the findings, that Plaintiff withdraw his Motion to Deem the Truth of Matters Admitted.

16.     On or about January 5, 2023, I received a responsive letter from Plaintiff stating that he disagreed with my findings ("Plaintiff's Notice of Objection"). A true and correct copy of Plaintiff's Notice of Objection is attached hereto as **Exhibit G**. Plaintiff claimed the November 7 Affidavit of Truth could not have been the document contained in the envelope scanned by my office because the November 7 Affidavit of Truth was notarized at 02:00 p.m. on November 4 and the 6096 Tracking Number was created before that time.

17.     On or about January 10, 2023, I contacted J. Leal ("Ms. Leal"), the notary public who had notarized the November 7 Affidavit of Truth. During the conversation, Ms. Leal stated that she forgot to enter the time for the notarization of the November 7 Affidavit of Truth in her notary log on the day of the signing. She further stated that the week before I contacted her, Plaintiff called her regarding the time of the notarization, and she informed him of the omission in her log. Per Ms. Leal, upon finding the omission, she reviewed her appointment calendar for the day and found that her appointment with Plaintiff was at 09:00 a.m. on November 4, 2022. When she informed Plaintiff of this fact, Plaintiff was adamant that it could not have been that early and that it could not have been before 02:00 p.m. For reasons unknown, Ms. Leal accepted Plaintiff's representation and completed the notary log by filling in 02:00 p.m. as the time of the signing. After my phone call with Ms. Leal, she confirmed the information in the call by text, and provided me with a copy of her appointment log for the day of the signing (the "January 10 Text Messages with Leal"). A true and correct copy of the January 10 Text Message with Leal are attached hereto as **Exhibit H**.

////

////

////



DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR SANCTIONS

18.     On January 12, 2023, as agreed during the December 29, 2022 meet and confer call, I served Defendant's responses to the Requests on Plaintiff by mail and email (the "Responses to Requests for Admission".) A true and correct copy of the Proof of Service for the Responses to Requests for Admission is attached hereto as **Exhibit I**.

19.     Defendant has incurred a total of $3,685.00 in attorney's fees and $77.48 in costs in opposing Plaintiff's Motion to Deem Truth of Matters Admitted and bringing this Motion for Sanctions.

20.     My hourly rate in this case is $335.00, which is commensurate with the hourly rate of other trial lawyers with my level of experience in Fresno County.

21.     Time entries are entered by attorneys and staff, contemporaneously with the completion of the work in an electronic time-keeping software. The records have been reviewed in detail to check for and correct duplicate entries and the like. In addition, I exercised billing judgment by deleting or reducing some time entries. The costs for the case are entered contemporaneously on the day they are paid by my firm. True and correct copies of worksheets showing the time entries and costs are attached hereto as **Exhibit J** and **Exhibit K**, respectively.

22.     In support of my hourly rate, I offer the following qualifications: I have been a licensed attorney for over six years, the entire duration of which has been in real estate and business litigation. Further, I have worked in real estate and business litigation for nearly nine years.

23.     My firm periodically establishes hourly rates for the billable personnel in our firm based on prevailing market rates in our area for attorneys of comparable skill, experience, and qualifications in a specialized practice area. These are the rates to be charged.

24.     The current hourly rates of the personnel who billed time in this case are well within the range of current market rates in this area for attorneys of similar age and experience.

Executed on February  21 , 2023 in Fresno, California. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

CRAIG C.O. WATERS


MODERN LEGAL PC

DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR SANCTIONS

# EXHIBIT A

## NOTICE
## MEET AND CONFER LETTER FOR FURTHER DISCOVERY RESPONSES

Date: 12/09/2022

From:
PAUL SINGER
4928 E. WASHINGTON AVENUE
FRESNO, CALIFORNIA 93727

Mailed: Certified#70221670000200086997

**RE: PAUL SINGER vs. BRIAN WELDON**

To:
MODERN LEGAL PC
C/O CRAIG WATER ESQ, (d/b/a)
5412 NORTH PALM AVENUE, SUITE 150
FRESNO, CALIFORNIA, 93704

**Dear Brian Weldon and Counselor:**

On November 8, 2022, I served upon you, on behalf of your client, BRIAN WELDON with requests for admission.

To date no responses have been received by me. I have still not received any response or received any request on your part for the extension for time which I would have considered. As you are more than 30 days late and I having personal knowledge to consider those records herein to this case history to all issues regarding meet and confer with your party, including the most recent being for mediation where the Court previously ordered you to do so, which you have yet to comply upon any of my requests since that order. I must insist that your client, BRIAN WELDON, provide me with his verified responses, without objections.

Be advised that Code of Civil Procedure § 2023.010(d) states that failing to respond to an authorized method of discovery is an abuse of the discovery process. Furthermore, your client has failed to serve any timely responses, therefore he has waived any right to objections, pursuant to Code of Civil Procedure § 2033.280 for the requests for admission.

Accordingly, I request that your client submit verified responses to my form requests for admission, without objections, within 10 days from the date of this letter.

It is my sincere intention to settle this matter amicably without the need for judicial intervention. However, as I am entitled to your client's verified discovery responses in the event, if I do not receive your client's verified responses, without objections, within 10 days from the date of this letter; I will have no choice but to file motion to deem admitted with the Court and ask for attorney's fees and sanctions for your client's failure to comply.

Very truly yours,

PAUL SINGER – PLAINTIFF- IN PRO PER



David Singer
4928 East Washington Ave.
Fresno, California 93727

7022 1670 0002 0008 6997

U.S POSTAGE PAID
FRESNO, CA
93727
AUG 09 22
$8.45

16

Brian Welden
C/o Craig Vatno Esq.
Modern Legal PC.
5412 North Palm Ave, suite 105
Fresno, California 93704

RECEIVED
DEC 1 2 2022
By:

# EXHIBIT B

# AFFIDAVIT OF TRUTH

In reference to 3549 E. Douglas Avenue, Visalia, California 93292: Title Order No.: 01880-268408; Loan No.: 0507650349; Registered UCC-1 liens Document No.: 60459630002 & 61128410002

PAUL SINGER
4928 E. Washington Avenue
Fresno, Fresno County, California

Case: PAUL SINGER vs. BRIAN WELDON, Case No.: 18CECG03151, filed 08/23/2018
Case Status: Open
UCC-1 DOC NO.: 60459630002 – PAUL SINGER
UCC-1 DOC NO.: 61128410002 – MICHAEL GUERENA
TITLE COMPANY: STEWART TITLE
ESCROW COMPANY: MAIN STREET ESCROW
ESCROW OFFICER: DANA FORSYTHE
PROPERTY SOLD: 08/10/2017
PROPERTY PRICE SOLD AT: $318,000.00
BRIAN WELDON:   Loan Payoff was not properly processed by both the Title Company and Escrow Company, therein allowing BRIAN WELDON to deny the lienholder PAUL SINGER to his payoff of $38,500 and forcing litigation to seek recovery.

## For The Record

The undersigned Affiant, PAUL SINGER, private individual, hereinafter, "Affiant", does solemnly swear, declare under penalty of perjury and state as follows:

1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

## Plain Statement of Facts

1. There is no evidence that PAUL SINGER, was paid $38,500 for the lien No.: 60459630002 at the time of sale of real property located at 3549 E. Douglas Avenue, Visalia, California 93292 through all forms of real estate transaction procedures with STEWART TITLE, MAIN STREET ESCROW or BRIAN WELDON on 08/10/2017.  Affiant believes there is no proof to the contrary.

2. BRIAN WELDON has personal knowledge PAUL SINGER was to receive $38,500.  Affiant believes there is no proof to the contrary.

3. BRIAN WELDON misrepresented facts in Case No.: 18CECG03151 to injure PAUL SINGER and to deny him of his money in the sum of $38,500.  Affiant believes there is no proof to the contrary.

4. MAIN STREET ESCROW, Escrow Officer DANA FORSYTHE has personal knowledge of two liens on the property; Liens Document No.: 60459630002 & 61128410002, and by her emails to PAUL SINGER knew PAUL SINGER was to receive $38,500. Affiant believes there is no proof to the contrary.

5. STEWART TITLE knew of the two liens of the property, therefore knew PAUL SINGER was to receive $38,500. Affiant believes there is no proof to the contrary.

6. There is no evidence that a check was issued to PAUL SINGER in the sum of $38,500 from STEWART TITLE, MAIN STREET ESCROW or BRIAN WELDON. Affiant believes there is no proof to the contrary.

7. There is no evidence that BRIAN WELDON paid toward any bond for $10,000 to any injunction order that states such conditions requirement to allow it to become an enforceable instrument to remove both liens Documents: 60459630002 & 61128410002. Affiant believes there is no proof to the contrary.

8. The second lienholder MICHAEL GUERENA on lien Document No.: 61128410002 was paid on 08/10/2017 in the sum of $5,000. Affiant believes there is no proof to the contrary.

9. MAIN STREET ESCROW overpaid BRIAN WELDON to include PAUL SINGER's portion. Affiant believes there is no proof to the contrary.

10. BRIAN WELDON knew he was overpaid and that it included PAUL SINGER's portion. Affiant believes there is no proof to the contrary.

11. The Lien, Document No.: 60459630002 has increased to $80,203.40 due to the five (5) years of interest of nonpayment. Affiant believes there is no proof to the contrary.


IN WITNESS WHEREOF I hereunto set my hand and seal on this ___4___ day of __NOV__, 2022 and hereby certify all the statements made above are true, correct and complete.

Date: __11 / 4 / 2022__          Signed: _____
                                        **PAUL SINGER - AFFIANT**

**Jurat**

This certificate is attached to a _Affidavit of Truth_

dated __11/4/22__.

Document Information: _____

_____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _Fresno_

Subscribed and sworn to (or affirmed) before me on this __4th__ day of _November_,

20 _22_, by __Paul Singer__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Print name: __J. Leal__

My appointment expires: __10 | 09 | 2026__

J. LEAL
Notary Public - California
Fresno County
Commission # 2420265
My Comm. Expires Oct 9, 2026



CERTIFIED MAIL

7022 1670 0002 0008 6096

U.S. POSTAGE PAID
FCM LG ENV
FRESNO, CA
93707
NOV 04, 22
AMOUNT
**$5.44**
R2304W121760-3

1000    93704

Brian Weldon
C/o Craig Waters (d/b/a)
Modern Legal PC
5412 N. Palm Ave, Ste 105
Fresno, California 93704

RECEIVED
NOV 07 2022
By: _____

# EXHIBIT C

# MODERN LEGAL PC

December 15, 2022

**_Sent via U.S. Mail and Electronic Mail_**
Paul Singer
4928 E. Washington Avenue
Fresno, CA 93727

> Re:    Meet and Confer
>        Singer v. Weldon - FCSC # 18CECG03151

Mr. Singer:

I am in receipt of your letter dated December 9, 2022, wherein you stated you are attempting to meet and confer regarding requests for admission allegedly served on my office on November 9, 2022. In reviewing the file for this case I do not show that any requests for admission were served by you on that date or any other date. Please provide me with copies of any requests for admission you believe are outstanding.

As to the mediation of the case, my recollection is that we have attempted to resolve the case with you multiple times since our trial date last year, but have never received any response to our calls or letters. I have enclosed a copy of one of our offer letters from March of this year for your reference. If you wish to discuss settlement I am happy to discuss it with you and can be reached at the office number below.

I look forward to hearing from you.

Sincerely,

Craig C.O. Waters, Esq.
MODERN LEGAL PC

Enclosure(s): Settlement Letter



# MODERN LEGAL PC

March 4, 2022

*Sent via U.S. Mail and Electronic Mail*
Paul Singer
4928 E. Washington Avenue
Fresno, California 93727
paul@calscope.com

Re: Case No. 18CECG03151 (*Singer v. Weldon, et al.*)

Mr. Singer:

Mr. Weldon is offering $3,500.00 to settle this case. Should you refuse this offer, I will have no choice, but to file a motion to dismiss the entire case on the grounds that, as you have been informed, you cannot serve as legal representation for your company, Benchmark Logic Real Estate Investing and Consulting.

Mr. Weldon is not amenable to granting a stipulation allowing you to separate yourself from the company and, consequently, the Judge is likely to dismiss your case in its entirety, leaving you with nothing for your troubles. If the Judge does not dismiss your case, Mr. Weldon will further pursue his claim against you in his Cross-Complaint and obtain the 45% of losses on the project.

The Cross-Complaint would not have been brought against you if Mr. Weldon were not certain that there were no profits, but only the financial losses on the project. Should Mr. Weldon be forced to go forward with his Cross-Complaint against you, your company will remain an included party, forcing you to retain counsel or be defaulted, securing Mr. Weldon's success. Should you hire an attorney, you will likely find yourself on the receiving end of a $25,000 to $50,000 legal bill. An offer of $3,500.00 is generous of Mr. Weldon.

Please respond to this offer no later than Friday, March 11, 2022. I look forward to hearing from you.

Kindest Regards,

Craig C.O. Waters, Esq.
MODERN LEGAL PC

# EXHIBIT D

**Subject:** Singer v. Weldon (01033)
**Date:** Friday, December 30, 2022 at 8:06:47 AM Pacific Standard Time
**From:** Kayla L. Waters
**To:** Craig Waters, Alejandra Ramirez
**Attachments:** image001.png, image002.png, Certified mail tracked to Waters office Front Desk.pdf, Certified mail sent.pdf



**Kayla L. Waters, J.D.**

Office Manager I Modern Legal PC

5412 N. Palm Avenue, Suite 105

Fresno, California 93704

P: 559.603.8522 I www.modernlegalpc.com

CONFIDENTIALITY NOTICE: The information contained in this email is intended only for the personal and confidential use of the recipients named above and is legally privileged. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this email in error, please notify us immediately by forwarding this to kwaters@modernlegalpc.com and destroy the original transmission without saving it in any manner. Thank you.

**From:** Paul <paul@calscope.com>
**Date:** Thursday, December 29, 2022 at 8:16 PM
**To:** Kayla L. Waters <kwaters@modernlegalpc.com>
**Subject:** Re: Singer v. Weldon (01033)

Good evening, Mr. Waters,

Per our phone conversation today, as promised here is the proof of service of Judicial Counsel Form, DIS-20, Request for Admission of the Truth, SET ONE. I will get back with you January 3rd or 4th at the latest of 2023, about whether to extend the trial out to move towards settlement.

of 2023, about whether to extend the trial out to move towards settlement.

Best Regards,

Paul Singer

Good afternoon Mr. Singer,

Please see the attached correspondence from Mr. Waters; thank you.

--

**Kayla L. Waters, J.D.**

Office Manager | Modern Legal PC

5412 N. Palm Avenue, Suite 105

Fresno, California 93704

P: 559.603.8522 | www.modernlegalpc.com

CONFIDENTIALITY NOTICE: The information contained in this email is intended only for the personal and confidential use of the recipients named above and is legally privileged. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this email in error, please notify us immediately by forwarding this to kwaters@modernlegalpc.com and destroy the original transmission without saving it in any manner. Thank you.

--
--



**Kayla L. Waters, J.D.**
Office Manager | Modern Legal PC
5412 N. Palm Avenue, Suite 105
Fresno, California 93704
P: 559.603.8522 | www.modernlegalpc.com

CONFIDENTIALITY NOTICE: The information contained in this email is intended only for the personal and confidential use of the recipients named above and legally privileged. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this email in error, please notify us immediately by forwarding this to kwaters@modernlegalpc.com and destroy the original transmission without reading or saving it in any manner. Thank you.

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Modern Legal P.C.—Craig Waters

Street and Apt. No., or PO Box No.
5412 N. Palm Ave, Ste 105

City, State, ZIP+4®
Fresno    CA    93704

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**UNITED STATES POSTAL SERVICE.**

EAST FRESNO
5555 E TULARE ST
FRESNO, CA 93727-9396
(800)275-8777

11/04/2022                                    12:43 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® Large Envelope | 1 | | $1.44 |
| Visalia, CA 93291 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/07/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: | | | |
| 70221670000200086089 | | | |
| Total | | | $5.44 |

| | | | |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.44 |
| Tulare, CA 95274 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/07/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: | | | |
| 70221670000200086119 | | | |
| Total | | | $5.44 |

| | | | |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.44 |
| Fresno, CA 93704 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/07/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: | | | |
| 70221670000200086056 | | | |
| Total | | | $5.44 |

Grand Total:                                  $16.32

Credit Card Remit                             $16.32
   Card Name: VISA
   Account #: XXXXXXXXXXXX8243
   Approval #: 004050
   Transaction #: 743
   AID: A0000000031010               Chip
   AL: Visa Credit
   PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 70221670000200086096

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:03 am on November 7, 2022 in FRESNO, CA 93704.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

FRESNO, CA 93704
November 7, 2022, 10:03 am

**Redelivery Scheduled for Next Business Day**

FRESNO, CA 93704
November 5, 2022, 9:34 am

**Out for Delivery**

FRESNO, CA 93704
November 5, 2022, 6:10 am

**Arrived at Post Office**

FRESNO, CA 93704
November 5, 2022, 5:53 am

**Departed USPS Regional Facility**

FRESNO CA DISTRIBUTION CENTER

November 4, 2022, 10:39 pm

**Arrived at USPS Regional Facility**

FRESNO CA DISTRIBUTION CENTER

November 4, 2022, 8:57 pm

**USPS in possession of item**

FRESNO, CA 93727
November 4, 2022, 12:42 pm

**Hide Tracking History**

---

Text & Email Updates                                                        ∨

---

USPS Tracking Plus®                                                          ∨

---

Product Information                                                          ∨

Feedback

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT E

‹ Back to Documents

**2022-11-04 Singer's Affidavit of Truth.pdf**

Received on 11/07/2022 10:13 AM

| | |
|---|---|
| Matter | Weldon, Brian-01033 |
| Contact | Brian Weldon |
| Category | - |
| Uploaded by | Alexandra Ramirez |
| Uploaded at | 11/07/2022 10:13 AM |

**Version history**    [Add new version]

**Version 1**

Last edited on 11/07/2022 10:13 AM by Alexandra Ramirez

Version 1

box

## AFFIDAVIT OF TRUTH

In reference to 3549 E. Douglas Avenue, Visalia, California 93292; Title Order No.: 01880-268408;
Loan No.: 0507650349; Registered UCC-1 liens Document No.: 60459630002 & 61128410002

PAUL SINGER
4928 E. Washington Avenue
Fresno, Fresno County, California

Case: PAUL SINGER vs. BRIAN WELDON, Case No.: 18CECG03151, filed 08/23/2018
Case Status: Open
UCC-1 DOC NO.: 60459630002 – PAUL SINGER
UCC-1 DOC NO.: 61128410002 – MICHAEL GUERENA
TITLE COMPANY: STEWART TITLE
ESCROW COMPANY: MAIN STREET ESCROW
ESCROW OFFICER: DANA FORSYTHE
PROPERTY SOLD: 08/10/2017
PROPERTY PRICE SOLD AT: $318,000.00
BRIAN WELDON:  Loan Payoff was not properly processed by both the Title Company and Escrow
Company, therein allowing BRIAN WELDON to deny the lienholder PAUL SINGER to his payoff of $38,500
and forcing litigation to seek recovery.

### For The Record

The undersigned Affiant, PAUL SINGER, private individual, hereinafter, "Affiant", does solemnly swear,
declare under penalty of perjury and state as follows:

1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence, and if called upon
   as a witness, Affiant will testify to their veracity.

### Plain Statement of Facts

1. There is no evidence that PAUL SINGER, was paid $38,500 for the lien No.: 60459630002 at the time
   of sale of real property located at 3549 E. Douglas Avenue, Visalia, California 93292 through all forms of
   real estate transaction procedures with STEWART TITLE, MAIN STREET ESCROW or BRIAN WELDON on
   08/10/2017.  Affiant believes there is no proof to the contrary.

2. BRIAN WELDON has personal knowledge PAUL SINGER was to receive $38,500.  Affiant believes there
   is no proof to the contrary.

# EXHIBIT F

# MODERN LEGAL PC

January 3, 2023

**_Sent via U.S. Mail and Electronic Mail_**
Paul Singer
4928 E. Washington Avenue
Fresno, CA 93727
paul@calscope.com

Re:    Singer v. Weldon – Meet and Confer
       FCSC No. 18CECG03151

Dear Mr. Singer:

This letter is in response to your email dated December 29, 2022, and is in continuance of our meet and confer regarding the requests for admission you believe were served on our office. Thank you for sending the email with the tracking number discussed over the phone.

I have reviewed the Certified Mail Receipt you provided with tracking number 7022 1670 0002 00008 6096 and compared it with our records. As I mentioned in our phone conversation, we scan all incoming mail, including the enevelopes they arrive in. We did receive an envelope with the provided tracking number, but the envelope contained an affidavit of truth, not requests for admissions as contended. In furtherance of our meet and confer, I have attached the original scan of the documents contained within the envelope as well as the envelope itself. As you will see from the scan, the tracking number on the envelope matches the one you provided.

Given the aforementioned, I am confident the judge will find that the requests were not served on our office and will deny your motion. Accordingly, and in order to avoid wasting time and resources, I request that you take your motion to deem admissions off calendar and confirm the same within the week. Otherwise, we will be forced to respond to your motion and will be seeking recovery of our fees and costs.

Sincerely,

Craig C.O. Waters, Esq.
MODERN LEGAL PC

Enclosure(s):Certified Mailing Information, Affidavit of Truth



**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $4.00 | 0426 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.44 | |
| Total Postage and Fees | $5.44 | 11/04/2022 |

Sent To _Modera Legal PC - Craig Waters_
Street and Apt. No., or PO Box No. _5412 N. Palm Ave, Ste 105_
City, State, ZIP+4 _Fresno CA 93704_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

EAST FRESNO
5555 E TULARE ST
FRESNO, CA 93727-3396
(800)275-8777

11/04/2022                                    12:43 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.44 |
| Visalia, CA 93291 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/07/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: | | | |
| 70221670000200086089 | | | |
| Total | | | $5.44 |
| First-Class Mail® Large Envelope | 1 | | $1.44 |
| Tulare, CA 93274 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/07/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: | | | |
| 70221670000200086119 | | | |
| Total | | | $5.44 |
| First-Class Mail® Large Envelope | 1 | | $1.44 |
| Fresno, CA 93704 | | | |
| Weight: 0 lb 1.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/07/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: | | | |
| 70221670000200086056 | | | |
| Total | | | $5.44 |

Grand Total:                                   $16.32

Credit Card Remit                             $16.32
    Card Name: VISA
    Account #: XXXXXXXXXXXX8243
    Approval #: 004050
    Transaction #: 743
    AID: A0000000031010          Chip
    AL: Visa Credit
    PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

# USPS Tracking®

FAQs >

**Tracking Number:**                                                      Remove ✕

# 70221670000200086096

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:03 am on November 7, 2022 in FRESNO, CA 93704.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## ● Delivered
**Delivered, Front Desk/Reception/Mail Room**
FRESNO, CA 93704
November 7, 2022, 10:03 am

**Redelivery Scheduled for Next Business Day**
FRESNO, CA 93704
November 5, 2022, 9:34 am

**Out for Delivery**
FRESNO, CA 93704
November 5, 2022, 6:10 am

**Arrived at Post Office**
FRESNO, CA 93704
November 5, 2022, 5:53 am

**Departed USPS Regional Facility**
FRESNO CA DISTRIBUTION CENTER

November 4, 2022, 10:39 pm

**Arrived at USPS Regional Facility**
FRESNO CA DISTRIBUTION CENTER

November 4, 2022, 8:57 pm

**USPS in possession of item**
FRESNO, CA 93727
November 4, 2022, 12:42 pm

**Hide Tracking History**

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# AFFIDAVIT OF TRUTH

In reference to 3549 E. Douglas Avenue, Visalia, California 93292; Title Order No.: 01880-268408; Loan No.: 0507650349; Registered UCC-1 liens Document No.: 60459630002 & 61128410002

PAUL SINGER
4928 E. Washington Avenue
Fresno, Fresno County, California

Case: PAUL SINGER vs. BRIAN WELDON, Case No.: 18CECG03151, filed 08/23/2018
Case Status: Open
UCC-1 DOC NO.: 60459630002 – PAUL SINGER
UCC-1 DOC NO.: 61128410002 – MICHAEL GUERENA
TITLE COMPANY: STEWART TITLE
ESCROW COMPANY: MAIN STREET ESCROW
ESCROW OFFICER: DANA FORSYTHE
PROPERTY SOLD: 08/10/2017
PROPERTY PRICE SOLD AT: $318,000.00
BRIAN WELDON:  Loan Payoff was not properly processed by both the Title Company and Escrow Company, therein allowing BRIAN WELDON to deny the lienholder PAUL SINGER to his payoff of $38,500 and forcing litigation to seek recovery.

## For The Record

The undersigned Affiant, PAUL SINGER, private individual, hereinafter, "Affiant", does solemnly swear, declare under penalty of perjury and state as follows:

1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

## Plain Statement of Facts

1. There is no evidence that PAUL SINGER, was paid $38,500 for the lien No.: 60459630002 at the time of sale of real property located at 3549 E. Douglas Avenue, Visalia, California 93292 through all forms of real estate transaction procedures with STEWART TITLE, MAIN STREET ESCROW or BRIAN WELDON on 08/10/2017.  Affiant believes there is no proof to the contrary.

2. BRIAN WELDON has personal knowledge PAUL SINGER was to receive $38,500.  Affiant believes there is no proof to the contrary.

3. BRIAN WELDON misrepresented facts in Case No.: 18CECG03151 to injure PAUL SINGER and to deny him of his money in the sum of $38,500.  Affiant believes there is no proof to the contrary.

4. MAIN STREET ESCROW, Escrow Officer DANA FORSYTHE has personal knowledge of two liens on the property; Liens Document No.: 60459630002 & 61128410002, and by her emails to PAUL SINGER knew PAUL SINGER was to receive $38,500. Affiant believes there is no proof to the contrary.

5. STEWART TITLE knew of the two liens of the property, therefore knew PAUL SINGER was to receive $38,500. Affiant believes there is no proof to the contrary.

6. There is no evidence that a check was issued to PAUL SINGER in the sum of $38,500 from STEWART TITLE, MAIN STREET ESCROW or BRIAN WELDON. Affiant believes there is no proof to the contrary.

7. There is no evidence that BRIAN WELDON paid toward any bond for $10,000 to any injunction order that states such conditions requirement to allow it to become an enforceable instrument to remove both liens Documents: 60459630002 & 61128410002. Affiant believes there is no proof to the contrary.

8. The second lienholder MICHAEL GUERENA on lien Document No.: 61128410002 was paid on 08/10/2017 in the sum of $5,000. Affiant believes there is no proof to the contrary.

9. MAIN STREET ESCROW overpaid BRIAN WELDON to include PAUL SINGER's portion. Affiant believes there is no proof to the contrary.

10. BRIAN WELDON knew he was overpaid and that it included PAUL SINGER's portion. Affiant believes there is no proof to the contrary.

11. The Lien, Document No.: 60459630002 has increased to $80,203.40 due to the five (5) years of interest of nonpayment. Affiant believes there is no proof to the contrary.

IN WITNESS WHEREOF I hereunto set my hand and seal on this _____4_____ day of ___NoV___, 2022 and hereby certify all the statements made above are true, correct and complete.

Date: _11/4/2022_                          Signed: _____
                                                    PAUL SINGER - AFFIANT

**Jurat**

This certificate is attached to a _Affidavit of Truth_

dated _11/4/22_.

Document Information: _____

_____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _Fresno_

Subscribed and sworn to (or affirmed) before me on this _4th_ day of _November_, 20_22_, by _Paul Singer_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Print name: _J. Leal_

My appointment expires: _10/09/2026_

J. LEAL
Notary Public - California
Fresno County
Commission # 2432265
My Comm. Expires Oct 9, 2026



**CERTIFIED MAIL**

7022 1670 0002 0008 6096

U.S. POSTAGE PAID
PCM LG ENV
FRESNO, CA
93704
NOV 04, 22
AMOUNT
1000    93704
$5.44
R2304W121780-3

Brian Weldon
C/O Craig Waters (d/b/a)
Modern Legal PC
5412 N. Palm Ave, Ste 105
Fresno, California 93704

RECEIVED
NOV 07 2022
By:

# EXHIBIT G

**NOTICE OF OBJECTION TO COUNSELOR'S SUMMARY OF OUR MEET AND CONFER DECEMBER 29, 2022**

Date: 01/04/2023

From:
PAUL SINGER
4928 E. WASHINGTON AVENUE
FRESNO, CALIFORNIA 93727

Mailed: Certified #: 70221670000200086980

RE: RECEIVED MODERN LEGAL PC LETTER DATED DECEMBER 29, 2022 ON JANUARY 2, 2023;

SINGER v. WELDON
FCSC No.: 18CECG03151

To:
MODERN LEGAL PC
C/O  CRAIG WATERS, ESQ. (d/b/a)
5412 NORTH PALM AVENUE, SUITE 105
FRESNO, CALIFORNIA, 93704

CRAIG WATERS, ESQ

Thank you for taking time out after we spoke on December 29, 2022, to attempt to summarize the conversation.  However, I now have to immediately address issues you're implying and perceived we discussed, and since I did record the call as I mentioned at the beginning of the phone call, too many misunderstandings of our conversation does require this Notice.  I have to object to your statements and use of specific letters that if left in silence could mislead and create mistake of facts if I do not rebuttal them here and now.

As mentioned over the phone conversation on December 29, 2022, approximately around 3:25 p.m., I asserted, with full personal knowledge, regarding sending my Request for Admission occurred by certified mailing. The evidence I have that you received Form DIS-20: Request for Admission of Truth, mailing dated November 4, 2022, was for a fact received by your office on November 7, 2022.

After our phone conversation and in great detail, you explained how your internal staff in the office processes all mail by recording all documents immediately, which makes no sense to your lack of knowledge of the discovery request implies you are still looking for a way to delay even more.

PLEASE TAKE NOTICE: reference to the enclosure: Certified Mailing receipt dated November 4, 2022, and USPS Tracking # 70221670000200086096 and  USPS Tracking history delivery records on November 7, 2022, that you did in fact receive the Request for Admission of Truth.  The U.S. Postal Service delivered to your business entity's address:  MODERN LEGAL PC. 5412 N. Palm Avenue, Suite 105, Fresno, California 93704.

**NOTICE OF OBJECTION TO COUNSELOR'S SUMMARY OF OUR MEET AND CONFER**
**DECEMBER 29, 2022**

Since we both can agree you received the certified article: Meet and Confer letter dated December 9, 2022, established a fact, that certified mail and their articles have been successfully delivered to your business address, therein was placed in your care, including my Request for Discovery Form DIS-20 on November 7, 2022.

According to your letter dated December 29, 2022, you assert you received the Meet and Confer Notice on December 13, 2022, then December 23, 2022, was your deadline. Statutory obligation to respond states by the tenth (10th) day, and since you acknowledge a date is why I will no longer entertain anymore delay or excuses since I held off from filing so to give you a grace period under a postal rule of three (3) additional days and consideration to the holiday. Therefore, you have left me no other alternative but to file my moving papers with the Courts on December 28, 2022, for abuse of discovery as the results of your lack of due diligence or negligence, it appears you only care when the Courts get involved.

Also, December 15, 2022, Letter to Singer, you also attached a letter dated March 4, 2022. Since I never received any of those two letters until as of January 2, 2023, I have no choice but to make a statement regarding the nature of those letters. I had no personal knowledge of any of those letters, and I did not address any of those issues as per our conversation over the phone December 29, 2022. Now having been given an opportunity to review these letters, my statements are as follows:

1. Fact: My mailing reciprocal is a locked mailbox that I get my mail every day.
2. Fact: Your letters never were timely sent based on their dates
3. Fact: None of those letters were ever electronic mail either, but the letter makes those claims.

**OFFER AND ACCEPTANCE CAN NOT BE REACHED AT THIS TIME.**

The March 4, 2022 letter you refer to as a Settlement Letter is not accepted as a good offer since I was never WELDON's employee but in fact a partner to an agreement. Since I have the settlement agreement signed by WELDON that I was to be paid out of escrow $38,500.00, and all the interaction between WELDON and myself regarding those terms made by WELDON are held within the Department of Real Estate records, then all my new found evidence should be presented at a trial at this point. Considering the causes of actions: Breach of contract, breach of implied honest and fair dealing, conversion and fraud will establish my right of remedy for injury by treble damages. Your client WELDON is only damaging himself financially at his own hands just to avoid a money agreement which would have been cheaper had he just paid-up front as promised.

**Benchmark Logic Real Estate Investing and Consulting LLC**

In readdressing our conversation regarding reinstatement of Benchmark Logic Real Estate Investing and Consulting LLC ("Benchmark"). It has been my goal to do so, however the settlement agreement at the time of closing escrow between Brian Weldon ("WELDON") and myself was created between individuals first and foremost. The Benchmark entity was created only because Weldon said he would only do business this way. In addition to any reinstatement of Benchmark, it is still being addressed with the California Franchise Tax Board. Therefore until this issue is resolved with the State, and in reference to timing for any serious attorney to want to take representation, I cannot believe at this time, it can legally be done within a short window of time to bring this entity into a qualified party as we both would like.

**NOTICE OF OBJECTION TO COUNSELOR'S SUMMARY OF OUR MEET AND CONFER DECEMBER 29, 2022**

**MAIN STREET ESCROW**

Coming to a closing of your letter dated December 29, 2022, you bring up a topic we did not discuss over the phone however it is Exhibit "A" attached in Declaration of Paul Singer and Exhibits In Support of Motion to Deem the Truth of Matters Specified in Request From Admissions, Set No. One Admitted and Request for Order: Judicial Counselor Form DIS-20 - Request for Admission Continued: Attachment"1", page 2; #17.

**QUESTION:** Is it that you have an interest in a possible claim that I may have against MAIN STREET ESCROW? Is this correct?

From what I know of MAIN STREET ESCROW, they are the terminated dead entity after the closing of WELDON's escrow back in 2017, therefore, under the law, are no longer operating as a business here in California. Ask your client WELDON about Exhibit "A", - Request For Admission Continued: Attachment"1", page1, #5 for more information on the records held in escrow, please contact your client since WELDON did a real property transaction with them before MAIN STREET ESCROW entity closed its' doors to the public permanently.

Best Regards,

*[signature]*

Paul Singer, Plaintiff and In Pro Per

Enclosure:

(1) Request for Admission of Truth, mailed through U.S. Postal Service, receipt of certified mail, and tracking

PAUL SIN
125 E. WASHINGTON AVE
FRESNO CA 93727




7022 1670 0002 0008 6980



U.S. POSTAGE PAID
FCM LG ENV
FRESNO, CA
93727
JUN 04 23
AMOUNT
$5.44
R2304H109888-98

MODERN LEGAL PC
C/O CRAIG WATERS, ESQ, (D/B/A)
5412 NORTH PALM AVENUE, SUITE 105
FRESNO, CALIFORNIA, 93704



RECEIVED
JAN 5 2023
By:

# EXHIBIT H

iMessage
Today 11:40 AM



11:40 AM

Notary on <u>November 4th</u>

11:40 AM

That was Singer's notary appointment at <u>9:00 a.m.</u>?  11:58 AM

Like I said, that's the only one I had that day

12:01 PM

It's not official because I might've forgotten to change it if he called me back or texted me back telling me he was going to be late

12:01 PM

Yeah I know it's a Notary Appointment because I only make $15 per signature and it's written on there

12:01 PM

And the 2 pm was written in last week you said  12:02 PM

Read 12:02 PM

Most of the time I write Notary next to it. But as you see, I didn't write a lot of stuff that day.

12:02 PM

Write <u>2 PM</u> was written in after the discussion with him, telling me that he actually came in later, and I had no way of knowing because I had not written the time in the notary journal

12:03 PM

Fri Nov 4th

## Remember Today!

## To Do

Top 3

1 Marco's B'day | 19th

2 Get Salad items *

3

## Appointments

| Time | Where |
|------|-------|
| 9am 2pm | $15 |
| 7pm | Friend's Giving / Bible Study |

## Dinner

## Daily Clean and Organize

| | | | |
|---|---|---|---|
| Make Bed | ☐ | Pick Up Toys | ☐ |
| Clean Dishes | ☐ | General Pick Up | ☐ |
| Laundry | ☐ | One Drawer or Shelf | ☐ |
| Wipe Bath Sink | ☐ | | |
| Empty Trash | ☐ | | |
| Pick Up Clothes | ☐ | | |

Water  ◇ ◇ ◇ ◇ ◇ ◇ ◇

## Notes

# EXHIBIT I

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 5412 N. Palm Avenue, Suite 105, Fresno, CA 93704.

On January 12, 2023, I served the foregoing document(s) described as: **DEFENDANT BRIAN WELDON'S RESPONSES TO REQUESTS FOR ADMISSION SET ONE (1) BY PLAINTIFF PAUL SINGER** on the parties in this action as follows:

☒    **BY EMAIL:** I caused such document to be sent via email transmission to the offices of the addressee(s) as set forth below:

☒    **BY MAIL:** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY PERSONAL SERVICE:** By placing true copies thereof enclosed in sealed envelope(s) addressed as set forth below. I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

Paul Singer
4928 E. Washington Avenue
Fresno, CA 93727
*paul@calscope.com*

Benchmark Logic Real Estate Investing & Consulting, LLC
c/o Paul Ventura Singer
*paul@calscope.com*

Executed on January 12, 2023, at Fresno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Jacqueline Cardozo*
Jacqueline Cardozo

MODERN LEGAL PC

EXHIBIT J

| Date | Qty | Description | Rate ($) | Billable ($) | User |
|------|-----|-------------|----------|--------------|------|
| 12/09/2022 | 0.2 | Update Client File with letter from Plaintiff regarding Requests for Admissions. | $225.00 | $45.00 | KLW |
| 12/15/2022 | 0.5 | Review and analyze meet and confer letter from opposing counsel. Review case file for discovery. Draft responsive letter to opposing counsel. | $335.00 | $167.50 | CCW |
| 12/29/2022 | 0.2 | Phone call to Paul Singer. | $335.00 | $67.00 | CCW |
| 12/29/2022 | 0.5 | Phone call from Paul Singer. | $335.00 | $167.50 | CCW |
| 12/29/2022 | 0.5 | Draft letter to Paul Singer. | $335.00 | $167.50 | CCW |
| 12/29/2022 | 0.3 | Update Client Correspondence File with letter to Opposing Party regarding discovery. Email correspondence to Opposing Party. | $225.00 | $67.50 | KLW |
| 12/29/2022 | 0.4 | Review and analyze Motion to Deem Admitted filed by Plaintiff. | $335.00 | $134.00 | CCW |
| 12/29/2022 | 0.2 | Review case docket to confirm Opposing Party's motion hearing. Calculate and calendar deadlines for moving papers, opposition, and reply briefs as well as the hearing and tentative ruling. Calendar related reminders. | $225.00 | $45.00 | KLW |
| 12/30/2022 | 0.4 | Phone call with Client. | $335.00 | $134.00 | CCW |
| 12/30/2022 | 0.2 | Email from plaintiff with tracking information. | $335.00 | $67.00 | CCW |
| 12/30/2022 | 0.2 | Email from opposing party regarding settlement contact information. | $335.00 | $67.00 | CCW |
| 12/30/2022 | 0.2 | Update Client Correspondence File with Email from Plaintiff with tracking information. | $125.00 | $25.00 | AR |
| 01/03/2023 | 0.4 | Draft letter to opposing counsel. | $335.00 | $134.00 | CCW |
| 01/03/2023 | 0.2 | Update client correspondence file with letter to Singer regarding the Meet and Confer. Prepared and mailed to Opposing Party. | $125.00 | $25.00 | AR |
| 01/05/2023 | 0.2 | Update Client Pleadings File with Letter from Mr. Singer regarding Notice of Objection. | $110.00 | $22.00 | JC |
| 01/09/2023 | 2 | Review letters sent by opposing party. Draft responsive letter. | $335.00 | $670.00 | CCW |
| 01/10/2023 | 0.2 | Phone call to Mainstreet Escrow regarding affidavit of Truth, left voicemail. | $335.00 | $67.00 | CCW |
| 01/10/2023 | 0.2 | Phone call with Notary. Text messages with the same. | $335.00 | $67.00 | CCW |

| Date | Qty | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|
| 01/24/2023 | 2.5 | Draft opposition to Motion to Deem Admitted. | $335.00 | $837.50 | CCW |
| 01/25/2023 | 1.2 | Update Client Pleadings File with Declaration of Waters, Declaration of Ramirez, and Brian Weldon's Memorandum of Points and Authorities. Prepare to mail-serve and email-serve the same to Opposing Party. | $110.00 | $132.00 | JC |
| 01/27/2023 | 0.2 | Update Client Pleadings File with conformed copies of Opposition and related papers. | $125.00 | $25.00 | AR |
| 02/06/2023 | 0.7 | Draft letter to opposing party. | $335.00 | $234.50 | CCW |
| 02/06/2023 | 0.2 | Review and analyze meet and confer letter from opposing counsel. | $335.00 | $67.00 | CCW |
| 02/06/2023 | 0.2 | Review and analyze tentative ruling. | $335.00 | $67.00 | CCW |
| 02/10/2023 | 0.2 | Phone call from Court | $110.00 | $22.00 | JC |
| 02/10/2023 | 0.2 | Update Client Pleadings File with Motion regarding Admissions Deemed Admitted. | $110.00 | $22.00 | JC |
| 02/10/2023 | 0.4 | Calculate and Calendared dates for Client Motion for Monetary Sanctions. | $125.00 | $50.00 | AR |
| 02/13/2023 | 0.2 | Update Client Pleadings File with Motion regarding Admissions Deemed Admitted and Tentative Ruling Mailed copy. | $110.00 | $22.00 | JC |
| 02/16/2023 | 0.2 | Review Law and Motion Minute Order Served by Court. | $335.00 | $67.00 | CCW |
| 02/17/2023 | 1.2 | Draft Notice of Motion, Memorandum of Points and Authorities, Declaration of Craig Waters, Request for Judicial Notice, Proposed Order. | $335.00 | $402.00 | CCW |
| Total | | | | $3,685.00 | |

# EXHIBIT K

| Date | Qty | Description | Rate ($) | Billable ($) | Expense Category |
|---|---|---|---|---|---|
| 01/25/2023 | 1 | Memorandum of Points and Authorities in Support of Opposition, Craig Waters Declaration, and Alejandra Ramirez Declaration in Support of Opposition (#11023332). | $3.60 | $3.60 | eFiling Fee |
| 01/25/2023 | 2 | Memorandum of Points and Authorities in Support of Opposition, Craig Waters Declaration, and Alejandra Ramirez Declaration in Support of Opposition. | $7.09 | $14.18 | Special Postage |
| 02/21/2023 | 1 | Motion for Monetary Sanctions - all moving papers. | $60.00 | $60.00 | eFiing Fee |
| Total | | | | $77.48 | |

.

# END OF EXHIBITS

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 5412 N. Palm Avenue, Suite 105, Fresno, CA 93704.

On February 21, 2023, I served the foregoing document(s) described as: **DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR MONETARY SANCTIONS AGAINST PLAINTIFF PAUL SINGER** on the parties in this action as follows:

☐    **BY EMAIL:** I caused such document to be sent via email transmission to the offices of the addressee(s) as set forth below:

☐    **BY MAIL:** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    **BY PERSONAL SERVICE:** By placing true copies thereof enclosed in sealed envelope(s) addressed as set forth below. I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

Paul Singer
4928 E. Washington Avenue
Fresno, CA 93727
*paul@calscope.com*

Benchmark Logic Real Estate Investing & Consulting, LLC
c/o Paul Ventura Singer
*paul@calscope.com*

Executed on February 21, 2023, at Fresno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Kayla L. Waters

DECLARATION OF CRAIG C.O. WATERS IN SUPPORT OF MOTION FOR SANCTIONS

MODERN LEGAL PC