# Exhibit 10

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO**<br>Civil Department - Non-Limited | Entered by: |

| TITLE OF CASE: | |
|---|---|
| **Paul Singer vs. Brian Weldon** | |

| **LAW AND MOTION MINUTE ORDER** | Case Number:<br>**18CECG03151** |
|---|---|

| | | | |
|---|---|---|---|
| Hearing Date: | **March 19, 2024** | Hearing Type: | **Motion - Set Aside Dismissal** |
| Department: | **502** | Judge: | **Culver Kapetan, Kristi** |
| Court Clerk: | **Gonzalez, Estela** | Reporter: | **Not Reported** |

**Appearing Parties:**

Plaintiff: **Paul Singer**     Defendant:

Counsel: **Pro Per**     Counsel: **Craig Waters**

[ ] Off Calendar

[ ] Continued to   [ ] Set for ___ at ___ Dept. ___ for ___

**[X] Plaintiff timely requested argument.     [X] Matter is argued and submitted.**

[ ] Upon filing of points and authorities.

[ ] Motion is granted   [ ] in part and denied in part.   [ ] Motion is denied [ ] with/without prejudice.

[ ] Demurrer   [ ] overruled [ ] sustained with ___ days to [ ] answer [ ] amend

**[X] After further review of the arguments, facts and evidence; the Court now adopts the Tentative Ruling without modifications and becomes the order of the court. See attached copy of the Tentative Ruling.**

**[X] Pursuant to CRC 3.1312(a) and CCP 1019.5(a), no further order is necessary. The minute order adopting the tentative ruling serves as the order of the court.**

**[X] *Any party who wishes to appear remotely for future hearings is required to submit a request to and obtain approval by the Court utilizing Judicial Council forms RA-010 & RA-020.***

**[X] Service by the clerk will constitute notice of the order.**

[ ] Judgment debtor ___ sworn and examined.

[ ] Judgment debtor ___ failed to appear.
   Bench warrant issued in the amount of $ ___

JUDGMENT:
[ ] Money damages   [ ] Default   [ ] Other ___ entered in the amount of:
   Principal $___   Interest $___   Costs $___   Attorney fees $___   Total $___
[ ] Claim of exemption [ ] granted [ ] denied. Court orders withholdings modified to $___ per ___

FURTHER, COURT ORDERS:
[ ] Monies held by levying officer to be   [ ] released to judgment creditor. [ ] returned to judgment debtor.
[ ] $___ to be released to judgment creditor and balance returned to judgment debtor.
[ ] Levying Officer, County of ___, notified.   [ ] Writ to issue
[ ] Notice to be filed within 15 days.   [ ] Restitution of Premises
[ ] Other: ___

(27)

## Tentative Ruling

Re:      ***Paul Singer v. Brian Weldon***
        Superior Court Case No. 18CECG03151

Hearing Date:   March 19, 2024 (Dept. 502)

Motion:     By Plaintiff to Vacate Dismissal

**Tentative Ruling:**

   To deny.

**Explanation:**

   Plaintiff, as "[t]he party seeking relief," "bears the burden of proof in establishing a right to relief." (*Hopkins & Carley v. Gens* (2011) 200 Cal.App.4th 1401, 1410.) Furthermore, "pro per litigants are not entitled to special exemptions from the California Rules of Court or Code of Civil Procedure." (*Gamet v. Blanchard* (2001) 91 Cal.App.4th 1276, 1284.) In addition, "[t]o entitle [a party] to relief the acts which brought about the default [or dismissal] must have been the acts of a reasonably prudent person under the same circumstances." (*Jackson v. Bank of America* (1983) 141 Cal.App.3d 55, 58; see also *Andrews v. Jacoby* (1919) 39 Cal.App. 382, 383 [simply claiming a client is "busy and occupied with other affairs" is insufficient].)

   Plaintiff Paul Singer requests the court vacate his voluntary request for dismissal of the complaint without prejudice, reinstate the case, and enter defendant's default. He claims his confusion of the procedures and legal consequences of requesting dismissal caused him to mistakenly file the dismissal request. (See Points & Auth. at p. 6:13-19.) However, as the opposition notes, plaintiff's prosecution of this case has stalled on numerous occasions, and, even if reinstated, it appears to be facing a mandatory dismissal under Code of Civil Procedure, section 583.10. In addition, despite his self-represented status, plaintiff is not exempt to the plain and unambiguous provisions of the Code of Civil Procedure. (See *Gamet v. Blanchard, supra,* 91 Cal.App.4th at p. 1284.) Finally, plaintiff has not filed a reply, which tends to support denial. Therefore, the motion is denied.

   Pursuant to California Rules of Court, rule 3.1312(a), and Code of Civil Procedure section 1019.5, subdivision (a), no further written order is necessary. The minute order adopting this tentative ruling will serve as the order of the court and service by the clerk will constitute notice of the order.

**Tentative Ruling**
**Issued By:** _____KCK_____ on ___3/19/24___.
    (Judge's initials)     (Date)

10

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO**<br>**Civil Department, Central Division**<br>**1130 "O" Street**<br>**Fresno, California   93724-0002**<br>**(559) 457-2000** | *FOR COURT USE ONLY* |
| TITLE OF CASE:<br> Paul Singer vs. Brian Weldon | |
| **CLERK'S CERTIFICATE OF MAILING** | CASE NUMBER:<br> 18CECG03151 |

I certify that I am not a party to this cause and that a true copy of the:

**[Minute Order and Tentative Ruling, dated 3/19/24]**

was placed in a sealed envelope and placed for collection and mailing on the date and at the place shown below following our ordinary business practice.   I am readily familiar with this court's practice for collecting and processing correspondence for mailing.   On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.


Place of mailing:  **Fresno, California   93724-0002**

On Date:   **03/20/2024**                     Clerk, by _____, Deputy

E. Gonzalez

| | |
|---|---|
| Paul Singer<br>4928 E. Washington Ave<br>Fresno, CA 93727 | Craig C.O. Waters<br>Modern Legal PC<br>5412 N. Palm Ave, Suite 105<br>Fresno, CA 93704 |

☐  Clerk's Certificate of Mailing Additional Address Page Attached

TGN-06b R08-06                        **CLERK'S CERTIFICATE OF MAILING**