# Exhibit 6

E-FILED
3/8/2023 9:32 PM
Superior Court of California
County of Fresno
By: Louana Peterson, Deputy

1 | CRAIG C.O. WATERS, ESQ. (SBN: 311109)
2 | **MODERN LEGAL PC**
    5412 N. Palm Avenue, Suite 105
3 | Fresno, California 93704
    Telephone:    (559) 603-8522
4 | Facsimile:    (559) 777-6604
    Email:        cwaters@modernlegalpc.com
5 |
6 | Attorney for Defendant and Cross-Complainant
    BRIAN WELDON
7 |

## IN THE SUPERIOR COURT OF CALIFORNIA

## COUNTY OF FRESNO

| PAUL SINGER, an individual, and BENCHMARK LOGIC REAL ESTATE INVESTING AND CONSULTING, LLC, a California Limited Liability Company, | Case No. 18CECG03151 |
|---|---|
| Plaintiffs, | **NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION FOR MONETARY SANCTIONS AGAINST PLAINTIFF PAUL SINGER** |
| v. | |
| BRIAN WELDON, an individual; FREEDOM INVESTMENTS, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive | |
| Defendants. | |
| BRIAN WELDON, an individual; | Assigned to Hon. Kristi Culver Kapetan, Dept. 403 |
| Cross-Complainant, | Complaint filed: August 23, 2018 |
| v. | Cross-Complaint filed: September 21, 2020 |
| PAUL SINGER, an individual; and BENCHMARK LOGIC REAL ESTATE INVESTING AND CONSULTING, LLC, a California Limited Liability Company; ROES 1 through 20, inclusive, | **Date:** March 15, 2023<br>**Time:** 3:30 p.m.<br>**Dept.:** 502 |
| Cross-Defendants. | |

25 | ////
26 | ////
27 | ////
28 | ////

---
1
NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION FOR SANCTIONS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**TO THE COURT AND TO THE PLAINTIFF:**

PLEASE TAKE NOTICE that Defendant and Cross-Complainant BRIAN WELDON ("Defendant") has not yet received any opposition from Plaintiff PAUL SINGER to his Motion for Monetary Sanctions Against Plaintiff Paul Singer (the "Motion"). Therefore, Defendant's Motion should be granted.

Defendant's Motion is set for hearing on March 15, 2023. Pursuant to the California Code of Civil Procedure section 1005(b), Plaintiff's Opposition to the Motion, if any, needed to be filed and served by March 2, 2023. Plaintiff is also required to serve its opposition, if any, by means "reasonably calculated to ensure delivery to the other party or parties no later than the close of the next business day after the time the opposing papers . . . are filed." (Code Civ. Proc. §1005(c).) As of the filing of this Notice, Defendant has not received any opposition to his Motion.

If a party fails to oppose a motion, the court may deem the failure an admission that the motion is meritorious and should be granted. (Weil & Brown, Cal. Practice Guide: Civil Procedure Before Trial (The Rutter Group 2009) 9:105.10, p. 9(1)-87; see also *Sexton v. Superior Court* (1997) 58 Cal.App.4th 1403, 1410 (commending the practice of granting unopposed motions because it "prevent[s] the introduction of legal theories without prior notice to opposing counsel and the court").) Because Plaintiff failed to timely contest the merit of Defendant's Motion, it should be granted.

Dated: March 8, 2023

MODERN LEGAL PC

CRAIG C.O. WATERS, Attorney for
BRIAN WELDON



# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 5412 N. Palm Avenue, Suite 105, Fresno, CA 93704.

On March **8**, 2023, I served the foregoing document(s) described as: **NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION FOR MONETARY SANCTIONS AGAINST PLAINTIFF PAUL SINGER** on the parties in this action as follows:

☒ **BY EMAIL:** I caused such document to be sent via email transmission to the offices of the addressee(s) as set forth below:

☒ **BY MAIL:** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** By placing true copies thereof enclosed in sealed envelope(s) addressed as set forth below. I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

| | |
|---|---|
| Paul Singer<br>4928 E. Washington Avenue<br>Fresno, CA 93727<br>paul@calscope.com | Benchmark Logic Real Estate Investing & Consulting, LLC<br>c/o Paul Ventura Singer<br>paul@calscope.com |

Executed on March **8**, 2023, at Fresno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kayla L. Waters*
Kayla L. Waters

