# Exhibit 7

| SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO Civil Department - Non-Limited | Entered by: | | |
|---|---|---|---|

| TITLE OF CASE: **Paul Singer vs. Brian Weldon** |
|---|

| **LAW AND MOTION MINUTE ORDER** | Case Number: **18CECG03151** |
|---|---|

| Hearing Date: | **March 15, 2023** | Hearing Type: | **Motion - Sanctions** |
|---|---|---|---|
| Department: | **502** | Judge: | **Culver Kapetan, Kristi** |
| Court Clerk: | **Alvarado, Estela** | Reporter: | **Not Reported** |

**Appearing Parties:**

Plaintiff:                                           Defendant:

Counsel:                                            Counsel:

[ ] Off Calendar

[ ] Continued to   [ ] Set for ___ at ___ Dept. ___ for ___

[ ] Submitted on points and authorities with/without argument.    [ ] Matter is argued and submitted.

[ ] Upon filing of points and authorities.

[ ] Motion is granted   [ ] in part and denied in part.   [ ] Motion is denied  [ ] with/without prejudice.

[ ] Taken under advisement

**[X] No Oral Argument requested as required per Local Rule 2.2.6 & CRC 3.1308(a)(1).**

**[X] Defendant's Motion for Monetary Sanctions against Plaintiff is GRANTED.**

**[X] Pursuant to CRC 3.1312(a) and CCP section 1019.5(a), no further order is necessary. The minute order adopting the tentative ruling serves as the order of the court.**

**[X] See attached copy of the Tentative Ruling.**

**[X] Service by the clerk will constitute notice of the order.**

[ ] Judgment debtor ___ sworn and examined.

[ ] Judgment debtor ___ failed to appear.
     Bench warrant issued in the amount of $ ___

JUDGMENT:
[ ] Money damages   [ ] Default   [ ] Other ___ entered in the amount of:
     Principal $___   Interest $___   Costs $___   Attorney fees $___   Total $___
[ ] Claim of exemption  [ ] granted  [ ] denied. Court orders withholdings modified to $___ per ___

FURTHER, COURT ORDERS:
[ ] Monies held by levying officer to be   [ ] released to judgment creditor.  [ ] returned to judgment debtor.
[ ] $___ to be released to judgment creditor and balance returned to judgment debtor.
[ ] Levying Officer, County of ___, notified.   [ ] Writ to issue
[ ] Notice to be filed within 15 days.   [ ] Restitution of Premises
[ ] Other: ___

(27)

## Tentative Ruling

Re:                          ***Paul Singer v. Brian Weldon***
                             Superior Court Case No. 18CECG03151

Hearing Date:                March 15, 2023 (Dept. 502)

Motion:                      By Defendant Brian Weldon for Monetary Sanctions against
                             Plaintiff Paul Singer

**Tentative Ruling:**

To grant in the amount of $1,316.98, payable to Defendant Brian Weldon's counsel within thirty (30) days from this order.

**Explanation:**

Misuse of the discovery process may result in monetary sanctions (Code Civ. Proc., § 2023.030, subd. (a). Misuse includes, "[m]aking or opposing a motion to compel or limit discovery unsuccessfully and *without substantial justification*." (Code Civ. Proc., § 2023.010, subd. (h), emphasis added.)

On December 28, 2022 plaintiff Paul Singer ("plaintiff") filed a motion to deem requests for admissions admitted. The motion was denied because there was <u>no</u> proof of service showing service of the request for admissions on November 8, 2022 or at any other time. (Code Civ. Proc., § 2033.070.) In addition, responses were served on January 12, 2023, and thus the merits of the motion were moot. (Waters, Decl., Ex. I; *Sinaiko Healthcare Consulting, Inc. v. Pacific Healthcare Consultants* (2007) 148 Cal.App.4th 390, 409; *St. Mary v. Superior Court* (2014) 223 Cal.App.4th 762, 778.)

Defendant Brian Weldon ("Weldon") has produced evidence that his counsel requested plaintiff withdraw the motion to deem the requests for admissions admitted, in light of the service defects and the production of the subject discovery, on January 3, 2023. (See Waters Decl. ¶ 15; Ex. F.) Despite the production of the subject discovery, and although he did not file a reply, plaintiff did not withdraw his motion. Weldon's evidence (to which plaintiff has not opposed) tends to show that plaintiff lacked substantial justification in filing and maintaining his motion. Furthermore, plaintiff's refusal to withdraw his motion required defendant to file an opposition and the court to issue a determination.

Defendant seeks $3,685 in attorneys' fees and $77.48 in costs incurred in opposing plaintiff's discovery motion. Support for the costs in shown in Exhibit K of moving counsel's declaration. However, the supporting fee statement (Waters, Decl. Ex. J), indicates that the opposition resulted in an expenditure of $837.50 and preparation of this motion an expenditure of $402.00. The total of these two expenditures is $1,239.50, which is more commensurate with the dereliction. Accordingly, the amount of sanctions imposed is $1,239.50 plus $77.48 for a total of $1,316.98.

6

Pursuant to California Rules of Court, rule 3.1312(a), and Code of Civil Procedure section 1019.5, subdivision (a), no further written order is necessary.  The minute order adopting this tentative ruling will serve as the order of the court and service by the clerk will constitute notice of the order.

**Tentative Ruling**
**Issued By:** _____ KCK _____ on 3/15/23 ___.
              (Judge's initials)           (Date)

7

| SUPERIOR COURT OF CALIFORNIA - COUNTY OF FRESNO<br>Civil Department, Central Division<br>1130 "O" Street<br>Fresno, California   93724-0002<br>(559) 457-2000 | *FOR COURT USE ONLY* |
|---|---|

TITLE OF CASE:
  Paul Singer vs. Brian Weldon

| **CLERK'S CERTIFICATE OF MAILING** | CASE NUMBER:<br>18CECG03151 |
|---|---|

I certify that I am not a party to this cause and that a true copy of the:

### [Minute Order and Tentative Ruling, dated 3/15/23]

was placed in a sealed envelope and placed for collection and mailing on the date and at the place shown below
following our ordinary business practice.   I am readily familiar with this court's practice for collecting and processing
correspondence for mailing.   On the same day that correspondence is placed for collection and mailing, it is deposited
in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Place of mailing:  Fresno, California   93724-0002

On Date:  03/15/2023                                    Clerk, by _____, Deputy

Estela Alvarado

| Paul Singer<br>Benchmark Logic Real Estate Investing and Consulting<br>4928 E. Washington Ave<br>Fresno, CA 93727 | Craig C.O. Waters<br>Modern Legal PC<br>5412 N. Palm Avenue, Suite 105<br>Fresno, CA 93704 |
|---|---|

☐  Clerk's Certificate of Mailing Additional Address Page Attached

TGN-06b R08-06                    CLERK'S CERTIFICATE OF MAILING