# Exhibit 8

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 311109 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Craig C.O. Waters, Esq. | | |
| FIRM NAME: Modern Legal PC | | E-FILED |
| STREET ADDRESS: 5412 N. Palm Ave, Suite 105 | | 6/20/2023 1:44 PM |
| CITY: Fresno    STATE: CA    ZIP CODE: 93704 | | Superior Court of California |
| TELEPHONE NO.: (559) 603-8522    FAX NO.: (559) 777-6604 | | County of Fresno |
| E-MAIL ADDRESS: cwaters@modernlegalpc.com | | By: I. Herrera, Deputy |
| ATTORNEY FOR (Name): Brian Weldon | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO**
STREET ADDRESS: 1130 O Street
MAILING ADDRESS: 1130 O Street
CITY AND ZIP CODE: Fresno 93721
BRANCH NAME: B.F. Sisk Courthouse

Plaintiff/Petitioner: Paul Singer
Defendant/Respondent: Brian Weldon

**REQUEST FOR DISMISSAL**

CASE NUMBER: 18CECG03151

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
   (3) ☒ Cross-complaint filed by (name): Brian Weldon    on (date): 09/21/2020
   (4) ☐ Cross-complaint filed by (name):    on (date):
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☐ Other (specify):*

2. (Complete in all cases except family law cases.)
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: June 19, 2023
Craig C.O. Waters, Esq.
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _C._ _(signature)_
(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶
(SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

(To be completed by clerk)
4. ☒ Dismissal entered as requested on (date): 6/20/2023
5. ☐ Dismissal entered on (date):    as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☒ Attorney or party without attorney notified on (date): 6/28/2023
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date: 6/28/2023    Clerk, by /s/ I. Herrera , Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| | |
|---|---|
| Plaintiff/Petitioner: Paul Singer<br>Defendant/Respondent: Brian Weldon | CASE NUMBER:<br>18CECG03151 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

▶

_____                    _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                               (SIGNATURE)

CIV-110 [Rev. January 1, 2013]   **REQUEST FOR DISMISSAL**   Page 2 of 2

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 5412 N. Palm Avenue, Suite 105, Fresno, CA 93704.

On June 19, 2023, I served the foregoing document(s) described as: **REQUEST FOR DISMISSAL** on the parties in this action as follows:

☐ **BY EMAIL:** I caused such document to be sent via email transmission to the offices of the addressee(s) as set forth below:

☒ **BY MAIL:** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** By placing true copies thereof enclosed in sealed envelope(s) addressed as set forth below. I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

Paul Singer
4928 E. Washington Avenue
Fresno, CA 93727
paul@calscope.com

Benchmark Logic Real Estate Investing & Consulting, LLC
c/o Paul Ventura Singer
paul@calscope.com

Executed on June 19, 2023, at Fresno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Jacqueline C.*
Jacqueline Cardozo