Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Per

FILED
JUN 23 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL V. SINGER, in individual

  Plaintiff,

v.

CRAIG C.O. WATERS ESQ, in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40

  Defendants.

Case No.: 1:25-cv-00532-KES-SAB

**PLAINTIFF'S OPPOSITION TO DEFENDANT WATERS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**

*(With Request for Judicial Notice and Motion for Sanctions Under FRCP 11)*

## INTRODUCTION

Defendant Waters' Motion to Dismiss must be **DENIED** because it ignores:

1. **Certified evidence of fraud** (Exhibits 1-5);

2. **State Bar's deliberate indifference** to misconduct; and

3. **Binding precedent** that fraud vitiates all defenses.

## I. DEFENDANT'S MOTION FAILS UNDER FRCP 12(B)(6)

**A. Plaintiff's Complaint Exceeds Plausibility – Key Evidence**

1

| Complaint Allegation | Supporting Evidence | Legal Standard Met |
|---|---|---|
| Waters filed fraudulent MC-050 substitution (¶9) | **Exhibit B**: Certified MC-050 showing false claim Abrams was "former attorney" | *Lazar v. Superior Court* (fraud elements satisfied) |
| Waters lied in sanctions declaration (¶10-11) | **Exhibit C**: Declaration contradicting substitution filing date | *Chambers v. NASCO* (bad-faith sanctions) |
| State Bar ignored fraud complaint (¶14-16) | **Exhibit E/F**: Bar dismissal letter with no investigation | *Owens v. City of Independence* (due process violation) |

**Judicial Notice Under *Lee v. City of L.A.*:**

- Exhibits 1-5 are **court records and certified documents** – they **conclusively** prove fraud.

## II. LITIGATION PRIVILEGE DOES NOT SHIELD CRIMES

**Fraud = Perjury + Falsification of Records**

| Criminal Act | Evidence | Case Law |
|---|---|---|
| **Penal Code § 118 (Perjury)** | MC-050 falsely claims Abrams was "former attorney" (**Ex. 3**) | *Flatley v. Mauro* (no privilege for crimes) |
| **Penal Code § 134 (Falsifying Records)** | Docket (**Ex. 1**) proves Abrams never appeared | *Kashian v. Harriman* (forged docs unprotected) |

**Key Quote:**

*"The anti-SLAPP statute cannot protect criminal fraud."* – *Flatley*, 39 Cal.4th at 320.

## III. ROOKER-FELDMAN DOES NOT APPLY

**Plaintiff Seeks Fraud Remedy, Not Merit Review**

| What Plaintiff Asks | Legal Authority |
|---|---|
| Vacate fraud-tainted judgments | *Hazel-Atlas Glass Co.* (fraud voids judgments) |
| Investigate State Bar misconduct | *Ex parte Young* (injunctive relief allowed) |

**Distinguish:** *Cooper v. Ramos* (no bar to fraud claims).

## IV. NOERR-PENNINGTON = SHAM LITIGATION

**MC-050 Was Objectively Baseless**

| Fraudulent Act | Proof |
|---|---|
| Filed 14 days after sanctions motion (**Ex. 4**) | Timing proves intent to obstruct |
| No Abrams involvement (**Ex. 1**) | Fabrication is "sham litigation" (*Cal. Motor Transport*) |

## V. STATE BAR'S DELIBERATE INDIFFERENCE

**Due Process Violation Under *Owens***

| State Bar's Failure | Consequence |
|---|---|
| Ignored certified fraud evidence (**Ex. 5**) | Enabled Waters' obstruction |
| Closed case without investigation (**Ex. F**) | Denied Plaintiff redress |

## VI. SANCTIONS ARE MANDATORY

**FRCP 11 + § 1927 Violations**

| Misconduct | Sanction Grounds |
|---|---|
| False MC-050 (**Ex. B**) | FRCP 11(c)(3) (strike filing) |
| Bad-faith delays | 28 U.S.C. § 1927 (fee shifting) |

**Key Quote:**

"Courts must punish fraud to preserve integrity." – *Chambers v. NASCO*.

## CONCLUSION & PRAYER FOR RELIEF

For the reasons stated, the Court must:

1. **DENY** the Motion to Dismiss.
2. **TAKE JUDICIAL NOTICE** of **Exhibits 1-5**.
3. **GRANT SANCTIONS** under FRCP 11 and § 1927.

DATED: June 22, 2025

Respectfully submitted,

*/s/ Paul V. Singer*
PAUL V. SINGER, Plaintiff *Pro Se*

3
**PLAINTIFF'S OPPOSITION TO DEFENDANT WATERS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**

## CERTIFICATE OF SERVICE

I certify service **PLAINTIFF'S OPPOSITION TO DEFENDANT WATERS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** via CM/ECF and U.S. Mail to all counsel of record.

_____
PAUL V. SINGER