# FILED

JUN 23 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK



1  Paul V. Singer
2  4928 E. Washington Avenue
   Fresno, California 93727
3  Telephone: (559)871-6400
4  Attorney for Plaintiff: In Pro Per

5

6  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7

8

9  PAUL V. SINGER, in individual        Case No.: 1:25-cv-00532-KES-SAB

10        Plaintiff,
   v.
11                                       **PLAINTIFF'S REQUEST FOR JUDICIAL**
   CRAIG C.O. WATERS ESQ, in his        **NOTICE IN SUPPORT OF OPPOSITION**
12 official capacity; STATE BAR OF       **TO DEFENDANT WATERS' ANTI-**
   CALIFORNIA, OFFICE OF CHIEF          **SLAPP MOTION**
13 TRIAL; KRISTIN CHARLES,              (Pursuant to FRE 201, Cal. Evid. Code §
14 in her official capacity; STATE BAR OF 452(d), and FRCP 56(c)(1)(A))
   CALIFORNIA, OFFICE OF GENERAL
15 COUNSEL; LOUISA AYRAPETYAN, in
   her official capacity; STATE BAR OF
16 CALIFORNIA, OFFICE OF GENERAL
17 COUNSEL; BRANDON N. STALLINGS,
   in his official capacity; and DOES 1-40
18
         Defendants.
19

20

21 PAUL V. SINGER, Plaintiff Pro Se, requests judicial notice of the following official records to:

22    Defeat Waters' Anti-SLAPP Motion (fraud is not protected activity under *Flatley v. Mauro*); and
23
      Support Future Summary Judgment against all Defendants (undisputed facts establish liability).
24

25                        **I. EXHIBITS FOR JUDICIAL NOTICE**

26 (Certified or self-authenticating under FRE 902)

27    **Exhibit 1:** Certified Docket in Singer v. Weldon (18CECG03151)

28

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO**
**DEFENDANT WATERS' ANTI-SLAPP MOTION**

Relevant Fact: No entries for Robert Abrams before January 12, 2022.

Purpose: Proves falsity of MC-050's claim that Abrams was "former attorney."

**Exhibit 2:** Original Answer (July 3, 2019)

Relevant Fact: Filed solely by Craig Waters under "Law Office of Robert C. Abrams."

Purpose: Confirms Abrams had no prior involvement.

**Exhibit 3:** MC-050 Substitution of Attorney (Jan. 12, 2022)

Relevant Fact: Signed by Waters, Abrams, and Weldon, falsely attesting Abrams' representation.

Purpose: Establishes fraud by all signatories (Penal Code §§ 118, 134).

**Exhibit 5:** State Bar Dismissal Letter

Relevant Fact: Admits receipt of fraud evidence but declines action.

Purpose: Shows deliberate indifference (due process violation under Owens).

## II. UNDISPUTED FACTS FOR ANTI-SLAPP AND SUMMARY JUDGMENT

**Fraudulent MC-050:**

The docket (**Ex. 1**) and original answer (**Ex. 2**) contradict the MC-050 (**Ex. 3**), proving it was falsified.

Legal Impact: Fraud vitiates Anti-SLAPP protection (*Flatley*) and supports fraud claims against all signatories.

State Bar's Bad-Faith Inaction:

**Exhibit 5** proves the Bar ignored conclusive evidence, enabling fraud.

Legal Impact: Negates immunity defenses (*Buckley v. Fitzsimmons*) and supports Monell liability.

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT WATERS' ANTI-SLAPP MOTION**

1

## III. LEGAL BASIS

2

FRE 201(b)(2): These records are not reasonably disputable (court dockets, agency letters).

3

FRCP 56(c)(1)(A): Judicial notice supports summary judgment by proving "absence of genuine

4

dispute."

5

## IV. RELIEF SOUGHT

6

7

Immediate:

8

Take judicial notice of **Exhibits 1–5**.

9

**Deny** Waters' Anti-SLAPP motion (fraud = no protected activity).

10

For Summary Judgment:

11

12

Rule that the noticed facts are established as true for all purposes, including future motions.

13

Hold that Defendants' fraud and the Bar's inaction defeat immunity claims.

14

15

DATED: June 22, 2025                          Respectfully submitted,

16

                                              PAUL V. SINGER, Plaintiff *Pro Se*

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT WATERS' ANTI-SLAPP MOTION**

# EXHIBIT 1

1    CRAIG C.O. WATERS, ESQ., SBN: 311109       E-FILED
     LAW OFFICE OF ROBERT C. ABRAMS          7/3/2019 1:02 PM
2    5412 N. Palm Avenue, Suite 101          Superior Court of California
     Fresno, California 93704                County of Fresno
3    Telephone:    (559) 431-9710            By: C. York, Deputy
     Facsimile:    (559) 431-4108
4
5    Attorneys for Defendant,
     BRIAN WELDON
6
7
8                    IN THE SUPERIOR COURT OF CALIFORNIA
9                            COUNTY OF FRESNO
                                  *****

10   PAUL SINGER, an individual, and          Case No. 18CECG03151
     BENCHMARK LOGIC REAL ESTATE
11   INVESTING AND COSULTING, LLC, a
     California Limited Liability Company,    ANSWER OF BRIAN WELDON TO
12                                            UNVERIFIED COMPLAINT FOR:
                              Plaintiffs,     1)  BREACH OF CONTRACT
13                                            2)  BREACH OF THE COVENANT OF
                                                  GOOD FAITH AND FAIR
14   vs.                                          DEALING;
                                              3)  COMMON COUNTS;
15   BRIAN WELDON, an individual;             4)  CONVERSION;
     FREEDOM INVESTMENTS, LLC, a              5)  INTENTIONAL
16   California Limited Liability Company; and    MISREPRESENTATION
     DOES 1 through 50, inclusive             6)  NEGLIGENT
17                                                MISREPRESENTATION
                              Defendants.     7)  UNJUST ENRICHMENT
18                                            8)  ALTER EGO LIABILITY AND
                                                  DAMAGES
19

20        Defendant BRIAN WELDON (hereinafter "Defendant"), in answer to Complainants'

21   unverified Complaint (the "Complaint"), hereby admits, denies, and alleges as follows:

22                            GENERAL DENIAL

23        This answering Defendant in answer to the unverified Complaint, and pursuant to the

24   provisions of California Code of Civil Procedure section 431.30(d), denies, generally, each

25   and every allegation contained therein and the whole thereof, including each and every

26   purported cause of action contained in said Complaint, and denies, further, that Complainants

27   have sustained or will sustain damages in the sum or sums alleged, or any other sums, or at all.

28   Defendant further denies that Complainants have sustained any injury, damage or loss by

                                        -1-
                                              ANSWER TO UNVERIFIED COMPLAINT

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

1  reason of any act, omission or omission to act on the part of this answering Defendant or its

2  agents, employees or predecessors-in-interest.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

5  1.  As a first and separate affirmative defense, this answering Defendant alleges that

6  Complainants and Complainants' agents, employees, and representatives were negligent in and

7  about the matters alleged in the Complaint, and their negligence was the legal cause of

8  Complainants' injuries and damages, if any.

**Second Affirmative Defense**

10  2.  As a second and separate affirmative defense, this answering Defendant alleges that

11  Complainants and Complainants' damages, if any, were caused by the negligence and

12  wrongful conduct of Complainants and their agents, employees, and representatives and

13  Complainants' recovery, if any, should be reduced by an amount proportionate to the amount

14  by which the negligence and wrongful conduct of Complainants and/or Complainants' agents,

15  employees and representatives contributed to Complainants' damages if any.

**Third Affirmative Defense**

17  3.  As a third and separate affirmative defense, this answering Defendant alleges that

18  Complainants and Complainants' agents, employees and representatives failed to mitigate,

19  minimize or avoid the damages alleged, and Defendant is therefore entitled to have any sum

20  which Complainants may be awarded reduced by such sums as could have been mitigated,

21  minimized or avoided.

**Fourth Affirmative Defense**

23  4.  As a fourth and separate affirmative defense, this answering Defendant alleges that the

24  Complaint and each and every cause of action alleged in it are unenforceable in that

25  Complainants have voluntarily and knowingly waived each and all of Complainants' alleged

26  rights and causes of action against this Defendant.

27  ////

28  ////

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

-2-

ANSWER TO UNVERIFIED COMPLAINT

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

### Fifth Affirmative Defense

5. As a fifth and separate affirmative defense, this answering Defendant alleges that, in and about the matters alleged in the Complaint and in Complainants' dealings with Defendant, Complainants were guilty of tortious conduct, and are guilty of unclean hands in their conduct, acts and omissions to act, relating to the matters alleged in the Complaint.

### Sixth Affirmative Defense

6. As a sixth and separate affirmative defense, this answering Defendant alleges that Complainants, by their conduct, acts and omissions to act, and their agents' conduct, acts and omissions to act, are estopped from asserting the claims alleged in the Complaint.

### Seventh Affirmative Defense

7. As a seventh and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every purported cause of action alleged fail to state facts sufficient to constitute a cause of action against this Defendant, or at all.

### Eighth Affirmative Defense

8. As an eighth and separate affirmative defense, this answering Defendant alleges that Complainants knew, or should have known, of the purported facts supporting each alleged cause of action for an unreasonably long period of time prior to the commencement of this action, and did not give notice thereof to this Defendant, all to the prejudice of this Defendant, and as a result this action is barred by laches and other similar provisions of statutory and common law.

### Ninth Affirmative Defense

9. As a ninth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred, in whole or in part, by California Civil Code section 1623.

### Tenth Affirmative Defense

10. As a tenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred, in whole or in part, by California Code of Civil Procedure section 1856.

ANSWER TO UNVERIFIED COMPLAINT

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

**Eleventh Affirmative Defense**

11. As an eleventh and separate affirmative defense, this answering Defendant alleges that Complainants, by their affirmative conduct and omissions to act, have released any claim against this Defendant.

**Twelfth Affirmative Defense**

12. As a twelfth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the applicable principles of acceptance and ratification.

**Thirteenth Affirmative Defense**

13. As a thirteenth and separate affirmative defense, this answering Defendant alleges that Complainants' injuries and damages, if any, were caused by the negligence and wrongful conduct of third parties not associated with or under the control of this Defendant, and Complainants' recovery, if any, should be reduced by an amount proportionate to the amount by which the negligence and wrongful conduct of such third parties contributed to the alleged damages.

**Fourteenth Affirmative Defense**

14. As a fourteenth and separate affirmative defense, this answering Defendant alleges that Complainants do not have standing to assert the claims alleged in the Complaint.

**Fifteenth Affirmative Defense**

15. As a fifteenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by California Civil Code section 1624(a).

**Sixteenth Affirmative Defense**

16. As a sixteenth and separate affirmative defense, this answering Defendant alleges that the material breach of contract by Complainants discharged Defendant from any obligation to Complainants.

////

////

-4

**LAW OFFICE OF ROBERT C. ABRAMS**
**5412 N. Palm Avenue, Suite 101**
**Fresno, California 93704**

**Seventeenth Affirmative Defense**

17. As a seventeenth and separate affirmative defense, this answering Defendant alleges that Complainants' damages, if any, are set off or extinguished under the equitable doctrine of setoff and Code of Civil Procedure section 431.70.

**Eighteenth Affirmative Defense**

18. As an eighteenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred because Complainants consented to whatever actions, if any, were taken by Defendant as alleged in the Complaint.

**Nineteenth Affirmative Defense**

19. As a nineteenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred because Complainants ratified whatever actions Complainants claims that Defendant took or failed to take.

**Twentieth Affirmative Defense**

20. As a twentieth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of California Code of Civil Procedure section 337.

**Twenty-first Affirmative Defense**

21. As a twenty-first and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of California Code of Civil Procedure section 338.

**Twenty-Second Affirmative Defense**

22. As a twenty-second and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of California Business and Professions Code Section 7031.

////
////
////

-5

ANSWER TO UNVERIFIED COMPLAINT

**Twenty-Third Affirmative Defense**

23. As a twenty-third and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of Contractors' State License Law.

DATED: July __2__, 2019.              LAW OFFICE OF ROBERT C. ABRAMS

_____
CRAIG C.O. WATERS
Attorneys for Defendant BRIAN WELDON

ANSWER TO UNVERIFIED COMPLAINT

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF FRESNO       )

      I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5412 N. Palm Avenue, Suite 101, Fresno, California 93704.

      On July 3, 2019, I served the foregoing document described as **ANSWER OF BRIAN WELDON TO UNVERIFIED COMPLAINT FOR: 1) BREACH OF CONTRACT; 2) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING; 3) COMMON COUNTS; 4) CONVERSION; 5) INTENTIONAL MISREPRESENTATION; 6) NEGLIGENT MISREPRESENTATION; 7) UNJUST ENRICHMENT; 8) ALTER EGO LIABILITY AND DAMAGES** on the parties in this action as follows:

☐    **BY OVERNIGHT DELIVERY:**  By placing true copies thereof enclosed in sealed envelopes addressed as set forth below.  I caused such envelope(s) with overnight delivery fees paid to be picked up by an overnight delivery carrier at Fresno, California.

☒    **BY MAIL:**  By placing true copies thereof enclosed in sealed envelopes addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY PERSONAL SERVICE:**  By placing true copies thereof enclosed in sealed envelope(s) addressed as set forth below.  I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☐    **BY FAX:**  I caused such document to be sent via facsimile transmission to the offices of the addressee(s) as set forth below:

**Attorneys for Paul Singer**
Jim A. Trevino
Law Office of Jim A. Trevino
700 E. Shaw Avenue, Suite 202
Fresno, California 93710

      Executed on July 3, 2019, at Fresno, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Kayla L. Waters_
Kayla L. Waters

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

**PROOF OF SERVICE**

# EXHIBIT 2

MC-050

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
— Craig C.O. Waters, SBN: 311109
Modern Legal PC
5412 N. Palm Avenue, Suite 105
Fresno CA 93704
TELEPHONE NO.: 559-603-8522    FAX NO. *(Optional):* 559-777-6604
E-MAIL ADDRESS *(Optional):* cwaters@modernlegalpc.com
ATTORNEY FOR *(Name):* Weldon, Brian

FOR COURT USE ONLY

E-FILED
1/12/2022 1:40 PM
Superior Court of California
County of Fresno
By: Estela Alvarado, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Fresno
STREET ADDRESS: 1130 O Street
MAILING ADDRESS: 1130 O Street
CITY AND ZIP CODE: Fresno, 93721
BRANCH NAME: B.F. Sisk Courthouse

**CASE NAME:**
Singer v Weldon

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

CASE NUMBER:
18CECG03151

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Brian Weldon    makes the following substitution:

1. **Former legal representative**  ☐ Party represented self  ☑ Attorney *(name):* Robert C. Abrams, Esq.
2. **New legal representative**  ☐ Party is representing self  ☑ Attorney
   a. Name: Craig Waters    b. State Bar No. *(if applicable):* 311109
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      5412 N. Palm Avenue, Suite 105 in Fresno, CA 93704
      Modern Legal PC
   d. Telephone No. *(include area code):* 559-603-8522
3. The party making this substitution is a  ☐ plaintiff  ☑ defendant  ☐ petitioner  ☐ respondent  ☒ other *(specify):*
   Cross-Complainant

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee

- Personal Representative
- Probate fiduciary
- Corporation

- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: Jan 12, 2022
   Brian Weldon
   _____
   (TYPE OR PRINT NAME)

   *Brian Weldon*
   Brian Weldon (Jan 12, 2022 09:43 PST)
   _____
   (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 1/12/2022
   Robert C. Abrams, Esq.
   _____
   (TYPE OR PRINT NAME)

   _____
   (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: 1/12/2022
   Craig C.O. Waters, Esq.
   _____
   (TYPE OR PRINT NAME)

   _____
   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)    Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

| CASE NAME: | CASE NUMBER: |
|---|---|
| Singer v Weldon | 18CECG03151 |

### PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

*Instructions: After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: January 12, 2022    (2) Place of mailing *(city and state)*: Fresno, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-12-22

Crystal Cervantes
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Paul Singer
   b. Address *(number, street, city, and ZIP)*:
      4928 E. Washington Avenue
      Fresno, CA 93727

   c. Name of person served: Benchmark Logic Real Estate Investing and Consulting LLC
   d. Address *(number, street, city, and ZIP)*:
      4928 E. Washington Avenue
      Fresno, CA 93727

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:


   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:


   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:


   ☐ List of names and addresses continued in attachment.

# EXHIBIT 3

## Case Information

18CECG03151 | Paul Singer vs. Brian Weldon

| Case Number | Court | Judicial Officer |
|---|---|---|
| 18CECG03151 | Civil | Culver Kapetan, Kristi |
| File Date | Case Type | Case Status |
| 08/23/2018 | 06 Unlimited - Breach of Contract/Warranty | Dismissed |

## Party

**Plaintiff in 1st cross complaint**
Weldon, Brian

Active Attorneys ▾
Pro Se

**Plaintiff**
Singer, Paul

Active Attorneys ▾
Pro Se

**Defendant in 1st cross complaint**
Singer, Paul

**Defendant in 1st cross complaint**
Benchmark Logic Real State Investing and Consulting, LLC

**Defendant**
Weldon, Brian

Active Attorneys ▾
Pro Se

## Disposition Events

**04/11/2023 Judgment▼**

04/11/23 Request for Dismissal Received - Pending Review

Judgment Type
Dismissal of Party

Party
   Name: Benchmark Logic Real Estate Investing and Consulting, LLC

   Comment: Without Prejudice

**06/20/2023 Judgment▼**

6-20-23 Request for Dismissal of Cross-Complaint

Judgment Type
Dismissal - Other filed

Party
   Names: Weldon, Brian

   Singer, Paul
   Benchmark Logic Real State Investing and Consulting, LLC

   Comment: without prejudice

Comment

Comment (as to 1st Cross-Complaint)

**09/14/2023 Judgment▼**

9/14/2023 Request for Dismissal filed

Judgment Type
Request for Dismissal filed

Party
    Names: Singer, Paul

       Weldon, Brian

    Comment: Without Prejudice

## Events and Hearings

01/01/1900 Chambers Work- Pre ▾

Hearing Time
8:30 AM

08/23/2018 Civil Complaint filed ▾      .

Complaint

08/23/2018 Notice of Hearing ▾

Notice of Hearing

   Comment
   CMC/CJAP Hearing

08/24/2018 Civil case cover sheet ▾

Civil Case Cover Sheet

08/24/2018 Summons issued and filed ▾

Summons

Summons issued and filed

12/17/2018 Case Management Conference ▾

Hearing Time
1:30 PM

Result
Heard

**12/17/2018 Minute Order Attachment ▼**

Minute Order Attachment

**12/24/2018 Declaration Filed ▼**

Declaration

Comment
of Richard Goeringer

**12/24/2018 Declaration Filed ▼**

Declaration

Comment
of Sheila Krebs

**12/24/2018 Order Received for Signature ▼**

Application to Post/Publish Summons and Complaint

Comment
Order signed and issued. Forwarded to clerks office 01/07/2019, for further processing. Forwarded to Dept: 501
Order for: Publication of Summons and Complaint

**12/26/2018 Chambers Work- Pre ▼**

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

**12/27/2018 Notice of Hearing ▼**

Civil Document

Comment
CMC re-notice from 2/19/19 Room 305 to 2/21/19 Dept. 402

**01/07/2019 Application for Publication/Posting Order filed ▼**

Application for Publication/Posting Order filed

| Judicial Officer | Comment |
|---|---|
| Hamilton, Jr., Jeffrey Y. | Type of Document: Summons and Complaint Publication |

**01/14/2019 Notice of Hearing** ▼

Notice of Hearing

Comment
CMC re-notice from 2/21/19 Dept. 402 to 2/28/19 Dept. 402

**02/19/2019 Case Management Statement Filed** ▼

Case Management Statement

**02/25/2019 Order Received for Signature** ▼

Amended Document Filed

Comment
Order for: First Amended App and order signed and issued. Forwarded to clerks office 03/01/2019, for further processing. Forwarded to Dept: 501 Order for: First Amended App and order for publication of summons

**02/27/2019 Chambers Work- Pre** ▼

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

**02/28/2019 Case Management Conference** ▼

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:30 PM

Result
Heard

**02/28/2019 Application for Publication/Posting Order filed** ▼

Application for Publication/Posting Order filed

| Judicial Officer | Comment |
| --- | --- |
| Hamilton, Jr., Jeffrey Y. | Type of Document: Publication |

**02/28/2019 Minute Order Attachment** ▼

Minute Order Attachment

**05/22/2019 Proof of Service** ▾

Proof of Service

    Comment
    of publication

**05/22/2019 Other** ▾

Served
04/12/2019

Served
04/12/2019

Comment
Publication of Summons

**05/23/2019 Case Management Conference** ▾

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:30 PM

Result
Heard

**05/23/2019 Minute Order Attachment** ▾

Minute Order Attachment

**07/03/2019 Case Management Statement Filed** ▾

Case Management Statement

**07/03/2019 Answer Filed** ▾

Answer/Response/Denial/Demurrer - First Appearance Fee

**07/10/2019 Case Management Statement Filed** ▾

Case Management Statement

**07/10/2019 Proof of Service** ▾

Proof of Service

    Comment
    CMC statement

**07/18/2019 Case Management Conference** ▾

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:30 PM

Result
Heard

**07/18/2019 Minute Order Attachment** ▾

Minute Order Attachment

**08/30/2019 Case Management Statement Filed** ▾

Case Management Statement

**09/19/2019 Case Management Statement Filed** ▾

Case Management Statement

**09/20/2019 Case Management Conference** ▾

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
1:30 PM

Result
Heard

**09/20/2019 Minute Order Attachment** ▾

Minute Order Attachment

    Comment
    Clerk's Certificate of Mailing attached

**09/20/2019 Jury Trial Requested by Both Parties**

**09/20/2019 Referral to ADR**

**11/12/2019 ADR Stipulation - Not All Signed** ▾

Stipulation

Comment

Not signed by: Freedom Investments, LLC ***NO DEFAULT HAS BEEN FILED PER 9/20/19 MINUTE ORDER***
Party(s) who signed: Craig Waters, Jim Trevino ADR method chosen: Not yet selected

11/12/2019 Request for Pre-Trial Discovery filed ▼

Request

11/13/2019 OSC - ADR Stipulation ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:32 PM

Cancel Reason
Off Calendar

12/19/2019 Chambers Work- Pre ▼

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

12/19/2019 Order filed ▼

Civil Document

| Judicial Officer | Comment |
|---|---|
| Hamilton, Jr., Jeffrey Y. | Order on Pretrial Discovery Conference |

01/28/2020 Motion - Withdrawal of Attorney ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Jim Trevino

03/24/2020 Motion - Compel ▼

Judicial Officer
Tharpe, D Tyler

**Hearing Time**
3:27 PM

**Cancel Reason**
Off Calendar

**Comment**
Craig Waters

03/24/2020 Motion - Compel ▼

**Judicial Officer**
Tharpe, D Tyler

**Hearing Time**
3:27 PM

**Cancel Reason**
Off Calendar

**Comment**
Craig Waters

03/24/2020 Motion - Compel ▼

**Judicial Officer**
Tharpe, D Tyler

**Hearing Time**
3:27 PM

**Cancel Reason**
Off Calendar

**Comment**
Craig Waters

03/24/2020 Motion - Compel ▼

**Judicial Officer**
Tharpe, D Tyler

**Hearing Time**
3:27 PM

**Cancel Reason**
Off Calendar

**Comment**
Craig Waters

03/24/2020 Motion - Compel ▼

**Judicial Officer**
Tharpe, D Tyler

**Hearing Time**
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

03/24/2020 Motion - Compel ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

06/15/2020 Notice Filed ▼

Notice Filed

Comment
Notice of Assignment of Judge for all Purposes.

06/30/2020 Notice of Hearing ▼

Notice of Hearing

Comment
*Department Change*

07/30/2020 Substitution of Attorney Filed ▼

Substitution of Attorney

Comment
Old Attorney: Jim A. Trevino New Attorney: ProPer

07/30/2020 Substitution of Attorney Filed ▼

Substitution of Attorney

Comment
Old Attorney: Jim A. Trevino New Attorney: ProPer

08/21/2020 Notice of Motion ▼

Notice of Motion

Comment
Motion for: Leave to File Cross-Complaint

08/21/2020 Memorandum of Points and Authorities ▼

Memorandum of Points & Authorities

Comment
Memorandum of Points and Authorities ISO Motion to Leave


08/21/2020 Declaration Filed ▼


Declaration

Comment
Declaration of Craig C.O. Waters ISO Motion to leave


08/21/2020 Request for Judicial Notice ▼


Request for Judicial Notice

Comment
in Support of Defendant's Motion for Leave to File X-Complaint


08/21/2020 Order Received for Signature ▼


Proposed Order

Comment
**order NOT signed; see TR dated 09/17/20** Proposed order granting motion to leave to file


09/08/2020 Notice of Motion ▼


Notice of Motion

Comment
Notice of Motion and Motion to be Relieved as Counsel


09/08/2020 Declaration Filed ▼


Declaration

Comment
Declaration in Support of Attorney's Motion to be Relieved as Counsel


09/08/2020 Order Received for Signature ▼


Proposed Order

Comment
**order not signed; see TR dated 09/24/20** Order Granting Attorney's Motion to be Relieved as Counsel


09/09/2020 Notice Filed ▼


Notice

Comment
Notice of Non-Receipt of Opposition to Motion for Leave to file Cross-Complaint


09/15/2020 Mandatory Settlement Conference ▼

Hearing Time
10:00 AM

Cancel Reason
Off Calendar


09/17/2020 Motion - File X-Complaint ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Craig Waters


09/17/2020 Minute Order Attachment (Tentative Rulings Only) ▾

Minute Order Attachment (Tentative Rulings Only)

Comment
& Certificate of Mailing


09/21/2020 Proof of Service ▾

Proof of Service

Comment
of Personal Service


09/21/2020 Cross Complaint Filed ▾

Cross Action/Cross Complaint

Comment
1st Cross-Complaint filed


09/24/2020 Motion - Withdrawal of Attorney ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Jim Trevino


09/24/2020 Minute Order Attachment (Tentative Rulings Only) ▾

Comment
& Certificate of Mailing

10/06/2020 Ex parte Filed ▼

Ex Parte Application

Comment
for Order Shortening Time to hear Plaintiff's motion to be relieved as Counsel

10/06/2020 Declaration Filed ▼

Declaration

Comment
of Jim A Trevino in Support of Ex Parte Application for an Order Shortening Time to hear Plaintiff's Motion to be Relieved as Counsel

10/06/2020 Order Received for Signature ▼

Proposed Order

Comment
**order NOT signed; see minute order dated 10/08/20**

10/06/2020 Proof of Service ▼

Proof of Service

Comment
Proof of electronic Service Ex Parte Application OST Motion to be relieved as counsel

10/06/2020 Proof of Service ▼

Proof of Service

Comment
Proof of electronic Service, Notice of Motion and Motion to be relieved as Counsel

10/06/2020 Proof of Service ▼

Proof of Service

Comment
Proof of Electronic Service, Ex Parte Application for Order shortening time to hear Plaintiff's motion to be relieved as counsel

10/06/2020 Proof of Service ▼

Proof of Service

Comment
Proof of electronic Service, Notice of Motion and Motion to be relieved as Counsel

10/07/2020 Proof of Service ▼

Proof of Service

Comment
Proof of Personal Service

10/08/2020 Ex Parte Hearing ▼

Judicial Officer
McGuire, Rosemary

Hearing Time
3:29 PM

Result
Heard

Comment
W/Draw ~ Jim Trevino (NO KCK) - moved to 502 (KAG conflict)

10/08/2020 Minute Order Attachment ▼

Minute Order Attachment

Comment
and certificate of mailing

10/09/2020 Trial Readiness ▼

Judicial Officer
Gaab, Kimberly

Hearing Time
9:30 AM

Result
Heard

10/09/2020 Minute Order Attachment ▼

Minute Order Attachment

Comment
and Certificate of Mailing

10/13/2020 Jury Trial ▼

Judicial Officer
Gaab, Kimberly

Hearing Time
9:00 AM

Cancel Reason
Court Order

Comment
jury both; 5 to 7 days

10/23/2020 Request to Enter Default Denied ▼

Request for Entry of Default

Comment
as to Cross-Defendant Paul Singer - Time to answer has not elapsed.

11/05/2020 Request to Enter Default ▼

Request for Entry of Default

11/19/2020 Letter of Documents Returned Without Filing ▼

Letter of Documents Returned Without Filing

Comment
Response to Cross-Complaint

11/30/2020 Request to Enter Default ▼

Request for Entry of Default

12/07/2020 Notice of Motion ▼

Notice of Motion

Comment
Motion to be relieved as counsel

12/07/2020 Declaration Filed ▼

Declaration

Comment
in Support of Attorneys Motion to be relieved as counsel

12/07/2020 Order Received for Signature ▼

Proposed Order

Comment
**order signed w/ modifications and fwd to clerks office on 1/12/21** Order Granting Attorney's Motion to be
Relieved as Counsel

12/08/2020 Proof of Service ▼

Proof of Service

Comment
of Service Electronic

12/08/2020 Proof of Service ▾

**Proof of Service**

Comment
of Electronic Service

12/08/2020 Proof of Service ▾

**Proof of Service**

Comment
by First Class Mail

12/08/2020 Proof of Service ▾

**Proof of Service**

Comment
by First Class Mail

12/09/2020 Notice Filed ▾

**Notice Filed**

Comment
of Calendar Setting; time change for 1/12 hearings

12/11/2020 Proof of Service ▾

**Proof of Service**

Comment
of supporting documents

01/12/2021 Motion - Withdrawal of Attorney ▾

**Judicial Officer**
Culver Kapetan, Kristi

**Hearing Time**
9:01 AM

**Result**
Heard

**Comment**
Jim Trevino

01/12/2021 Motion - Withdrawal of Attorney ▾

**Judicial Officer**
Culver Kapetan, Kristi

**Hearing Time**
9:01 AM

Result
Heard

Comment
Jim Trevino

**01/12/2021 Minute Order Attachment ▾**

Minute Order Attachment

Comment
& Certificate of Mailing

**01/12/2021 Order filed ▾**

Order filed

| Judicial Officer | Comment |
|---|---|
| Culver Kapetan, Kristi | to be relieved as counsel of record as to Benchmark effective upon the filing of the proof of service of this signed order upon the client |

**12/09/2021 ADR Report - Case Not Resolved filed ▾**

12-9-21 Alternative Dispute Resolution Status Report.

**12/15/2021 Mandatory Settlement Conference ▾**

Hearing Time
10:00 AM

Cancel Reason
Off Calendar

**01/06/2022 Chambers Work- Pre ▾**

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

**01/06/2022 Order Received for Signature ▾**

Order Received for Signature

Comment
**NO ACTION TAKEN as of 1/6/22** Forwarded to Dept: 403 Order: Appointing Referee

**01/12/2022 Ex Parte Hearing ▾**

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Cancel Reason
Off Calendar

Comment
Appoint Referee ~ Paul Singer


01/12/2022 Letter of Documents Returned Without Filing ▼


Letter of Documents Returned Without Filing


01/12/2022 Substitution of Attorney Filed ▼


1/12/22 Substitution of Attorney

Comment
Old Attorney: Robert Abrams New Attorney: Craig Waters of Modern Legal PC


01/14/2022 Trial Readiness ▼


Judicial Officer
Gaab, Kimberly

Hearing Time
9:30 AM

Result
Heard


01/14/2022 Minute Order Attachment ▼


01.14.2022 TRR Minute Order Attachment

Comment
and clerk's certificate of mailing


01/18/2022 Jury Trial ▼


Judicial Officer
Gaab, Kimberly

Hearing Time
9:00 AM

Cancel Reason
Off Calendar


10/21/2022 Notice of Motion ▼


10/21/22 Mtn Strike HRG 11/15/22

Comment
Motion to Strike Plaintiff's Complaint

10/21/2022 Memorandum of Points and Authorities ▾

10/21/22 Memo re Mtn Strike HRG 11/15/22

Comment
ISO Motion to Strike Plaintiff's Complaint

10/21/2022 Request for Judicial Notice ▾

10/21/22 RJN re Mtn Strike HRG 11/15/22

Comment
ISO Motion to Strike Plaintiff's Complaint

10/21/2022 Order Received for Signature ▾

10/21/22 Proposed Order re Mtn Strike HRG 11/15/22

Comment
*order not signed; see 11/15 MO* [Proposed] Order Granting Motion to Strike

11/07/2022 Notice Filed ▾

11-7-22 Notice of Non-Receipt of Opposition to Motion to Strike - HRG 11/15/22

Comment
Notice of Non-Receipt of Opposition to Motion to Strike

11/15/2022 Motion - Strike ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Filed 10/21/22 - Craig Waters

11/15/2022 Minute Order Attachment (Tentative Rulings Only) ▾

Minute Order Attachment (Tentative Rulings Only)

Comment
& CM

12/28/2022 Proof of Service ▾

12/28/2022 Proof of Service

Comment
by mail of request for admission set one

12/28/2022 Proof of Service ▼

12/28/2022 Proof of Service

Comment
by mail Notice of Motion

12/28/2022 Notice of Motion ▼

12/28/2022 Notice of Motion

Comment
and Motion to: Deem the Truth of Matter Specified In Request for Admissions, Set No. One Admitted and
Request for Order Awarding Monetary Sanctions Against Defendant and Defense Counsel in the Sum of
$560.00; Memorandum of Points and Authorities

12/28/2022 Order Received for Signature ▼

12/28/2022 Order Received for Signature

Comment
"Pending Hearing" Proposed Order Deeming the Truth of Matters Specified in Request for Admissions, Set No.
One Admitted

12/28/2022 Declaration Filed ▼

12/28/2022 Declaration Filed

Comment
Of Paul Singer and Exhibits ISO Motion to Deem the Truth of Matters Specified in Request from Admissions, Set
No. One Admitted and Request for Order Awarding Monetary Sanctions Against Defendant and Defense Counsel
in the Sum of $560.00

01/03/2023 Minute Order Attachment ▼

Minute Order Attachment

Comment
& CM (re Motion continued from 2/8/23 to 2/15/23)

01/12/2023 Notice of Hearing ▼

Notice of Hearing

Comment
Notice of Department Change Only - from 403 to 502

01/18/2023 Ex parte Filed ▼

1/18/23 Ex Parte Application ~ Hearing 1/19/23

Comment
Hearing 1/19/23 ~ Ex Parte Application for Leave to File First Amended Answer

01/18/2023 Memorandum of Points and Authorities ▾

1/18/23 MPI ~ Hearing 1/19/23

01/18/2023 Declaration Filed ▾

1/18/23 Declaration ~ Hearing 1/19/23

   Comment
   Craig Waters

01/18/2023 Declaration Filed ▾

1/18/23 Declaration ~ Hearing 1/19/23

   Comment
   Kayla Waters

01/18/2023 Request for Judicial Notice ▾

1/18/23 RJN ~ Hearing 1/19/23

01/18/2023 Order Received for Signature ▾

1/18/23 [Proposed] Order ~ Hearing 1/19/23

   Comment
   ~ Pending Ex Parte Hearing ~

01/19/2023 Ex Parte Hearing ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Result
Heard

Comment
Amend Answer ~ Craig Waters

01/19/2023 Minute Order Attachment ▾

Minute Order Attachment

   Comment
   & CM

01/19/2023 Appeared in Person ▾

   Comment
   Atty Waters for Defendants

01/20/2023 Amended Document Filed ▼

1/20/23 - First Amended Answer

Comment
First Amended Answer

01/25/2023 Memorandum of Points and Authorities ▼

1/25/23 MPA ~ Hearing 2/7/23

Comment
Hearing 2/7/23 ~ Memorandum of Points and Authorities in Support of Opposition

01/25/2023 Declaration Filed ▼

1/25/23 Declaration ~ Hearing 2/7/23

Comment
Alejandra Ramirez

01/25/2023 Declaration Filed ▼

1/25/23 Declaration ~ Hearing 2/7/23

Comment
Craig C.O. Waters

02/07/2023 Motion - Admissions Deemed Admitted ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Initial ~ Paul Singer - Filed 12/28/22

02/07/2023 Minute Order Attachment (Tentative Rulings Only) ▼

Civil Document

Comment
and certificate of mailing

02/15/2023 Motion - Judgment on Plead ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters (cont. from 2/8/23)


02/21/2023 Notice of Motion ▾


Notice of Motion Sanctions HRG 3/15/23

Comment
Motion for Monetary Sanctions Against Plaintiff


02/21/2023 Memorandum of Points and Authorities ▾


Memo re Mtn Sanctions HRG 3/15/23

Comment
ISO Motion for Monetary Sanctions Against Plaintiff


02/21/2023 Request for Judicial Notice ▾


RJN re Mtn Sanctions HRG 3/15/23

Comment
ISO Motion for Monetary Sanctions Against Plaintiff


02/21/2023 Declaration Filed ▾


Declaration re Mtn Sanctions HRG 3/15/23

Comment
Declaration of Craig C.O. Waters ISO Motion for Monetary Sanctions Against Plaintiff


02/21/2023 Order Received for Signature ▾


Proposed Order Mtn Sanctions HRG 3/15/23

Comment
*order not signed; see 3/15 MO* Proposed Order Granting Motion for Monetary Sanctions Against Plaintiff


03/02/2023 Notice of Motion ▾


3/2/2023 Notice of Motion

Comment
and Motion to: File First Amended Complaint; Memorandum of Points and Authorities ISO Motion *Proof Of Service by Mail on Family Law Forms*


03/02/2023 Order Received for Signature ▾


3/2/2023 Order Received for Signature

Comment
*Pending Hearing* Proposed Order Allowing Plaintiff to File First Amended Complaint for Liability and Damages

03/02/2023 Declaration Filed ▾

3/2/2023 Declaration Filed

Comment
Of Paul Singer and Exhibits ISO Motion for Leave to File First Amended Complaint

03/08/2023 Notice Filed ▾

3/8/23 Notice of Non-Receipt of Opposition ~ Hearing 3/15/23

Comment
Hearing 3/15/23 ~ Notice of Non-Receipt of Opposition in Lieu of Reply Brief

03/15/2023 Motion - Sanctions ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Craig Waters - Filed 2/21/23

03/15/2023 Minute Order Attachment (Tentative Rulings Only) ▾

Minute Order Attachment (Tentative Rulings Only)

Comment
& CM

03/16/2023 Notice of Motion ▾

3/16/2023-Notice of Motion to Continue Trial

Comment
and Motion to: Continue Mandatory Settlement Conference and Trial; Points and Authorities; Declaration of Paul
Singer [Proposed] Order

03/16/2023 Order Received for Signature ▾

3/16/2023-Order Received for Signature

Comment
"Pending Hearing" Order Continuing Mandatory Settlement Conference and Trial

03/29/2023 Mandatory Settlement Conference ▾

Hearing Time
10:00 AM

Cancel Reason
Off Calendar

04/05/2023 Memorandum of Points and Authorities ▼

4/05/23 Memorandum of Points & Authorities

Comment
Memorandum of Points and Authorities in Support of Opposition to Motion to Continue Trial

04/05/2023 Declaration Filed ▼

4/05/23 Declaration

Comment
Declaration of Craig C.O. Waters in Support of Opposition to Motion to Continue Trial

04/05/2023 Request for Judicial Notice ▼

4/05/23 Request for Judicial Notice

Comment
Request for Judicial Notice in Support of Opposition to Motion to Continue Trial

04/05/2023 Declaration Filed ▼

4/05/23 Declaration in Support of Weldon's Opposition

Comment
Declaration in Support of Weldon's Opposition

04/05/2023 Memorandum of Points and Authorities ▼

4/05/23 Memorandum of Points & Authorities

Comment
Memorandum in Support of Weldon's Opposition

04/05/2023 Request for Judicial Notice ▼

4/05/23 Request for Judicial Notice

Comment
Request for Judicial Notice in Support of Weldon's Opposition

04/06/2023 Notice Filed ▼

4-6-23 Notice of Non- Receipt of Opposition to Motion for Leave to File First Amended Complaint

Comment
Notice of Non- Receipt of Opposition to Motion for Leave to File First Amended Complaint

04/06/2023 Notice Filed ▼

4-6-23 Notice of Non- Receipt of Opposition to Motion to Continue MSC and Trial

Comment
Notice of Non- Receipt of Opposition to Motion to Continue Mandatory Settlement Conference and Trial


04/11/2023 Request for Dismissal Received - Pending Review ▼


04/11/23 Request for Dismissal Received - Pending Review


04/11/2023 Proof of Service ▼


04/11/23 Proof of Service

Comment
Request for Dismissal


04/13/2023 Order Received for Signature ▼


4/13/23 Stip and Proposed Order to Cont Trial & Leave to Amend

Comment
FWD to 502 - Stipulation and [Proposed] Order to Continue Trial and File First Amended Complaint


04/13/2023 Stipulation and Order filed ▼


Stipulation and Order filed

| Judicial Officer | Comment |
|---|---|
| Culver Kapetan, Kristi | Stipulation and Order to Continue Trial and File First Amended Complaint; Trial Continued to 01/08/2024 |


04/17/2023 Notice Filed ▼


4-17-23 Notice of Entry of Order regarding Trial Continuance

Comment
Notice of Entry of Order regarding Trial Continuance and Leave to File First Amended Complaint


04/18/2023 Motion - File Amended Complaint ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Paul Singer - Filed 3/2/23


04/18/2023 Motion - Continue Trial ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:28 PM

Cancel Reason
Off Calendar

Comment
Paul Singer - Filed 3/16/23

04/20/2023 Amended Document Filed ▼

4/20/23 - First Amended Complaint

Comment
First Amended Complaint

04/20/2023 Summons issued and filed ▼

4/20/23 - Summons issued and filed

Comment
to First Amended Complaint

06/07/2023 Proof of Service ▼

6-7-23 Proof of Service

06/07/2023 Proof of Service ▼

6-7-23 Proof of Service

06/07/2023 Proof of Service ▼

6-7-23 Proof of Service

06/07/2023 Other ▼

Unserved

Comment
Summons & First Amended Complaint Defective re: Item #2a did not specify First Amended Complaint.

06/09/2023 Other ▼

Unserved

Comment
Summons & First Amended Complaint Defective re: Item #2a did not specify First Amended Complaint and Section 3b incomplete

06/09/2023 Other ▼

Unserved

Comment
Summons & First Amended Complaint Defective re: Item #2a did not specify First Amended Complaint.

06/20/2023 Request for Dismissal Received - Pending Review ▼

6-20-23 Request for Dismissal of Cross-Complaint

Comment
Request for Dismissal of Cross-Complaint

06/23/2023 Request to Enter Default Denied ▼

6-23-23 Request to Enter Default Denied

Comment
as to Freedom Investments, LLC - Outdated form. Party to submit 1/1/23 updated form.

06/23/2023 Proof of Service ▼

6/23/2023 Proof of Service - Freedom Investments, LLC

06/23/2023 Proof of Service ▼

6/23/2023 Proof of Service - Brian Weldon

06/23/2023 Proof of Service ▼

6/23/2023 Proof of Service - Christian Weldon

06/23/2023 Other ▼

Served
05/20/2023

Comment
Summons to First Amended Complaint & First Amended Complaint

06/23/2023 Other ▼

Served
05/18/2023

Comment
Summons to First Amended Complaint & First Amended Complaint

06/23/2023 Other ▼

Served
05/20/2023

Comment
Summons to First Amended Complaint & First Amended Complaint

06/27/2023 Decl of Good Faith Attempt Filed Automatic 30-day extension ▼

6-27-23 Declaration of Craig Waters In Support Of Automatic 30-Day Extension

Comment
Declaration of Craig Waters In Support Of Automatic 30-Day Extension

07/03/2023 Letter of Documents Returned Without Filing ▼

7-3-23 Letter of Documents Returned Without Filing

Comment
Notice of Motion, Memorandum of Points and Authorites; Declaration of Paul Singer; (Proposed) Order and copies.

07/05/2023 Notice of Hearing ▼

7/5/23 Notice of Demurrer ~ Hearing 8/8/23

Comment
Notice of Defendant's Joint and Several Demurrer to the First Amended Complaint

07/05/2023 Demurrer Filed ▼

7/5/23 Demurrer ~ Hearing 8/8/23

Comment
Hearing 8/8/23

07/05/2023 Declaration Filed ▼

7/5/23 Declaration ~ Hearing 8/8/23

Comment
Craig C.O. Waters

07/05/2023 Request for Judicial Notice ▼

7/5/23 Request for Judicial Notice ~ Hearing 8/8/23

07/05/2023 Memorandum of Points and Authorities ▼

7/5/23 MPA ~ Hearing 8/8/23

07/06/2023 Request to Enter Default Denied ▼

7-6-23 Request to Enter Default Denied

Comment
as to Brian Weldon - Declaration for automatic extension pursuant to CCP 430.41 filed on 6/27/23

07/06/2023 Request to Enter Default Denied ▼

7-6-23 Request to Enter Default Denied

Comment
as to Christina Weldon - Declaration for automatic extension pursuant to CCP 430.41 filed on 6/27/23


07/06/2023 Notice of Motion ▼

7/7/2023 Notice of Motion

Comment
and Motion for Separate Judgmment per CCP 579


07/07/2023 Memorandum of Points and Authorities ▼

7/7/2023 Memorandum of Points and Authorities


07/07/2023 Declaration Filed ▼

7/7/2023 Declaration Filed of Paul Singer

Comment
of Paul Singer in Support of Motion for Judgment


07/07/2023 Order Received for Signature ▼

7/6/2023 Proposed Order for Motion to Seperate Judgment

Comment
(Pending Hearing) Order for: Motion to Enter Judgment


07/25/2023 Order Received for Signature ▼

7/25/23 Proposed Order re Dem FAC HRG 8/8/23

Comment
PENDING HEARING Proposed Order Sustaining Demurrer to FAC


07/27/2023 Proof of Service ▼

7/27/2023 Proof of Service - Brian Weldon

Comment
Memorandum of Points and Authorities and Declaration of Paul Singer


07/27/2023 Proof of Service ▼

7/27/2023 Proof of Service - Christina Weldon

Comment
Memorandum of Points and Authorities and Declaration of Paul Singer


07/27/2023 Memorandum of Points and Authorities ▼

7/27/2023 Memorandum of Points and Authorities

07/27/2023 Declaration Filed ▼

7/27/2023 Declaration Filed

Comment
of Paul Singer

08/01/2023 Reply filed ▼

8/1/23 Reply re Demurrer HRG 8/8/23

Comment
Defendants' Reply Brief in Support of Demurrer to FAC

08/04/2023 Reply filed ▼

08/04/23 Reply filed Hrg: 08/08/23

Comment
Plaintiff's Rebuttal to Defendant's Reply Brief in Support of Defendants, Joint and Several Demurrer to the First
Amended Complaint

08/04/2023 Declaration Filed ▼

08/04/23 Declaration Filed Hrg: 08/08/23

Comment
of Paul Singer in Support of Plaintiff's REbuttal to Defendants' Reply in Support of Defendants' Joint and Several
Demurrer to the First Amended Complaint

08/08/2023 Demurrer ▼

Original Type
Demurrer

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Craig Waters - filed 7/5/23

08/08/2023 Minute Order Attachment (Tentative Rulings Only) ▼

8/8/23 Minute Order + TR + CM

Comment
& Cm

08/14/2023 Amended Document Filed ▼

08/14/23 Second Amended Complaint Filed

Comment
Second Amended Complaint


08/14/2023 Proof of Service ▼


08/14/23 Proof of Service


08/14/2023 Other ▼

Unserved

Comment
Second Amended Complaint


09/14/2023 Request to Enter Default Denied ▼


9-14-23 Request to Enter Default Denied


09/14/2023 Memorandum of Costs filed ▼


9-14-23 Memorandum of Costs filed

Comment
Total Costs: $795.00


09/14/2023 Request for Dismissal Received - Pending Review


09/19/2023 Ex Parte Hearing ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Cancel Reason
Off Calendar

Comment
Set Aside Dismissal ~ Paul Singer


09/19/2023 Ex parte Filed ▼


9/19/2023 Ex parte Filed

Comment
Application for Order Motion to Set Aside Dismissal HRG: 9/21/2023


09/19/2023 Order Received for Signature ▼


9/19/2023 Proposed Order for Ex Parte Hearing

Comment
(Pending Hearing) Order for Ex Parte Application for Order to Set Aside Request for Dismissal

**09/21/2023 Ex Parte Hearing** ▼

Original Type
Ex Parte Hearing

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Result
Heard

Comment
Set Aside Dismissal - Paul Singer

**09/21/2023 Opposition filed** ▼

9/21/23 Opposition to Ex Parte Application

Comment
Opposition to Ex Parte Application

**09/21/2023 Minute Order Attachment** ▼

9/21/23 Minute Order + CM

Comment
& CM

**09/21/2023 Appeared in Person** ▼

Comment
Atty Craig Waters for Defendant

**10/03/2023 Notice of Motion** ▼

10/3/2023 Notice of Motion and Motion to Vacate

Comment
and Motion to: Vacate Dismissal and Reinstate Case, Memorandum of Points and Authorities and Declaration of
Paul Singer

**11/08/2023 Motion - Entry of Judgment** ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Cancel Reason
Dismissed

Comment
Separate Judgment ~ Paul Singer - filed 7/6/23

12/12/2023 Mandatory Settlement Conference ▼

Hearing Time
10:00 AM

Cancel Reason
Dismissed

01/05/2024 Trial Readiness ▼

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
9:30 AM

Cancel Reason
Dismissed

01/08/2024 Jury Trial ▼

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
9:00 AM

Cancel Reason
Dismissed

Comment
5 to 7 days

03/05/2024 Proof of Service ▼

03/05/2024 Proof of Service

Comment
of Personal Service- Notice of Motion and Motion to Vacate Dismissal and Reinstate Case.

03/06/2024 Memorandum of Points and Authorities ▼

3/6/24 Memo In Opposition to Plaintiff's Motion to Vacate Dismissal HRG 3/19/24

Comment
Memo in Opposition to Plaintiff's Motion to Vacate Dismissal

03/06/2024 Declaration Filed ▼

3/6/24 CCOW Dec re Opp to Motion Vacate Dism HRG 3/19/24

Comment
Declaration of Craig C.O. Waters in support of Opposition to Plaintiff's Motion to Vacate Dismissal

03/06/2024 Request for Judicial Notice ▼

3/6/24 RJN re Opp to Motion to Vacate Dism HRG 3/19/24

Comment
in support of Opposition to Plaintiff's Motion to Vacate Dismissal

03/15/2024 Request for Judicial Notice ▼

03/15/2024 Request for Judicial Notice

03/15/2024 Declaration Filed ▼

03/15/2024 Declaration Filed

Comment
of Paul Singer in Support of Plaintiff's rebuttal of Defendant Brian Weldon's Opposition to Plaintiff's Motion to
Vacate Dismissal and Reinstate Case.

03/15/2024 Memorandum of Points and Authorities ▼

03/15/2024 Memorandum of Points and Authorities

Comment
in Rebuttal of Defendant's Brian Weldon's Opposition to Plaintiff's Motion to Vacate Dismissal and Reinstate
Case and Request Default

03/15/2024 Proof of Service ▼

03/15/2024 Proof of Service

Comment
of Presonal Service- Request for Judicial Notice, Memorandum of Points and Authorities, Declaration

03/19/2024 Motion - Set Aside Dismissal ▼

Original Type
Motion - Set Aside Dismissal

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Heard

Comment
to Reopen Case - Paul Singer - filed 10/3/23

03/19/2024 Minute Order Attachment (Tentative Rulings Only) ▼

3/19/24 Minute Order + TR + CM

Comment
& CM

03/19/2024 Appeared in Person

03/22/2024 Notice Filed ▾

03/22/24 Notice of Entry of Order

Comment
Notice of Entry of Order - Minute Order Re: Motion to Set Aside Dismissal

04/02/2024 Substitution of Attorney Filed ▾

4/2/24 Substitution of Attorney

Comment
Old Attorney: Craig Waters New Attorney: Pro Per

# EXHIBIT 5

**The State Bar**
*of California*

**OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017     213-765-1429     kristina.charles@calbar.ca.gov

September 19, 2024

Paul Singer
4928 E Washington Ave
Fresno CA  93727

RE:  **Case Number:**     24-O-20068
     **Respondent:**     Craig C. O. Waters

Dear Paul Singer:

The State Bar's Office of Chief Trial Counsel has reviewed your complaint against Craig C. O. Waters to determine whether there are sufficient grounds to prosecute a possible violation of the State Bar Act and/or Rules of Professional Conduct.

In your complaint and subsequent additional information, you stated that you represented yourself in pro per and Mr. Waters was opposing counsel. You alleged that Mr. Waters violated Rule 8.4, violated your due process, made false statements, and delayed litigation.

Based on our evaluation of the information provided, we are closing your complaint.

It is misconduct for a lawyer to fail to support the Constitution and laws of the United States and this state. Here, you alleged that Mr. Waters violated your due process by delaying litigation. In the materials you sent in, there appear to be disagreements about meets and confer and other litigation issues, indicating that there were delays due to disputes of fact and law between the parties on both sides, which are best handled by the court, as discussed below. These facts, as alleged in the complaint, are insufficient to support the conclusion that the attorney violated the Constitution or a federal or state law.

As opposing counsel, the lawyer does not owe you a duty to perform legal services on your behalf, to communicate with you, or to cooperate with you in resolving the matter in a manner that is favorable to you. Instead, the lawyer has a responsibility to pursue their client's best interests and is entitled to rely on information from their client in good faith while taking the legal actions they deem necessary to protect those interests. This is true even when to do so

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

Paul Singer
September 19, 2024
Page 2

might directly conflict with your interests or those of other parties involved. This conflict alone is insufficient to demonstrate misconduct. Similarly, a disagreement between opposing parties as to the merits of a particular legal action does not mean that a lawyer engaged in misconduct.

In addition, the court having jurisdiction over your case, and not the discipline system, is the appropriate venue to determine a solution to such factual disputes, and to issue any remedies. The State Bar cannot intervene on your behalf, cannot rule upon the merits of these issues, and must defer to the decisions of the courts on these points. The State Bar also cannot offer you legal advice.  As a result, you may wish to consult with a lawyer to determine what options may be available to you.  Our closing of your complaint is not a determination of the validity of any legal dispute, but only that the allegations you made do not support a finding that the lawyer violated the State Bar Act or the Rules of Professional Conduct. If the court were to find any impropriety by the lawyer, please forward any written findings or a transcript of any oral findings to this office for review.

For these reasons, the State Bar is closing this matter.

If you have new facts and circumstances that you believe may change our determination to close your complaint, you may submit a written statement with the new information to the Intake Unit for review.  If you have any questions about this process, you may call Trial Counsel Kristina Charles at 213-765-1429.  If you leave a voice message, be sure to clearly identify the lawyer complained of, the case number assigned, and your telephone number including the area code.  We should return your call within two business days.

If you have presented all of the information that you wish to have considered, and you disagree with the decision to close your complaint, you may request that the State Bar's Complaint Review Unit review your complaint.  The Complaint Review Unit will recommend that your complaint be reopened if it determines that further investigation is warranted.  To request review by the Complaint Review Unit, you must submit your request in writing, either:

1)  Via email: Within 90 days of the date of this letter, by email to: CRU@calbar.ca.gov; or

2)  Via United States Mail: Post-marked within 90 days of the date of this letter, by United States Mail to:

The State Bar of California

Paul Singer
September 19, 2024
Page 3

Complaint Review Unit
Office of General Counsel
180 Howard Street
San Francisco, CA 94105-1617

If you decide to send new information or documents to this office, the 90-day period will continue to run during the time that this office considers the new material. You may wish to consult with legal counsel for advice regarding any other available remedies. You may contact your local or county bar association to obtain the names of attorneys to assist you in this matter.

We would appreciate if you would complete a short, anonymous survey about your experience with filing your complaint. While your responses to the survey will not change the outcome of the complaint you filed against the attorney, the State Bar will use your answers to help improve the services we provide to the public. The survey can be found at https://www.calbar.org/octc/intake.

Thank you for bringing your concerns to the attention of the State Bar.

Sincerely,

*Kristina Charles*

Kristina Charles
Trial Counsel