1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGER, | Case No. 1:25-cv-00532-KES-SAB |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| CRAIG C.O. WATERS, ESQ., et al., | ORDER REQUIRING DEFENDANTS TO EITHER FILE A NOTICE OF WITHDRAWAL OF MOTIONS TO DISMISS AND STRIKE OR FILE A NOTICE INFORMING COURT WHY THE MOTIONS ARE NOT MOOT |
| Defendants. | |
| | (ECF Nos. 10, 11, 12, 19) |
| | **FIVE DAY DEADLINE** |

On May 6, 2025, Plaintiff, who is proceeding pro se, commenced this action. (ECF No. 1.) On June 9, 2025, Defendants filed two motions to dismiss (ECF Nos. 10, 12) and Defendant Craig C.O. Waters, Esq., additionally filed an accompanying motion to strike. (ECF No. 11.) The pending motions are referred to the undersigned for the preparation of findings and recommendations. (ECF No. 13.) On June 23, 2024, Plaintiff filed a first amended complaint in addition to oppositions to the motions to dismiss and strike. (ECF Nos. 15, 16, 19.)

Under Rule 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course: . . . (B) if the pleading is one to which a responsive pleading is required . . . 21 days after service of a motion under Rule 12(b), (e), or (f) . . . ." Fed. R. Civ. P. 15(a)(1)(B). "[A]n amended complaint

1    supersedes the original, the latter being treated thereafter as non-existent" and as no longer

2    performing any function in the case.  Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008

3    (9th Cir. 2015); see also Hal Roach Studios, Inc. v. Richard Feiner & Co., 896 F.2d 1542, 1546

4    (9th Cir. 1989).

5           Preliminarily, the Court notes that Plaintiff filed two oppositions and two requests for

6    judicial notice in addition to his first amended complaint.  (ECF Nos. 14-19.)  Given Plaintiff's

7    pro se status, and his explanation that the "First Amended Complaint . . . cures any pleading

8    deficiencies . . .," the Court will construe Plaintiff's efforts as the filing of a first amended

9    complaint—within 21 days of Defendants filing their Rule 12(b) motions—and will direct the

10   Clerk of the Court to file the first amended complaint.[1]  However, the Court emphasizes to

11   Plaintiff that the Federal Rules of Civil Procedures allow for amending a complaint **once as a**

12   **matter of course.**  In other words, Plaintiff may not simply file a second amended complaint in

13   opposition to any future motion to dismiss by Defendants.  Rather, Plaintiff will need to move the

14   Court for leave to amend or obtain a stipulation from Defendants.  Fed. R. Civ. P. 15(a)(2).

15          In light of the foregoing, the first amended complaint has therefore become the operative

16   complaint in this action.  The original complaint—the subject of the pending motions to dismiss

17   and strike—is now non-existent and performs no function in this case.  See Ramirez, 806 F.3d at

18   1008.  Because Defendants' 12(b) motions are attacking a non-existent complaint, the motions are

19   ordinarily denied as moot.  See e.g., id.; J.M. through McWilliams v. Tulare City Sch. Dist., No.

20   1:21-cv-1766-AWI-EPG, 2022 WL 1489481, at *1 (E.D. Cal. May 11, 2022); Ruffa v. S.

21   California Edison Co., No. 1:22-cv-01556-ADA-BAM, 2023 WL 2143399, at *1 (E.D. Cal. Feb.

22   21, 2023).  Therefore, the Court will require Defendants to file notices informing the Court why

23   its pending motions are not moot or, alternatively, file notices to withdraw their motions to

24   dismiss and strike.

25   / / /

26   / / /

27   / / /

28   ---

[1] Upon its receipt, the Clerk lodged the first amended complaint.  (ECF No. 19.)

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Clerk of the Court is DIRECTED to file the first amended complaint

3        (ECF No. 19);

4    2.    Defendants are DIRECTED to file notices informing the Court why the

5        pending motions to dismiss and strike (ECF Nos. 10, 11, 12) are not moot

6        or, alternatively, file notices to withdraw their motions to dismiss and strike

7        within **five (5) days** of the date of this order; and

8    2.    Failure to comply with this order will result in the Court's recommendation

9        to the District Judge that the subject motions be denied as moot.

10

11   IT IS SO ORDERED.

12   Dated:   **June 23, 2025**

                                            STANLEY A. BOONE
13                                          United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28