ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
JENNIFER SPERLING (310551)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321
jennifer.sperling@calbar.ca.gov

Attorneys for Defendants,
KRISTIN CHARLES, LOUISA AYRAPETYAN,
BRANDON N. STALLINGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG C.O. WATERS ESQ, in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40<br><br>Defendants. | Case No.: 1:25-cv-00532-KES-SAB<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS KRISTIN CHARLES, LOUISA AYRAPETYAN, AND BRANDON N. STALLINGS' MOTION TO DISMISS COMPLAINT**<br><br>JUDGE:         Hon. Kirk E. Sherriff<br>COURTROOM:    6, 7th Floor |

1  To the Court and all Parties, PLEASE TAKE NOTICE that Defendants Kristin Charles, Louisa Ayrapetyan, And Brandon N. Stallings (together, the "State Bar Defendants") hereby withdraw their motion to dismiss Plaintiff's complaint (Dkt. 10), filed June 9, 2025, as it has been mooted by Plaintiff's First Amended Complaint, lodged June 23, 2025 (Dkt. 21). The State Bar Defendants reserve their right to file a responsive pleading to the First Amended Complaint. Accordingly, and concurrently with this withdrawal, Defendants are filing an application under Local Rule 144(c) for Extension of Time of File a Responsive Pleading.

Dated: June 26, 2025

STATE BAR OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL

By: *JENNIFER SPERLING*
JENNIFER SPERLING
Assistant General Counsel
Attorneys for Defendants,
KRISTIN CHARLES, LOUISA AYRAPETYAN,
BRANDON N. STALLINGS

# DECLARATION OF SERVICE

I, Ryan Sullivan, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On June 26, 2025, following ordinary business practice, I filed via the United States District Court, Eastern District of California electronic case filing system, the following:

**NOTICE OF WITHDRAWAL OF DEFENDANTS KRISTIN CHARLES, LOUISA AYRAPETYAN, AND BRANDON N. STALLINGS' MOTION TO DISMISS COMPLAINT**

Participants in the case who are registered CM/ECF users will be served.

*See the CM/ECF service list.*

I also served a copy on the following parties:

Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727

By the following means:

☒   (***By U.S. Mail***) By enclosing the foregoing documents in a sealed envelope or package addressed to the persons at the addresses above and either:

☐   depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid; or

☒   placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the State Bar's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on June 26, 2025.

*Ryan Sullivan*
Ryan Sullivan