# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, in individual<br>*Plaintiff*<br>v.<br>CRAIG C.O. WATERS, ESQ., et al.<br>*Defendant* | ) Case No. 1:25-cv-00532-KES-SAB<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Craig C.O. Waters, Esq.

Date: June 27, 2025

*Attorney's signature*

Alex A. Graft, SB# 239647
*Printed name and bar number*

LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont Street, Suite 3000
San Francisco, CA 94105
*Address*

alex.graft@lewisbrisbois.com
*E-mail address*

415-362-2580
*Telephone number*

415-434-0882
*FAX number*

159340614.1

**CERTIFICATE OF SERVICE**
*Singer v. Waters, et al*.
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 27, 2025, I served the following document(s): **APPEARANCE OF COUNSEL**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Plaintiff Pro Per**<br>Paul V. Singer<br>4928 E. Washington Avenue<br>Fresno, CA 93727<br>Phone: 559-871-6400<br>*Via U.S. Mail* | **Attorneys for Defendants**<br>**KRISTIN CHARLES, LOUISA AYRAPETYAN,**<br>**BRANDON N. STALLINGS**<br>ELLIN DAVTYAN<br>General Counsel<br>KIRSTEN GALLER<br>Deputy General Counsel<br>JENNIFER SPERLING<br>Assistant General Counsel<br>OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA<br>845 South Figueroa Street<br>Los Angeles, CA 90017<br>Phone: 213-765-1000<br>Fax:    415-538-2321<br>Email: jennifer.sperling@calbar.ca.gov |
|---|---|

The documents were served by the following means:

☒ (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 27, 2025, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham



158466651.1     1     Case No. 1:25-cv-00532-KES-SAB
CERTIFICATE OF SERVICE