**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
   E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105-2256
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual, | Case No. 1:25-cv-00532-KES-SAB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DEFENDANT CRAIG C.O. WATERS' SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S ORIGINAL COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 AND MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT** |
| vs. | |
| CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40, | |
| | Judge:   Hon. Kirk E. Sherriff<br>Date:    July 7, 2025<br>Time:    1:30 p.m.<br>Crtrm.:   6 |
| Defendants. | District Judge:    Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone |
| | Trial Date:          None Set |

159287580.1                                    1                    Case No. 1:25-cv-00532-KES-SAB

NOTICE OF WITHDRAWAL OF DEFENDANT CRAIG C.O. WATERS' SPECIAL MOTION TO STRIKE THE
STATE LAW CAUSES OF ACTION IN PLAINTIFF'S ORIGINAL COMPLAINT PURSUANT TO CODE OF
CIVIL PROCEDURE SECTION 425.16 AND MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Defendant Craig C.O. Waters, Esq. ("Waters") hereby withdraws his special motion to

3   strike the state law causes of action in plaintiff's original complaint pursuant to California Code of

4   Civil Procedure section 425.16 ("anti-SLAPP motion") and his motion to dismiss plaintiff's

5   original complaint both filed on June 9, 2025, without prejudice to refiling both motions in

6   response to plaintiff's amended complaint.

7        Additionally, Waters reserves the right to seek attorney fees incurred from drafting the

8   June 9, 2025 anti-SLAPP motion. Federal law allows for the collection of attorney fees incurred in

9   drafting mooted anti-SLAPP motions if the defendant achieved his objective during the litigation.

10  *See Rossington v. Mt. Circle Fam. Servs., Inc.,* Case No. 2:23-CV-0423-KJM-DMC, 2023 U.S.

11  Dist. Lexis 158635 (C.D. Cal. Sept. 7, 2023) ("When, as here, the plaintiff voluntarily dismisses

12  the complaint in the face of an anti-SLAPP motion, the Court retains the authority to make a

13  determination as to fees under section 425.16(c) even when the anti-SLAPP motion is itself

14  moot")*; Garrett v. Hine,* Case No. 1:21-cv-00845-DAD-BAK, 2022 U.S. Dist. Lexis 102321, at

15  *19-23 (E.D. Cal. June 7, 2022) (federal courts determine whether a moving party would have

16  prevailed on a mooted anti-SLAPP motion by determining whether the moving party achieved its

17  objective in the litigation).

18

19  DATED:  June 27, 2025                    LEWIS BRISBOIS BISGAARD & SMITH LLP

20

21                                          By: _____

22                                               ALEX A. GRAFT
                                                 Attorneys for Defendant
23                                               CRAIG C.O. WATERS, ESQ.

24

25

26

27

28

NOTICE OF WITHDRAWAL OF DEFENDANT CRAIG C.O. WATERS' SPECIAL MOTION TO STRIKE THE
STATE LAW CAUSES OF ACTION IN PLAINTIFF'S ORIGINAL COMPLAINT PURSUANT TO CODE OF
CIVIL PROCEDURE SECTION 425.16 AND MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**
*Singer v. Waters, et al*.
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 27, 2025, I served the following document(s):  **NOTICE OF WITHDRAWAL OF DEFENDANT CRAIG C.O. WATERS' SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S ORIGINAL COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 AND MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Plaintiff Pro Per** | **Attorneys for Defendants** |
|---|---|
| Paul V. Singer | **KRISTIN CHARLES, LOUISA AYRAPETYAN,** |
| 4928 E. Washington Avenue | **BRANDON N. STALLINGS** |
| Fresno, CA 93727 | ELLIN DAVTYAN |
| Phone: 559-871-6400 | General Counsel |
| *Via U.S. Mail* | KIRSTEN GALLER |
|  | Deputy General Counsel |
|  | JENNIFER SPERLING |
|  | Assistant General Counsel |
|  | OFFICE OF GENERAL COUNSEL |
|  | THE STATE BAR OF CALIFORNIA |
|  | 845 South Figueroa Street |
|  | Los Angeles, CA 90017 |
|  | Phone: 213-765-1000 |
|  | Fax:    415-538-2321 |
|  | Email: jennifer.sperling@calbar.ca.gov |

The documents were served by the following means:

☒    (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on June 27, 2025, at San Francisco, California.

*[signature]*
Nancy Lew-Pham

NOTICE OF WITHDRAWAL OF DEFENDANT CRAIG C.O. WATERS' SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S ORIGINAL COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 AND MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW