**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX. A. GRAFT, SB# 239647
 E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0822

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>   Plaintiff,<br><br>vs.<br><br>CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40,<br><br>   Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>**DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Filed Concurrently with Memorandum of Points and Authorities; Declaration of Alex A. Graft; Request for Judicial Notice<br><br>Judge: Hon. Kirk E. Sherriff<br>Date: August 4, 2025<br>Time: 1:30 p.m.<br>Crtrm.: 6<br><br>District Judge: Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone<br><br>Trial Date:  None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 4, 2025, or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Kirk E. Sherriff, United

1 States District Court, Eastern District of California, Courtroom 6, Defendant
2 CRAIG C.O. WATERS, ESQ. ("Attorney Waters") will and hereby moves to
3 dismiss with prejudice the first amended complaint filed by Plaintiff PAUL V.
4 SINGER ("Singer") and all causes of action and claims alleged against Attorney
5 Waters therein, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to
6 state a claim on which relief may be granted on the grounds that:

   1. The California litigation privilege under California Civil Code section 47 serves as a complete bar to Singer's state law claims for Fraud and Intentional Misrepresentation; Equitable Relief to Reopen the Lower Court Case; and Equitable Relief to Open Investigation by the California Department of Real Estate.

   2. Singer's first amended complaint does not state cognizable claims for either fraud or intentional misrepresentation. Attorney Waters did not make misrepresentations in trial court documents filed the previous state court action.

   3. The *Rooker-Feldman* doctrine bars Singer's equitable claim to reopen the previous state court action. *Cooper v. Ramos*, 704 F.3d 772, 777 (9th Cir. 2012).

   4. A federal court does not have jurisdiction to entertain Singer's claim for equitable relief to order California Department of Real Estate to investigate Attorney Waters. *Doe v. Regents of the Univ. of Cal.*, 891 F.3d 1147, 1153 (9th Cir. 2018).

   5. The *Noerr-Pennington* doctrine bars Singer's claim for Deprivation of Constitutional Rights under 42 U.S.C. section 1983. *Kearney v. Foley & Lardner, LLP*, 590 F.3d 638, 643–44 (9th Cir. 2009); *Sosa v. DIRECTV, Inc.*, 437 F.3d 923, 929 (9th Cir. 2006).

   6. Singers' Federal Rule of Civil Procedure 11 claim is barred because the Federal Rules of Civil Procedure are not actionable, and they do not apply

California courts. *Kimbell v. Benner*, Case No. CV 17-4767 FMO (SS), 2018 U.S. Dist. Lexis 120138, at *17 (C.D. Cal June 29, 2018), citing *Port Drum Co. v. Umphrey*, 852 F.2d 148, 149–50 (5th Cir. 1988); *Laufman v. Hall-Mack Co.*, 215 Cal. App. 2d 87, 89 (1963).

This Motion is based upon this Notice of Motion; the accompanying Memorandum of Points and Authorities filed concurrently herewith, the First Amended Complaint and Exhibits, the concurrently-filed Request for Judicial Notice, exhibits requested to take judicial notice, the Declaration of Alex A. Graft, the pleadings, records and files in this action, and upon such further oral or documentary evidence and argument as may be presented at or before the hearing and any other matter the Court may deem appropriate.

DATED: July 7, 2025            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Alex A. Graft*
ALEX A. GRAFT
Attorneys for Defendant CRAIG C.O. WATERS, ESQ.



159543748.1                             3                   Case No. 1:25-cv-00532-KES-SAB
DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

# CERTIFICATE OF SERVICE
Singer v. Waters, et al.
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 7, 2025, I served the following document(s): **DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

## SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 7, 2025, at Los Angeles, California.

/s/ Jacqueline McGee
Jacqueline McGee

159543748.1                       1                       Case No. 1:25-cv-00532-KES-SAB
DEFENDANT CRAIG C.O. WATERS, ESQ.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

# SERVICE LIST

| **Plaintiff Pro Per**<br>Paul V. Singer<br>4928 E. Washington Avenue<br>Fresno, CA 93727<br>Phone: 559-871-6400<br>*Via U.S. Mail* | **Attorneys for Defendants**<br>**KRISTIN CHARLES, LOUISA AYRAPETYAN,**<br>**BRANDON N. STALLINGS**<br>ELLIN DAVTYAN<br>General Counsel<br>KIRSTEN GALLER<br>Deputy General Counsel<br>JENNIFER SPERLING<br>Assistant General Counsel<br>OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA<br>845 South Figueroa Street<br>Los Angeles, CA 90017<br>Phone: 213-765-1000<br>Fax:   415-538-2321<br>Email: jennifer.sperling@calbar.ca.gov |
|---|---|