**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX. A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0822

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>   Plaintiff,<br><br>vs.<br><br>CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40,<br><br>   Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Filed Concurrently with Notice of Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Alex A. Graft<br><br>Judge: Hon. Kirk E. Sherriff<br>Date:   August 4, 2025<br>Time:   1:30 p.m.<br>Crtrm.: 6<br><br>District Judge:  Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone<br><br>Trial Date:         None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant CRAIG C.O. WATERS, ESQ. ("Attorney Waters"), through his attorneys of record herein, hereby requests that the Court take judicial notice of the following documents attached to the concurrently filed Declaration of Alex A. Graft and filed in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, pursuant to Rule 201 of the Federal Rules of Civil Procedure. Federal courts "may take judicial notice of undisputed matters of public record…including documents on file in federal or state courts." *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

Accordingly, Attorney Waters respectfully requests that this Court take judicial notice of the following documents attached to the concurrently filed Declaration of Alex A. Graft ("Graft Declaration") and filed in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, in support of Attorney Waters' Motion to Dismiss Plaintiff's First Amended Complaint:

1. The complaint filed by plaintiff Paul V. Singer ("Singer") on August 23, 2018, a true and correct copy of the complaint is attached to the Graft Declaration as Exhibit "1."
2. The answer filed by Attorney Waters on behalf of defendant Brian Weldon (Weldon) on July 3, 2019, a true and correct copy of the answer is attached to the Graft Declaration as Exhibit "2."
3. The substitution of attorney filed by Attorney Waters on behalf of Weldon on January 12, 2022, a true and correct copy of the substitution of attorney is attached to the Graft Declaration as Exhibit "3."
4. The motion for sanctions filed by Attorney Waters on behalf of Weldon on February 21, 2023, a true and correct copy of the motion is attached to the

Graft Declaration as Exhibit "4."

5. The Declaration of Craig Waters filed by Attorney Waters on behalf of Weldon on February 21, 2023, in support of the sanctions motion, a true and correct copy of the declaration is attached to the Graft Declaration as Exhibit "5."

6. The notice of non-opposition to the motion for sanctions filed by Attorney Waters on behalf of Weldon on March 8, 2023, a true and correct copy of the notice of non-opposition to the motion is attached to the Graft Declaration as Exhibit "6."

7. The order granting the motion for sanctions filed by the trial court on March 15, 2023, a true and correct copy of the trial court is attached to the Graft Declaration as Exhibit "7."

8. The request for dismissal filed by Singer on June 20, 2023, a true and correct copy of the request for dismissal is attached to the Graft Declaration as Exhibit "8."

9. The motion to set aside the dismissal filed by Singer on October 3, 2023, a true and correct copy of the motion to set aside the dismissal is attached to the Graft Declaration as Exhibit "9."

10. The order denying the motion to set aside the dismissal filed by the trial court on March 19, 2024, a true and correct of the order is attached to the Graft Declaration as Exhibit "10."

DATED: July 7, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*/s/ Alex A. Graft*_____
ALEX A. GRAFT
Attorneys for Defendant CRAIG C.O. WATERS, ESQ.

# CERTIFICATE OF SERVICE
Singer v. Waters, et al.
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 7, 2025, I served the following document(s): **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

## SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 7, 2025, at Los Angeles, California.

/s/ Jacqueline McGee
Jacqueline McGee

## SERVICE LIST

| **Plaintiff Pro Per** | **Attorneys for Defendants** |
|---|---|
| Paul V. Singer<br>4928 E. Washington Avenue<br>Fresno, CA 93727<br>Phone: 559-871-6400<br>*Via U.S. Mail* | **KRISTIN CHARLES, LOUISA AYRAPETYAN, BRANDON N. STALLINGS**<br>ELLIN DAVTYAN<br>General Counsel<br>KIRSTEN GALLER<br>Deputy General Counsel<br>JENNIFER SPERLING<br>Assistant General Counsel<br>OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA<br>845 South Figueroa Street<br>Los Angeles, CA 90017<br>Phone: 213-765-1000<br>Fax:   415-538-2321<br>Email: jennifer.sperling@calbar.ca.gov |