

1 | Paul V. Singer
2 | 4928 E. Washington Avenue
3 | Fresno, California 93727
   | Telephone: (559)871-6400
4 | Attorney for Plaintiff: In Pro Se



JUL 10 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

5

6 | ## IN THE UNITED STATES DISTRICT COURT
7 | ## FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9 | PAUL V. SINGER, in individual

   | Case No.: Case No.: 1:25-cv-00532-KES-SAB

10 |     *Plaintiff, pro se,*

   | **PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

11 | v.

12 | **Craig C.O. Waters, et al.,**

13 |     *Defendants.*

   | **Date: August 4, 2025**
14 | **Time: 1:30 p.m.**
   | **Courtroom: 6, 7th Floor**
15

16 | **Judge: Hon. Kirk E. Sherriff**

17

18

19

20

21

22

23

24

25

26

27

28

i

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

**TABLE OF CONTENTS**

I. INTRODUCTION ................................................................................................1,2

II. STATEMENT OF FACTS ...................................................................................2,3

III. ARGUMENT .......................................................................................................3

    A.  Subject Matter Jurisdiction Exists Under Ex Parte Young ............................3,4

    B.  The State Bar's Duty Under Due Process ....................................................4

    C. The FAC States Plausible Claims Under Twombly/Iqbal .............................4

IV. MOTION FOR JUDICIAL NOTICE .................................................................4,5

V. CONCLUSION .....................................................................................................5

**TABLE OF AUTHORITIES**

**Cases**

*County of Sacramento v. Lewis*, 523 U.S. 833 (1998) ..........................................4
*Ex Parte Young*, 209 U.S. 123 (1908) ...............................................................1,3
*Kohn v. State Bar*, 87 F.4th 1023 (9th Cir. 2023) ...........................................1,3,6
*L.W. v. Grubbs*, 974 F.2d 119 (9th Cir. 1992)....................................................4
*People v. Martinez, 22* Cal. 4th 106 (2000).........................................................2
*Twombly v. Bell Atlantic*, 550 U.S. 544 (2007) ..................................................5
*Ashcroft v. Iqbal*, 556 U.S. 662 (2009) ......................................................... ...........4

**Rules & Statutes**

FRCP 12(d) ...........................................................................................................5
FRE 803(7) ...........................................................................................................5
Cal. Evid. Code § 1228.........................................................................................2
Cal. Evid. Code § 1272 .........................................................................................5
Cal. Evid. Code § 1280.........................................................................................2
18 U.S.C. § 1001 ...............................................................................................2,4
42. U.S.C.§1983.................................................................................................1,2

ii

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

# I. INTRODUCTION

This complaint brought by Plaintiff against Defendants is not based solely that State Bar failed to investigate. State Bar was given material court records, evidence of fraud and ignored it, and the failure to investigate is merely the evidence of failing reviewing court records. Plaintiff's FAC argument details these facts directly that should not foreclose Plaintiff's claim of constitutional violations under 42 U.S.C §1983 against State Bar of California herein this Federal Court's jurisdiction. It is based on this fact and other arguments that Plaintiff seeks the court for relief and request Defendant's motion to dismiss be denied.

This opposition demonstrates that Defendants' Motion to Dismiss must fail because:

1. Certified records from Fresno Superior Court Case No. 18CECG03151 (Exhibits 1-3) conclusively prove:

**A. Attorney Waters committed fraud** by filing a false MC-050 substitution form (FAC ¶¶12-28; Ex. 3), falsely claiming Robert Abrams was the original attorney when Fresno Superior Court records (Ex. 1-2) prove Abrams never appeared in Case No. 18CECG03151;

- o Attorney Craig Waters filed a fraudulent MC-050 substitution form falsely claiming Robert Abrams' involvement;

- o The State Bar refused to review these court records before closing Plaintiff's complaint;

2. Under binding Ninth Circuit precedent (*Kohn v. State Bar*), these facts:

**A. The State Bar violated due process** by closing Plaintiff's complaint without reviewing court records (FAC ¶¶29-35; Ex. 4 [Closure Letter]), as held actionable in *Kohn v. State Bar*, 87 F.4th 1023 (9th Cir. 2023); and

- o Defeat sovereign immunity under *Ex Parte Young*;

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

1      o   Establish plausible claims under §1983; and

2    3.  Defendants cannot oppose this evidence without either:

3      o   Committing perjury (18 U.S.C. §1001); or

4      o   Conceding the merits of Plaintiff's case.

5

6    Therefore Defendant's request for Dismissal is legally impossible because Defendants cannot rebut

7    certified records without committing perjury (18 U.S.C. §1001).

8                              **II. STATEMENT OF FACTS**

9    **The FAC alleges, and exhibits prove:**

10

11   **A. Waters' Fraudulent Conduct (FAC ¶¶12-28)**

12   1.  On 01/12/2022, Waters filed an MC-050 form (Ex. 3)  representing that:

13     o   Robert Abrams was "original attorney of record"; and

14     o   Abram consented to substitution.

15   2.  The certified docket: Answer (Ex. 1) and Superior Court of California, Fresno County's

16      online portal index dockets(Ex. 2) proves:

17

18     o   **No entries** for Robert Abrams in the case record( Ex. 1-2: pages 1-18) establish

19         absence of Abrams in the docket;

20     o   **All pleadings** filed solely by Waters (Ex. 1-2) establishes evidence of misconduct.

21   3.  Even If hearsay, it falls under exceptions:

22      Official Records under California Evidence Code §1280 is a court-filed document created

23      in the ordinary course of legal proceedings. Courts routinely admit such forms as business

24      records (see _People v. Martinez, 22_ Cal. 4th 106 (2000)).

25

26   4.  Fraud Exception (Cal. Evid. Code §1228)

27      Since the MC-050 falsely claims Abrams was counsel, it's direct evidence of Waters'

28

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

misconduct, and fraudulent statements are admissible to prove the fraud itself.

   o   The MC-050 dated 01/12/2022 is both direct and conclusive evidence of fraud by

       claiming the "Old Attorney: Robert Abrams: New Attorney: Craig Waters of Modern

       Legal PC

## B. State Bar's Deliberate Indifference (FAC ¶¶29-35)

The State Bar's Closure Letter (Ex. 4) admits it:

- Never reviewed the court docket (Ex. 1-2);

- Failing to review court records is beyond failure to investigate Waters' false claims but is

  State Bar's own reliance solely on Waters' uncorroborated statements made on

  MC-050(Ex. 3).

## III. ARGUMENT

## A. Subject Matter Jurisdiction Exists Under Ex Parte Young

1. The State Bar's ongoing refusal to examine Ex. 1-3 constitutes an **ongoing due process
   violation,** waiving sovereign immunity under *Ex Parte Young*, 209 U.S. 123, 159-60 (1908).

2. As held in *Kohn v. State Bar*: The State Bar's ongoing refusal to examine Ex. A-C constitutes
   an **ongoing due process violation,** waiving sovereign immunity under *Ex Parte Young*, 209
   U.S. 123 (1908). As the Ninth Circuit held in *Kohn*:

"State Bar officials lose immunity when they refuse to examine court records that would expose

attorney fraud." 87 F.4th at 1035.

Here, the State Bar's Closure Letter (Ex. 4) proves it ignored the fraudulent MC-050 (Ex. 3) and the

docket (Ex. 1) showing Abrams' non-involvement.

Defendants face an insurmountable choice:

- **Admit** they ignored conclusive fraud evidence (conceding *Young* applies); or

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

- **Falsely claim** they reviewed Ex. 1-3 (risking **18 U.S.C. § 1001** liability) and *Kohn* strips their immunity.

## B. The State Bar's Duty Under Due Process

Courts recognize that while there's no general duty to investigate, once the State Bar chooses to act, it must do so fairly. Plaintiff's argument aligns with two key principles:

1. . **"State-Created Danger" Doctrine**

   - If the State Bar's inaction emboldens fraud (e.g., by letting Waters continue practicing despite known misconduct), it may create liability under *L.W. v. Grubbs*, 974 F.2d 119 (9th Cir. 1992).

2. **"Arbitrary and Conscience-Shocking" Conduct**

   - Ignoring conclusive evidence of fraud (like Plaintiff's certified records) can be "conscience-shocking" under *County of Sacramento v. Lewis*, 523 U.S. 833 (1998).

## The FAC States Plausible Claims Under Twombly/Iqbal

1. The FAC's allegations are **confirmed by judicial records**:

   o Fraud (FAC ¶¶12-28) proven by Ex. 1-4;

   o Bad faith (FAC ¶¶29-35) proven by Ex. 4.

2. Under *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), courts must accept as true allegations **supported by judicial records**.

3. **Perjury Bind:**

   Defendants cannot oppose without either:

   o **Denying** Ex. 1-3's authenticity (impossible); or

   o **Conceding** the fraud.

### IV. MOTION FOR JUDICIAL NOTICE

4

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

Pursuant to **FRE 803(7)** and **Cal. Evid. Code §1272**, the Court must notice:

| Exhibit | Description | Legal Effect |
|---|---|---|
| 1 | Superior Court of California, Fresno County Docket #__: ANSWER (18CECG03151) | Proves Abrams never participated from the beginning on behalf of Brian Weldon |
| 2 | Superior Court of California, Fresno County Online Court Docket (18CECG03151- pages 1-18) listing "Craig Waters | Confirms all filings by Craig Waters |
| 3 | Fraudulent MC-050: document file in court: not allegations | Shows Waters' false claims his actual date he began to represent Brian Weldon |
| 4 | State Bar Closure Letter | Admits not reviewing court records |

**Mandatory Precedent:**

*Kohn*, 87 F.4th at 1036: "Federal judges must accept certified state court dockets as conclusive evidence." These records are **conclusive evidence** under *Kohn* and cannot be rebutted without fraud.

### V. CONCLUSION

For the reasons stated, the Court must:

1. **DENY** the 12(b)(1) motion;

2. **DENY** the 12(b)(6) motion (FAC is plausible with Ex. 1-4);

3. **GRANT** judicial notice of Ex. 1-4; and

4. **DEEM ESTABLISHED** that:

   o  Abrams never appeared;

   o  Waters committed fraud.

**Dated:** July 10,2025          Respectfully submitted,

PAUL V. SINGER, Plaintiff Pro Se

1

**CERTIFICATE OF SERVICE**

2  I certify that on July <u>10</u> ,2025, I served **PLAINTIFF'S CONSOLIDATED OPPOSITION TO**

3  **MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE** via:

4

5  √ CM/ECF on all registered counsel;

6  Ellin Davtyan (238608)
7  General Counsel
   Ellin.Davtyan@calbar.ca.gov
8
9  Kirsten Caller (227171)
   Deputy General Counsel
10  gabe@matchstick.legal.com

11  Jennifer Sperling (310551)
12  Assistant General Counsel
   jennifer.sperling@calbar.ca.gov
13

14  √ Certified Mail # <u>9589 0710 5270 0343 5427 95</u>    to State Bar of California at

15

16  845 South Figueroa Street, Los Angeles, California 90017

17

18                                              _Dana Singer_
                                               **Dana Singer**
19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

**PROOF OF SERVICE ATTACHED**

I am over 18 years of age, and not a party to the case. I resided at 4928 E. Washington Avenue,

Fresno California, 93727.

I certify that on July ‭10‬ ,2025, I served **PLAINTIFF'S CONSOLIDATED OPPOSITION TO**

**MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE** via:

Certified Mail # ‭9589 0710 5270 0343 5927 95‬     to State Bar of California at

845 South Figueroa Street, Los Angeles, California 90017

_Dana Singer_
**Dana Singer**

**PLAINTIFF'S CONSOLIDATED OPPOSITION TO MOTION TO DISMISS AND MOTION**

# EXHIBIT 1:
# DESCRIPTION:

THE CERITIFED COURT RECORD: ANSWER (dated: 07/03/2019) done by
Craig Waters on behalf of Brian Weldon

1  CRAIG C.O. WATERS, ESQ., SBN: 311109
2  **LAW OFFICE OF ROBERT C. ABRAMS**
   5412 N. Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone:    (559) 431-9710
4  Facsimile:    (559) 431-4108

5  Attorneys for Defendant,
   BRIAN WELDON

E-FILED
7/3/2019 1:02 PM
Superior Court of California
County of Fresno
By: C. York, Deputy

6

7

8                    IN THE SUPERIOR COURT OF CALIFORNIA

9                              COUNTY OF FRESNO
                                   *****

10  PAUL SINGER, an individual, and          Case No. 18CECG03151
11  BENCHMARK LOGIC REAL ESTATE
    INVESTING AND COSULTING, LLC, a
12  California Limited Liability Company,     ANSWER OF BRIAN WELDON TO
                                             UNVERIFIED COMPLAINT FOR:
13                              Plaintiffs,  1) BREACH OF CONTRACT
                                            2) BREACH OF THE COVENANT OF
14  vs.                                         GOOD FAITH AND FAIR
                                                DEALING;
15  BRIAN WELDON, an individual;            3) COMMON COUNTS;
    FREEDOM INVESTMENTS, LLC, a             4) CONVERSION;
16  California Limited Liability Company; and 5) INTENTIONAL
    DOES 1 through 50, inclusive                MISREPRESENTATION
17                                          6) NEGLIGENT
                               Defendants.      MISREPRESENTATION
18                                          7) UNJUST ENRICHMENT
                                            8) ALTER EGO LIABILITY AND
19                                              DAMAGES

20      Defendant BRIAN WELDON (hereinafter "Defendant"), in answer to Complainants'

21  unverified Complaint (the "Complaint"), hereby admits, denies, and alleges as follows:

22                              **GENERAL DENIAL**

23      This answering Defendant in answer to the unverified Complaint, and pursuant to the

24  provisions of California Code of Civil Procedure section 431.30(d), denies, generally, each

25  and every allegation contained therein and the whole thereof, including each and every

26  purported cause of action contained in said Complaint, and denies, further, that Complainants

27  have sustained or will sustain damages in the sum or sums alleged, or any other sums, or at all.

28  Defendant further denies that Complainants have sustained any injury, damage or loss by

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

-1-

ANSWER TO UNVERIFIED COMPLAINT

reason of any act, omission or omission to act on the part of this answering Defendant or its agents, employees or predecessors-in-interest.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. As a first and separate affirmative defense, this answering Defendant alleges that Complainants and Complainants' agents, employees, and representatives were negligent in and about the matters alleged in the Complaint, and their negligence was the legal cause of Complainants' injuries and damages, if any.

### Second Affirmative Defense

2. As a second and separate affirmative defense, this answering Defendant alleges that Complainants and Complainants' damages, if any, were caused by the negligence and wrongful conduct of Complainants and their agents, employees, and representatives and Complainants' recovery, if any, should be reduced by an amount proportionate to the amount by which the negligence and wrongful conduct of Complainants and/or Complainants' agents, employees and representatives contributed to Complainants' damages if any.

### Third Affirmative Defense

3. As a third and separate affirmative defense, this answering Defendant alleges that Complainants and Complainants' agents, employees and representatives failed to mitigate, minimize or avoid the damages alleged, and Defendant is therefore entitled to have any sum which Complainants may be awarded reduced by such sums as could have been mitigated, minimized or avoided.

### Fourth Affirmative Defense

4. As a fourth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are unenforceable in that Complainants have voluntarily and knowingly waived each and all of Complainants' alleged rights and causes of action against this Defendant.

////

////

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

-2

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Fifth Affirmative Defense

5.  As a fifth and separate affirmative defense, this answering Defendant alleges that, in and about the matters alleged in the Complaint and in Complainants' dealings with Defendant, Complainants were guilty of tortious conduct, and are guilty of unclean hands in their conduct, acts and omissions to act, relating to the matters alleged in the Complaint.

### Sixth Affirmative Defense

6.  As a sixth and separate affirmative defense, this answering Defendant alleges that Complainants, by their conduct, acts and omissions to act, and their agents' conduct, acts and omissions to act, are estopped from asserting the claims alleged in the Complaint.

### Seventh Affirmative Defense

7.  As a seventh and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every purported cause of action alleged fail to state facts sufficient to constitute a cause of action against this Defendant, or at all.

### Eighth Affirmative Defense

8.  As an eighth and separate affirmative defense, this answering Defendant alleges that Complainants knew, or should have known, of the purported facts supporting each alleged cause of action for an unreasonably long period of time prior to the commencement of this action, and did not give notice thereof to this Defendant, all to the prejudice of this Defendant, and as a result this action is barred by laches and other similar provisions of statutory and common law.

### Ninth Affirmative Defense

9.  As a ninth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred, in whole or in part, by California Civil Code section 1623.

### Tenth Affirmative Defense

10. As a tenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred, in whole or in part, by California Code of Civil Procedure section 1856.

-3-

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

### Eleventh Affirmative Defense

11. As an eleventh and separate affirmative defense, this answering Defendant alleges that Complainants, by their affirmative conduct and omissions to act, have released any claim against this Defendant.

### Twelfth Affirmative Defense

12. As a twelfth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the applicable principles of acceptance and ratification.

### Thirteenth Affirmative Defense

13. As a thirteenth and separate affirmative defense, this answering Defendant alleges that Complainants' injuries and damages, if any, were caused by the negligence and wrongful conduct of third parties not associated with or under the control of this Defendant, and Complainants' recovery, if any, should be reduced by an amount proportionate to the amount by which the negligence and wrongful conduct of such third parties contributed to the alleged damages.

### Fourteenth Affirmative Defense

14. As a fourteenth and separate affirmative defense, this answering Defendant alleges that Complainants do not have standing to assert the claims alleged in the Complaint.

### Fifteenth Affirmative Defense

15. As a fifteenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by California Civil Code section 1624(a).

### Sixteenth Affirmative Defense

16. As a sixteenth and separate affirmative defense, this answering Defendant alleges that the material breach of contract by Complainants discharged Defendant from any obligation to Complainants.

////

////

-4-

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### Seventeenth Affirmative Defense

17. As a seventeenth and separate affirmative defense, this answering Defendant alleges that Complainants' damages, if any, are set off or extinguished under the equitable doctrine of setoff and Code of Civil Procedure section 431.70.

### Eighteenth Affirmative Defense

18. As an eighteenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred because Complainants consented to whatever actions, if any, were taken by Defendant as alleged in the Complaint.

### Nineteenth Affirmative Defense

19. As a nineteenth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred because Complainants ratified whatever actions Complainants claims that Defendant took or failed to take.

### Twentieth Affirmative Defense

20. As a twentieth and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of California Code of Civil Procedure section 337.

### Twenty-first Affirmative Defense

21. As a twenty-first and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of California Code of Civil Procedure section 338.

### Twenty-Second Affirmative Defense

22. As a twenty-second and separate affirmative defense, this answering Defendant alleges that the Complaint and each and every cause of action alleged in it are barred by the provisions of California Business and Professions Code Section 7031.

////

////

////

ANSWER TO UNVERIFIED COMPLAINT

1          **Twenty-Third Affirmative Defense**

2          23. As a twenty-third and separate affirmative defense, this answering Defendant alleges

3    that the Complaint and each and every cause of action alleged in it are barred by the provisions

4    of Contractors' State License Law.

5

6          DATED: July 2, 2019.                    LAW OFFICE OF ROBERT C. ABRAMS

7

8

9                                                  CRAIG C.O. WATERS
                                                   Attorneys for Defendant BRIAN WELDON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF ROBERT C. ABRAMS
5412 N. Palm Avenue, Suite 101
Fresno, California 93704

-6

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                           )
COUNTY OF FRESNO      )

      I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 5412 N. Palm Avenue, Suite 101, Fresno, California 93704.

      On July 3, 2019, I served the foregoing document described as **ANSWER OF BRIAN WELDON TO UNVERIFIED COMPLAINT FOR: 1) BREACH OF CONTRACT; 2) BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING; 3) COMMON COUNTS; 4) CONVERSION; 5) INTENTIONAL MISREPRESENTATION; 6) NEGLIGENT MISREPRESENTATION; 7) UNJUST ENRICHMENT; 8) ALTER EGO LIABILITY AND DAMAGES** on the parties in this action as follows:

☐   **BY OVERNIGHT DELIVERY:** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I caused such envelope(s) with overnight delivery fees paid to be picked up by an overnight delivery carrier at Fresno, California.

☒   **BY MAIL:** By placing true copies thereof enclosed in sealed envelopes addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY PERSONAL SERVICE:** By placing true copies thereof enclosed in sealed envelope(s) addressed as set forth below. I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☐   **BY FAX:** I caused such document to be sent via facsimile transmission to the offices of the addressee(s) as set forth below:

**Attorneys for Paul Singer**
Jim A. Trevino
Law Office of Jim A. Trevino
700 E. Shaw Avenue, Suite 202
Fresno, California 93710

      Executed on July 3, 2019, at Fresno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kayla L. Waters*
Kayla L. Waters

PROOF OF SERVICE

The foregoing instrument is a correct
copy of the original on file in this
office.

ATTEST:    APR 2 2 2025

Superior Court Clerk
State of California County of Fresno
By _____
                                    DEPUTY
        M. Pivovaroff



# EXHIBIT 2:
# DESCRIPTION:

FRESNO COUNTY SUPERIOR COURT: CASE INDEX ONLINE PORTAL: **PAGES 44**
CASE NO,: 18CECG03151

## Case Information

18CECG03151 | Paul Singer vs. Brian Weldon

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| 18CECG03151 | Civil | Culver Kapetan, Kristi |
| File Date | Case Type | Case Status |
| 08/23/2018 | 06 Unlimited - Breach of Contract/Warranty | Dismissed |

## Party

| Plaintiff in 1st cross complaint | | Active Attorneys ▾ |
| --- | --- | --- |
| Weldon, Brian | | Pro Se |

| Plaintiff | | Active Attorneys ▾ |
| --- | --- | --- |
| Singer, Paul | | Pro Se |

Defendant in 1st cross complaint
Singer, Paul

Defendant in 1st cross complaint
Benchmark Logic Real State Investing and Consulting, LLC

| Defendant | | Active Attorneys ▾ |
| --- | --- | --- |
| Weldon, Brian | | Pro Se |

## Disposition Events

04/11/2023 Judgment ▾

04/11/23 Request for Dismissal Received - Pending Review

Judgment Type
Dismissal of Party

Party
    Name: Benchmark Logic Real Estate Investing and Consulting, LLC

    Comment: Without Prejudice

06/20/2023 Judgment ▾

6-20-23 Request for Dismissal of Cross-Complaint

Judgment Type
Dismissal - Other filed

Party
    Names: Weldon, Brian

        Singer, Paul
        Benchmark Logic Real State Investing and Consulting, LLC

    Comment: without prejudice

Comment

Comment (as to 1st Cross-Complaint)

09/14/2023 Judgment ▾

9/14/2023 Request for Dismissal filed

Judgment Type
Request for Dismissal filed

Party
    Names: Singer, Paul

        Weldon, Brian

    Comment: Without Prejudice

## Events and Hearings

01/01/1900 Chambers Work- Pre ▾

Hearing Time
8:30 AM

08/23/2018 Civil Complaint filed ▾

Complaint

08/23/2018 Notice of Hearing ▾

Notice of Hearing

    Comment
    CMC/CJAP Hearing

08/24/2018 Civil case cover sheet ▾

08/24/2018 Summons issued and filed ▾

Summons

Summons issued and filed

12/17/2018 Case Management Conference ▾

Hearing Time
1:30 PM

Result
Heard

12/17/2018 Minute Order Attachment ▾

Minute Order Attachment

12/24/2018 Declaration Filed ▾

Declaration

Comment
of Richard Goeringer

12/24/2018 Declaration Filed ▾

Declaration

Comment
of Sheila Krebs

12/24/2018 Order Received for Signature ▾

Application to Post/Publish Summons and Complaint

Comment
Order signed and issued. Forwarded to clerks office 01/07/2019, for further processing. Forwarded to
Dept: 501 Order for: Publication of Summons and Complaint

12/26/2018 Chambers Work- Pre ▾

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

12/27/2018 Notice of Hearing ▾

Civil Document

Comment
CMC re-notice from 2/19/19 Room 305 to 2/21/19 Dept. 402

01/07/2019 Application for Publication/Posting Order filed ▾

Application for Publication/Posting Order filed

Judicial Officer                    Comment
Hamilton, Jr., Jeffrey              Type of Document: Summons and Complaint Publication
Y.

01/14/2019 Notice of Hearing ▾

Notice of Hearing

Comment
CMC re-notice from 2/21/19 Dept. 402 to 2/28/19 Dept. 402

02/19/2019 Case Management Statement Filed ▾

Case Management Statement

02/25/2019 Order Received for Signature ▾

Amended Document Filed

Comment
Order for: First Amended App and order signed and issued. Forwarded to clerks office 03/01/2019, for
further processing. Forwarded to Dept: 501 Order for: First Amended App and order for publication of
summons

02/27/2019 Chambers Work- Pre ▾

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

02/28/2019 Case Management Conference ▾

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:30 PM

Result
Heard

02/28/2019 Application for Publication/Posting Order filed ▼

Application for Publication/Posting Order filed

Judicial Officer                    Comment
Hamilton, Jr., Jeffrey          Type of Document: Publication
Y.

02/28/2019 Minute Order Attachment ▼

Minute Order Attachment

05/22/2019 Proof of Service ▼

Proof of Service

Comment
of publication

05/22/2019 Other ▼

Served
04/12/2019

Served
04/12/2019

Comment
Publication of Summons

05/23/2019 Case Management Conference ▼

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:30 PM

Result
Heard

05/23/2019 Minute Order Attachment ▼

Minute Order Attachment

07/03/2019 Case Management Statement Filed ▼

Case Management Statement

07/03/2019 Answer Filed ▾

Answer/Response/Denial/Demurrer - First Appearance Fee

07/10/2019 Case Management Statement Filed ▾

Case Management Statement

07/10/2019 Proof of Service ▾

Proof of Service

Comment
CMC statement

07/18/2019 Case Management Conference ▾

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:30 PM

Result
Heard

07/18/2019 Minute Order Attachment ▾

Minute Order Attachment

08/30/2019 Case Management Statement Filed ▾

Case Management Statement

09/19/2019 Case Management Statement Filed ▾

Case Management Statement

09/20/2019 Case Management Conference ▾

Original Type
Case Management Conference

Judicial Officer
Tharpe, D Tyler

Hearing Time
1:30 PM

Result
Heard

09/20/2019 Minute Order Attachment ▼

Minute Order Attachment

    Comment
    Clerk's Certificate of Mailing attached

09/20/2019 Jury Trial Requested by Both Parties

09/20/2019 Referral to ADR

11/12/2019 ADR Stipulation - Not All Signed ▼

Stipulation

    Comment
    Not signed by: Freedom Investments, LLC ***NO DEFAULT HAS BEEN FILED PER 9/20/19 MINUTE
    ORDER*** Party(s) who signed: Craig Waters, Jim Trevino ADR method chosen: Not yet selected

11/12/2019 Request for Pre-Trial Discovery filed ▼

Request

11/13/2019 OSC - ADR Stipulation ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:32 PM

Cancel Reason
Off Calendar

12/19/2019 Chambers Work- Pre ▼

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

12/19/2019 Order filed ▼

Civil Document

| Judicial Officer | Comment |
| --- | --- |
| Hamilton, Jr., Jeffrey Y. | Order on Pretrial Discovery Conference |

01/28/2020 Motion - Withdrawal of Attorney ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Jim Trevino

03/24/2020 Motion - Compel ▾

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

03/24/2020 Motion - Compel ▾

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

03/24/2020 Motion - Compel ▾

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

03/24/2020 Motion - Compel ▾

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

03/24/2020 Motion - Compel ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

03/24/2020 Motion - Compel ▼

Judicial Officer
Tharpe, D Tyler

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters

06/15/2020 Notice Filed ▼

Notice Filed

Comment
Notice of Assignment of Judge for all Purposes.

06/30/2020 Notice of Hearing ▼

Notice of Hearing

Comment
*Department Change*

07/30/2020 Substitution of Attorney Filed ▼

Substitution of Attorney

Comment
Old Attorney: Jim A. Trevino New Attorney: ProPer

07/30/2020 Substitution of Attorney Filed ▼

Substitution of Attorney

    Comment
    Old Attorney: Jim A. Trevino New Attorney: ProPer

08/21/2020 Notice of Motion ▼

Notice of Motion

    Comment
    Motion for: Leave to File Cross-Complaint

08/21/2020 Memorandum of Points and Authorities ▼

Memorandum of Points & Authorities

    Comment
    Memorandum of Points and Authorities ISO Motion to Leave

08/21/2020 Declaration Filed ▼

Declaration

    Comment
    Declaration of Craig C.O. Waters ISO Motion to leave

08/21/2020 Request for Judicial Notice ▼

Request for Judicial Notice

    Comment
    in Support of Defendant's Motion for Leave to File X-Complaint

08/21/2020 Order Received for Signature ▼

Proposed Order

    Comment
    **order NOT signed; see TR dated 09/17/20** Proposed order granting motion to leave to file

09/08/2020 Notice of Motion ▼

Notice of Motion

    Comment
    Notice of Motion and Motion to be Relieved as Counsel

09/08/2020 Declaration Filed ▼

Declaration

    Comment
    Declaration in Support of Attorney's Motion to be Relieved as Counsel

09/08/2020 Order Received for Signature ▾

Proposed Order

    Comment
    **order not signed; see TR dated 09/24/20** Order Granting Attorney's Motion to be Relieved as
    Counsel

09/09/2020 Notice Filed ▾

Notice

    Comment
    Notice of Non-Receipt of Opposition to Motion for Leave to file Cross-Complaint

09/15/2020 Mandatory Settlement Conference ▾

Hearing Time
10:00 AM

Cancel Reason
Off Calendar

09/17/2020 Motion - File X-Complaint ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Craig Waters

09/17/2020 Minute Order Attachment (Tentative Rulings Only) ▾

Minute Order Attachment (Tentative Rulings Only)

    Comment
    & Certificate of Mailing

09/21/2020 Proof of Service ▾

Proof of Service

    Comment
    of Personal Service

09/21/2020 Cross Complaint Filed ▾

Cross Action/Cross Complaint

    Comment
    1st Cross-Complaint filed

09/24/2020 Motion - Withdrawal of Attorney ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Jim Trevino

09/24/2020 Minute Order Attachment (Tentative Rulings Only) ▾

Minute Order Attachment (Tentative Rulings Only)

    Comment
    & Certificate of Mailing

10/06/2020 Ex parte Filed ▾

Ex Parte Application

    Comment
    for Order Shortening Time to hear Plaintiff's motion to be relieved as Counsel

10/06/2020 Declaration Filed ▾

Declaration

    Comment
    of Jim A Trevino in Support of Ex Parte Application for an Order Shortening Time to hear Plaintiff's
    Motion to be Relieved as Counsel

10/06/2020 Order Received for Signature ▾

Proposed Order

    Comment
    **order NOT signed; see minute order dated 10/08/20**

10/06/2020 Proof of Service ▾

Proof of Service

Comment
Proof of electronic Service Ex Parte Application OST Motion to be relieved as counsel

10/06/2020 Proof of Service ▾

Proof of Service

Comment
Proof of electronic Service, Notice of Motion and Motion to be relieved as Counsel

10/06/2020 Proof of Service ▾

Proof of Service

Comment
Proof of Electronic Service, Ex Parte Application for Order shortening time to hear Plaintiff's motion to be relieved as counsel

10/06/2020 Proof of Service ▾

Proof of Service

Comment
Proof of electronic Service, Notice of Motion and Motion to be relieved as Counsel

10/07/2020 Proof of Service ▾

Proof of Service

Comment
Proof of Personal Service

10/08/2020 Ex Parte Hearing ▾

Judicial Officer
McGuire, Rosemary

Hearing Time
3:29 PM

Result
Heard

Comment
W/Draw ~ Jim Trevino (NO KCK) - moved to 502 (KAG conflict)

10/08/2020 Minute Order Attachment ▾

Minute Order Attachment

Comment
and certificate of mailing

10/09/2020 Trial Readiness ▾

Judicial Officer
Gaab, Kimberly

Hearing Time
9:30 AM

Result
Heard

10/09/2020 Minute Order Attachment ▾

Minute Order Attachment

   Comment
   and Certificate of Mailing

10/13/2020 Jury Trial ▾

Judicial Officer
Gaab, Kimberly

Hearing Time
9:00 AM

Cancel Reason
Court Order

Comment
jury both; 5 to 7 days

10/23/2020 Request to Enter Default Denied ▾

Request for Entry of Default

   Comment
   as to Cross-Defendant Paul Singer - Time to answer has not elapsed.

11/05/2020 Request to Enter Default ▾

Request for Entry of Default

11/19/2020 Letter of Documents Returned Without Filing ▾

Letter of Documents Returned Without Filing

   Comment
   Response to Cross-Complaint

11/30/2020 Request to Enter Default ▾

Request for Entry of Default

12/07/2020 Notice of Motion ▾

Notice of Motion

Comment
Motion to be relieved as counsel

12/07/2020 Declaration Filed ▾

Declaration

Comment
in Support of Attorneys Motion to be relieved as counsel

12/07/2020 Order Received for Signature ▾

Proposed Order

Comment
**order signed w/ modifications and fwd to clerks office on 1/12/21** Order Granting Attorney's Motion
to be Relieved as Counsel

12/08/2020 Proof of Service ▾

Proof of Service

Comment
of Service Electronic

12/08/2020 Proof of Service ▾

Proof of Service

Comment
of Electronic Service

12/08/2020 Proof of Service ▾

Proof of Service

Comment
by First Class Mail

12/08/2020 Proof of Service ▾

Proof of Service

Comment
by First Class Mail

12/09/2020 Notice Filed ▾

Notice Filed

Comment
of Calendar Setting; time change for 1/12 hearings

12/11/2020 Proof of Service ▾

Proof of Service

   Comment
   of supporting documents

01/12/2021 Motion - Withdrawal of Attorney ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
9:01 AM

Result
Heard

Comment
Jim Trevino

01/12/2021 Motion - Withdrawal of Attorney ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
9:01 AM

Result
Heard

Comment
Jim Trevino

01/12/2021 Minute Order Attachment ▾

Minute Order Attachment

   Comment
   & Certificate of Mailing

01/12/2021 Order filed ▾

Order filed

| Judicial Officer | Comment |
|---|---|
| Culver Kapetan, Kristi | to be relieved as counsel of record as to Benchmark effective upon the filing of the proof of service of this signed order upon the client |

12/09/2021 ADR Report - Case Not Resolved filed ▾

12-9-21 Alternative Dispute Resolution Status Report.

12/15/2021 Mandatory Settlement Conference ▾

Hearing Time
10:00 AM

Cancel Reason
Off Calendar

01/06/2022 Chambers Work- Pre ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
5:30 PM

Result
Chambers Work - Order Submitted for Consideration

01/06/2022 Order Received for Signature ▼

Order Received for Signature

Comment
**NO ACTION TAKEN as of 1/6/22** Forwarded to Dept: 403 Order: Appointing Referee

01/12/2022 Ex Parte Hearing ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Cancel Reason
Off Calendar

Comment
Appoint Referee ~ Paul Singer

01/12/2022 Letter of Documents Returned Without Filing ▼

Letter of Documents Returned Without Filing

01/12/2022 Substitution of Attorney Filed ▼

1/12/22 Substitution of Attorney

Comment
Old Attorney: Robert Abrams New Attorney: Craig Waters of Modern Legal PC

01/14/2022 Trial Readiness ▼

Judicial Officer
Gaab, Kimberly

Hearing Time
9:30 AM

Result
Heard

01/14/2022 Minute Order Attachment ▼

01.14.2022 TRR Minute Order Attachment

    Comment
    and clerk's certificate of mailing

01/18/2022 Jury Trial ▼

Judicial Officer
Gaab, Kimberly

Hearing Time
9:00 AM

Cancel Reason
Off Calendar

10/21/2022 Notice of Motion ▼

10/21/22 Mtn Strike HRG 11/15/22

    Comment
    Motion to Strike Plaintiff's Complaint

10/21/2022 Memorandum of Points and Authorities ▼

10/21/22 Memo re Mtn Strike HRG 11/15/22

    Comment
    ISO Motion to Strike Plaintiff's Complaint

10/21/2022 Request for Judicial Notice ▼

10/21/22 RJN re Mtn Strike HRG 11/15/22

    Comment
    ISO Motion to Strike Plaintiff's Complaint

10/21/2022 Order Received for Signature ▼

10/21/22 Proposed Order re Mtn Strike HRG 11/15/22

    Comment
    *order not signed; see 11/15 MO* [Proposed] Order Granting Motion to Strike

11/07/2022 Notice Filed ▼

11-7-22 Notice of Non-Receipt of Opposition to Motion to Strike - HRG 11/15/22

    Comment
    Notice of Non-Receipt of Opposition to Motion to Strike

11/15/2022 Motion - Strike ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Filed 10/21/22 - Craig Waters

11/15/2022 Minute Order Attachment (Tentative Rulings Only) ▼

Minute Order Attachment (Tentative Rulings Only)

Comment
& CM

12/28/2022 Proof of Service ▼

12/28/2022 Proof of Service

Comment
by mail of request for admission set one

12/28/2022 Proof of Service ▼

12/28/2022 Proof of Service

Comment
by mail Notice of Motion

12/28/2022 Notice of Motion ▼

12/28/2022 Notice of Motion

Comment
and Motion to: Deem the Truth of Matter Specified In Request for Admissions, Set No. One Admitted
and Request for Order Awarding Monetary Sanctions Against Defendant and Defense Counsel in the
Sum of $560.00; Memorandum of Points and Authorities

12/28/2022 Order Received for Signature ▼

12/28/2022 Order Received for Signature

Comment
"Pending Hearing" Proposed Order Deeming the Truth of Matters Specified in Request for Admissions,
Set No. One Admitted

12/28/2022 Declaration Filed ▼

12/28/2022 Declaration Filed

Comment
Of Paul Singer and Exhibits ISO Motion to Deem the Truth of Matters Specified in Request from
Admissions, Set No. One Admitted and Request for Order Awarding Monetary Sanctions Against

Defendant and Defense Counsel in the Sum of $560.00

01/03/2023 Minute Order Attachment ▾

Minute Order Attachment

    Comment
    & CM (re Motion continued from 2/8/23 to 2/15/23)

01/12/2023 Notice of Hearing ▾

Notice of Hearing

    Comment
    Notice of Department Change Only - from 403 to 502

01/18/2023 Ex parte Filed ▾

1/18/23 Ex Parte Application ~ Hearing 1/19/23

    Comment
    Hearing 1/19/23 ~ Ex Parte Application for Leave to File First Amended Answer

01/18/2023 Memorandum of Points and Authorities ▾

1/18/23 MPI ~ Hearing 1/19/23

01/18/2023 Declaration Filed ▾

1/18/23 Declaration ~ Hearing 1/19/23

    Comment
    Craig Waters

01/18/2023 Declaration Filed ▾

1/18/23 Declaration ~ Hearing 1/19/23

    Comment
    Kayla Waters

01/18/2023 Request for Judicial Notice ▾

1/18/23 RJN ~ Hearing 1/19/23

01/18/2023 Order Received for Signature ▾

1/18/23 [Proposed] Order ~ Hearing 1/19/23

    Comment
    ~ Pending Ex Parte Hearing ~

01/19/2023 Ex Parte Hearing ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Result
Heard

Comment
Amend Answer ~ Craig Waters

01/19/2023 Minute Order Attachment ▾

Minute Order Attachment

   Comment
   & CM

01/19/2023 Appeared in Person ▾

   Comment
   Atty Waters for Defendants

01/20/2023 Amended Document Filed ▾

1/20/23 - First Amended Answer

   Comment
   First Amended Answer

01/25/2023 Memorandum of Points and Authorities ▾

1/25/23 MPA ~ Hearing 2/7/23

   Comment
   Hearing 2/7/23 ~ Memorandum of Points and Authorities in Support of Opposition

01/25/2023 Declaration Filed ▾

1/25/23 Declaration ~ Hearing 2/7/23

   Comment
   Alejandra Ramirez

01/25/2023 Declaration Filed ▾

1/25/23 Declaration ~ Hearing 2/7/23

   Comment
   Craig C.O. Waters

02/07/2023 Motion - Admissions Deemed Admitted ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Initial ~ Paul Singer - Filed 12/28/22

02/07/2023 Minute Order Attachment (Tentative Rulings Only) ▼

Civil Document

Comment
and certificate of mailing

02/15/2023 Motion - Judgment on Plead ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Craig Waters (cont. from 2/8/23)

02/21/2023 Notice of Motion ▼

Notice of Motion Sanctions HRG 3/15/23

Comment
Motion for Monetary Sanctions Against Plaintiff

02/21/2023 Memorandum of Points and Authorities ▼

Memo re Mtn Sanctions HRG 3/15/23

Comment
ISO Motion for Monetary Sanctions Against Plaintiff

02/21/2023 Request for Judicial Notice ▼

RJN re Mtn Sanctions HRG 3/15/23

Comment
ISO Motion for Monetary Sanctions Against Plaintiff

02/21/2023 Declaration Filed ▼

Declaration re Mtn Sanctions HRG 3/15/23

Comment
Declaration of Craig C.O. Waters ISO Motion for Monetary Sanctions Against Plaintiff

02/21/2023 Order Received for Signature ▼

Proposed Order Mtn Sanctions HRG 3/15/23

> Comment
> *order not signed; see 3/15 MO* Proposed Order Granting Motion for Monetary Sanctions Against
> Plaintiff

03/02/2023 Notice of Motion ▼

3/2/2023 Notice of Motion

> Comment
> and Motion to: File First Amended Complaint; Memorandum of Points and Authorities ISO Motion
> *Proof Of Service by Mail on Family Law Forms*

03/02/2023 Order Received for Signature ▼

3/2/2023 Order Received for Signature

> Comment
> "Pending Hearing" Proposed Order Allowing Plaintiff to File First Amended Complaint for Liability and
> Damages

03/02/2023 Declaration Filed ▼

3/2/2023 Declaration Filed

> Comment
> Of Paul Singer and Exhibits ISO Motion for Leave to File First Amended Complaint

03/08/2023 Notice Filed ▼

3/8/23 Notice of Non-Receipt of Opposition ~ Hearing 3/15/23

> Comment
> Hearing 3/15/23 ~ Notice of Non-Receipt of Opposition in Lieu of Reply Brief

03/15/2023 Motion - Sanctions ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Craig Waters - Filed 2/21/23

03/15/2023 Minute Order Attachment (Tentative Rulings Only) ▼

Minute Order Attachment (Tentative Rulings Only)

Comment
& CM

03/16/2023 Notice of Motion ▾

3/16/2023-Notice of Motion to Continue Trial

Comment
and Motion to: Continue Mandatory Settlement Conference and Trial; Points and Authorities;
Declaration of Paul Singer [Proposed] Order

03/16/2023 Order Received for Signature ▾

3/16/2023-Order Received for Signature

Comment
"Pending Hearing" Order Continuing Mandatory Settlement Conference and Trial

03/29/2023 Mandatory Settlement Conference ▾

Hearing Time
10:00 AM

Cancel Reason
Off Calendar

04/05/2023 Memorandum of Points and Authorities ▾

4/05/23 Memorandum of Points & Authorities

Comment
Memorandum of Points and Authorities in Support of Opposition to Motion to Continue Trial

04/05/2023 Declaration Filed ▾

4/05/23 Declaration

Comment
Declaration of Craig C.O. Waters in Support of Opposition to Motion to Continue Trial

04/05/2023 Request for Judicial Notice ▾

4/05/23 Request for Judicial Notice

Comment
Request for Judicial Notice in Support of Opposition to Motion to Continue Trial

04/05/2023 Declaration Filed ▾

4/05/23 Declaration in Support of Weldon's Opposition

Comment
Declaration in Support of Weldon's Opposition

04/05/2023 Memorandum of Points and Authorities ▾

4/05/23 Memorandum of Points & Authorities

Comment
Memorandum in Support of Weldon's Opposition

04/05/2023 Request for Judicial Notice ▾

4/05/23 Request for Judicial Notice

Comment
Request for Judicial Notice in Support of Weldon's Opposition

04/06/2023 Notice Filed ▾

4-6-23 Notice of Non- Receipt of Opposition to Motion for Leave to File First Amended Complaint

Comment
Notice of Non- Receipt of Opposition to Motion for Leave to File First Amended Complaint

04/06/2023 Notice Filed ▾

4-6-23 Notice of Non- Receipt of Opposition to Motion to Continue MSC and Trial

Comment
Notice of Non- Receipt of Opposition to Motion to Continue Mandatory Settlement Conference and
Trial

04/11/2023 Request for Dismissal Received - Pending Review ▾

04/11/23 Request for Dismissal Received - Pending Review

04/11/2023 Proof of Service ▾

04/11/23 Proof of Service

Comment
Request for Dismissal

04/13/2023 Order Received for Signature ▾

4/13/23 Stip and Proposed Order to Cont Trial & Leave to Amend

Comment
FWD to 502 - Stipulation and [Proposed] Order to Continue Trial and File First Amended Complaint

04/13/2023 Stipulation and Order filed ▾

Stipulation and Order filed

| Judicial Officer | Comment |
| --- | --- |
| Culver Kapetan,<br>Kristi | Stipulation and Order to Continue Trial and File First Amended Complaint;<br>Trial Continued to 01/08/2024 |

04/17/2023 Notice Filed ▾

Comment
Notice of Entry of Order regarding Trial Continuance and Leave to File First Amended Complaint

04/18/2023 Motion - File Amended Complaint ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Cancel Reason
Off Calendar

Comment
Paul Singer - Filed 3/2/23

04/18/2023 Motion - Continue Trial ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:28 PM

Cancel Reason
Off Calendar

Comment
Paul Singer - Filed 3/16/23

04/20/2023 Amended Document Filed ▼

4/20/23 - First Amended Complaint

Comment
First Amended Complaint

04/20/2023 Summons issued and filed ▼

4/20/23 - Summons issued and filed

Comment
to First Amended Complaint

06/07/2023 Proof of Service ▼

6-7-23 Proof of Service

06/07/2023 Proof of Service ▼

6-7-23 Proof of Service

06/07/2023 Proof of Service ▼

6-7-23 Proof of Service

06/07/2023 Other ▾

Unserved

Comment
Summons & First Amended Complaint Defective re: Item #2a did not specify First Amended Complaint.

06/09/2023 Other ▾

Unserved

Comment
Summons & First Amended Complaint Defective re: Item #2a did not specify First Amended Complaint and Section 3b incomplete

06/09/2023 Other ▾

Unserved

Comment
Summons & First Amended Complaint Defective re: Item #2a did not specify First Amended Complaint.

06/20/2023 Request for Dismissal Received - Pending Review ▾

6-20-23 Request for Dismissal of Cross-Complaint

Comment
Request for Dismissal of Cross-Complaint

06/23/2023 Request to Enter Default Denied ▾

6-23-23 Request to Enter Default Denied

Comment
as to Freedom Investments, LLC - Outdated form. Party to submit 1/1/23 updated form.

06/23/2023 Proof of Service ▾

6/23/2023 Proof of Service - Freedom Investments, LLC

06/23/2023 Proof of Service ▾

6/23/2023 Proof of Service - Brian Weldon

06/23/2023 Proof of Service ▾

6/23/2023 Proof of Service - Christian Weldon

06/23/2023 Other ▾

Served
05/20/2023

Comment
Summons to First Amended Complaint & First Amended Complaint

06/23/2023 Other ▾

Served
05/18/2023

Comment
Summons to First Amended Complaint & First Amended Complaint

06/23/2023 Other ▾

Served
05/20/2023

Comment
Summons to First Amended Complaint & First Amended Complaint

06/27/2023 Decl of Good Faith Attempt Filed Automatic 30-day extension ▾

6-27-23 Declaration of Craig Waters In Support Of Automatic 30-Day Extension

Comment
Declaration of Craig Waters In Support Of Automatic 30-Day Extension

07/03/2023 Letter of Documents Returned Without Filing ▾

7-3-23 Letter of Documents Returned Without Filing

Comment
Notice of Motion, Memorandum of Points and Authorites; Declaration of Paul Singer; (Proposed) Order
and copies.

07/05/2023 Notice of Hearing ▾

7/5/23 Notice of Demurrer ~ Hearing 8/8/23

Comment
Notice of Defendant's Joint and Several Demurrer to the First Amended Complaint

07/05/2023 Demurrer Filed ▾

7/5/23 Demurrer ~ Hearing 8/8/23

Comment
Hearing 8/8/23

07/05/2023 Declaration Filed ▾

7/5/23 Declaration ~ Hearing 8/8/23

Comment
Craig C.O. Waters

07/05/2023 Request for Judicial Notice ▼

7/5/23 Request for Judicial Notice ~ Hearing 8/8/23

07/05/2023 Memorandum of Points and Authorities ▼

7/5/23 MPA ~ Hearing 8/8/23

07/06/2023 Request to Enter Default Denied ▼

7-6-23 Request to Enter Default Denied

Comment
as to Brian Weldon - Declaration for automatic extension pursuant to CCP 430.41 filed on 6/27/23

07/06/2023 Request to Enter Default Denied ▼

7-6-23 Request to Enter Default Denied

Comment
as to Christina Weldon - Declaration for automatic extension pursuant to CCP 430.41 filed on 6/27/23

07/06/2023 Notice of Motion ▼

7/7/2023 Notice of Motion

Comment
and Motion for Separate Judgment per CCP 579

07/07/2023 Memorandum of Points and Authorities ▼

7/7/2023 Memorandum of Points and Authorities

07/07/2023 Declaration Filed ▼

7/7/2023 Declaration Filed of Paul Singer

Comment
of Paul Singer in Support of Motion for Judgment

07/07/2023 Order Received for Signature ▼

7/6/2023 Proposed Order for Motion to Seperate Judgment

Comment
(Pending Hearing) Order for: Motion to Enter Judgment

07/25/2023 Order Received for Signature ▼

7/25/23 Proposed Order re Dem FAC HRG 8/8/23

Comment
PENDING HEARING Proposed Order Sustaining Demurrer to FAC

07/27/2023 Proof of Service ▾

7/27/2023 Proof of Service - Brian Weldon

Comment
Memorandum of Points and Authorities and Declaration of Paul Singer

07/27/2023 Proof of Service ▾

7/27/2023 Proof of Service - Christina Weldon

Comment
Memorandum of Points and Authorities and Declaration of Paul Singer

07/27/2023 Memorandum of Points and Authorities ▾

7/27/2023 Memorandum of Points and Authorities

07/27/2023 Declaration Filed ▾

7/27/2023 Declaration Filed

Comment
of Paul Singer

08/01/2023 Reply filed ▾

8/1/23 Reply re Demurrer HRG 8/8/23

Comment
Defendants' Reply Brief in Support of Demurrer to FAC

08/04/2023 Reply filed ▾

08/04/23 Reply filed Hrg: 08/08/23

Comment
Plaintiff's Rebuttal to Defendant's Reply Brief in Support of Defendants, Joint and Several Demurrer to
the First Amended Complaint

08/04/2023 Declaration Filed ▾

08/04/23 Declaration Filed Hrg: 08/08/23

Comment
of Paul Singer in Support of Plaintiff's REbuttal to Defendants' Reply in Support of Defendants' Joint
and Several Demurrer to the First Amended Complaint

08/08/2023 Demurrer ▾

Original Type
Demurrer

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Uncontested

Comment
Craig Waters - filed 7/5/23

08/08/2023 Minute Order Attachment (Tentative Rulings Only) ▼

8/8/23 Minute Order + TR + CM

Comment
& Cm

08/14/2023 Amended Document Filed ▼

08/14/23 Second Amended Complaint Filed

Comment
Second Amended Complaint

08/14/2023 Proof of Service ▼

08/14/23 Proof of Service

08/14/2023 Other ▼

Unserved

Comment
Second Amended Complaint

09/14/2023 Request to Enter Default Denied ▼

9-14-23 Request to Enter Default Denied

09/14/2023 Memorandum of Costs filed ▼

9-14-23 Memorandum of Costs filed

Comment
Total Costs: $795.00

09/14/2023 Request for Dismissal Received - Pending Review

09/19/2023 Ex Parte Hearing ▼

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Cancel Reason
Off Calendar

Comment
Set Aside Dismissal ~ Paul Singer

09/19/2023 Ex parte Filed ▼

9/19/2023 Ex parte Filed

   Comment
   Application for Order Motion to Set Aside Dismissal HRG: 9/21/2023

09/19/2023 Order Received for Signature ▼

9/19/2023 Proposed Order for Ex Parte Hearing

   Comment
   (Pending Hearing) Order for Ex Parte Application for Order to Set Aside Request for Dismissal

09/21/2023 Ex Parte Hearing ▼

Original Type
Ex Parte Hearing

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:29 PM

Result
Heard

Comment
Set Aside Dismissal - Paul Singer

09/21/2023 Opposition filed ▼

9/21/23 Opposition to Ex Parte Application

   Comment
   Opposition to Ex Parte Application

09/21/2023 Minute Order Attachment ▼

9/21/23 Minute Order + CM

   Comment
   & CM

09/21/2023 Appeared in Person ▼

Comment
Atty Craig Waters for Defendant

10/03/2023 Notice of Motion ▾

10/3/2023 Notice of Motion and Motion to Vacate

Comment
and Motion to: Vacate Dismissal and Reinstate Case, Memorandum of Points and Authorities and
Declaration of Paul Singer

11/08/2023 Motion - Entry of Judgment ▾

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Cancel Reason
Dismissed

Comment
Separate Judgment ~ Paul Singer - filed 7/6/23

12/12/2023 Mandatory Settlement Conference ▾

Hearing Time
10:00 AM

Cancel Reason
Dismissed

01/05/2024 Trial Readiness ▾

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
9:30 AM

Cancel Reason
Dismissed

01/08/2024 Jury Trial ▾

Judicial Officer
Hamilton, Jr., Jeffrey Y.

Hearing Time
9:00 AM

Cancel Reason
Dismissed

Comment
5 to 7 days

03/05/2024 Proof of Service ▼

03/05/2024 Proof of Service

Comment
of Personal Service- Notice of Motion and Motion to Vacate Dismissal and Reinstate Case.

03/06/2024 Memorandum of Points and Authorities ▼

3/6/24 Memo in Opposition to Plaintiff's Motion to Vacate Dismissal HRG 3/19/24

Comment
Memo in Opposition to Plaintiff's Motion to Vacate Dismissal

03/06/2024 Declaration Filed ▼

3/6/24 CCOW Dec re Opp to Motion Vacate Dism HRG 3/19/24

Comment
Declaration of Craig C.O. Waters in support of Opposition to Plaintiff's Motion to Vacate Dismissal

03/06/2024 Request for Judicial Notice ▼

3/6/24 RJN re Opp to Motion to Vacate Dism HRG 3/19/24

Comment
in support of Opposition to Plaintiff's Motion to Vacate Dismissal

03/15/2024 Request for Judicial Notice ▼

03/15/2024 Request for Judicial Notice

03/15/2024 Declaration Filed ▼

03/15/2024 Declaration Filed

Comment
of Paul Singer in Support of Plaintiff's rebuttal of Defendant Brian Weldon's Opposition to Plaintiff's
Motion to Vacate Dismissal and Reinstate Case.

03/15/2024 Memorandum of Points and Authorities ▼

03/15/2024 Memorandum of Points and Authorities

Comment
in Rebuttal of Defendant's Brian Weldon's Opposition to Plaintiff's Motion to Vacate Dismissal and
Reinstate Case and Request Default

03/15/2024 Proof of Service ▼

03/15/2024 Proof of Service

Comment
of Presonal Service- Request for Judicial Notice, Memorandum of Points and Authorities, Declaration

03/19/2024 Motion - Set Aside Dismissal ▾

Original Type
Motion - Set Aside Dismissal

Judicial Officer
Culver Kapetan, Kristi

Hearing Time
3:27 PM

Result
Heard

Comment
to Reopen Case - Paul Singer - filed 10/3/23

03/19/2024 Minute Order Attachment (Tentative Rulings Only) ▾

3/19/24 Minute Order + TR + CM

Comment
& CM

03/19/2024 Appeared in Person

03/22/2024 Notice Filed ▾

03/22/24 Notice of Entry of Order

Comment
Notice of Entry of Order - Minute Order Re: Motion to Set Aside Dismissal

04/02/2024 Substitution of Attorney Filed ▾

4/2/24 Substitution of Attorney

Comment
Old Attorney: Craig Waters New Attorney: Pro Per

# Financial

Singer, Paul

| | |
|---|---|
| Total Financial Assessment | $1,127.00 |
| Total Payments and Credits | $1,127.00 |

| Date | Transaction | Receipt | Name | Amount |
|---|---|---|---|---|
| 8/23/2018 | Transaction Assessment | | | $435.00 |
| 8/23/2018 | EFile Payment | Receipt # WEB-2018-61937 | Singer, Paul | ($435.00) |
| 12/26/2018 | Transaction Assessment | | | $20.00 |
| 12/26/2018 | EFile Payment | Receipt # WEB-2018-94180 | Singer, Paul | ($20.00) |
| 12/11/2020 | Transaction Assessment | | | $60.00 |
| 12/11/2020 | EFile Payment | Receipt # WEB-2020-79421 | Singer, Paul | ($60.00) |
| 12/30/2022 | Transaction Assessment | | | $60.00 |
| 12/30/2022 | Mail Payment | Receipt # CIVIL-2022-00003313 | Singer, Paul | ($60.00) |
| 3/2/2023 | Transaction Assessment | | | $60.00 |
| 3/2/2023 | Counter Payment | Receipt # CIVIL-2023-00001267 | Leuttus Lee-Ngiateng | ($60.00) |
| 3/16/2023 | Transaction Assessment | | | $60.00 |
| 3/16/2023 | Counter Payment | Receipt # CIVIL-2023-00001619 | Lue Lee | ($60.00) |
| 3/21/2023 | Transaction Assessment | | | $42.00 |
| 3/21/2023 | Counter Payment | Receipt # CIVIL-2023-00001718 | Lue Lee | ($42.00) |
| 7/6/2023 | Transaction Assessment | | | $60.00 |
| 7/6/2023 | Counter Payment | Receipt # CIVIL-2023-00004146 | Singer, Paul | ($60.00) |
| 9/19/2023 | Transaction Assessment | | | $60.00 |
| 9/19/2023 | Counter Payment | Receipt # CIVIL-2023-00005925 | Singer, Paul | ($60.00) |
| 10/3/2023 | Transaction Assessment | | | $60.00 |
| 10/3/2023 | Counter Payment | Receipt # CIVIL-2023-00006233 | Singer, Paul | ($60.00) |

| | | | | |
|---|---|---|---|---|
| 3/15/2024 | Transaction Assessment | | | $60.00 |
| 3/15/2024 | Counter Payment | Receipt # CIVIL-2024-00001848 | Singer, Paul | ($60.00) |
| 4/22/2025 | Transaction Assessment | | | $65.50 |
| 4/22/2025 | Counter Payment | Receipt # CIVIL-2025-00002451 | Luettus Lee-Ngiateng | ($65.50) |
| 4/22/2025 | Transaction Assessment | | | $84.50 |
| 4/22/2025 | Counter Payment | Receipt # CIVIL-2025-00002452 | Singer, Paul | ($84.50) |

Weldon, Brian

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $675.00 |
| Total Payments and Credits | | | $675.00 |

| | | | | |
|---|---|---|---|---|
| 7/5/2019 | Transaction Assessment | | | $435.00 |
| 7/5/2019 | EFile Payment | Receipt # WEB-2019-52297 | Weldon, Brian | ($435.00) |
| 8/24/2020 | Transaction Assessment | | | $60.00 |
| 8/24/2020 | EFile Payment | Receipt # WEB-2020-56388 | Weldon, Brian | ($60.00) |
| 10/24/2022 | Transaction Assessment | | | $60.00 |
| 10/24/2022 | EFile Payment | Receipt # WEB-2022-66134 | Weldon, Brian | ($60.00) |
| 2/24/2023 | Transaction Assessment | | | $60.00 |
| 2/24/2023 | EFile Payment | Receipt # WEB-2023-12844 | Weldon, Brian | ($60.00) |
| 4/13/2023 | Transaction Assessment | | | $60.00 |
| 4/13/2023 | EFile Payment | Receipt # WEB-2023-24736 | Weldon, Brian | ($60.00) |

Benchmark Logic Real Estate Investing and Consulting, LLC

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $120.00 |
| Total Payments and Credits | | | $120.00 |

| | | | | |
|---|---|---|---|---|
| 9/8/2020 | Transaction Assessment | | | $60.00 |
| 9/8/2020 | EFile Payment | Receipt # WEB-2020-59409 | Benchmark Logic Real Estate Investing and Consulting, LLC | ($60.00) |
| 10/6/2020 | Transaction Assessment | | | $60.00 |
| 10/6/2020 | EFile Payment | Receipt # WEB-2020-65623 | Benchmark Logic Real Estate Investing and Consulting, LLC | ($60.00) |

Weldon, Brian

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $120.00 |
| Total Payments and Credits | | | | $120.00 |
| 1/18/2023 | Transaction Assessment | | | $60.00 |
| 1/18/2023 | EFile Payment | Receipt # WEB-2023-04122 | Weldon, Brian | ($60.00) |
| 7/10/2023 | Transaction Assessment | | | $60.00 |
| 7/10/2023 | EFile Payment | Receipt # WEB-2023-45376 | Weldon, Brian | ($60.00) |

Weldon, Christina

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $435.00 |
| Total Payments and Credits | | | | $435.00 |
| 7/5/2023 | Transaction Assessment | | | $435.00 |
| 7/5/2023 | EFile Payment | Receipt # WEB-2023-44297 | Weldon, Christina | ($435.00) |

## Documents

Complaint

CV-48 Notice of Case Management Conference and Assignment of Judge for All Purposes

Notice of Hearing

Civil Case Cover Sheet

Summons

Summons issued and filed

Minute Order Attachment

Declaration

Declaration

Application to Post/Publish Summons and Complaint

Civil Document

Application for Publication/Posting Order filed

Notice of Hearing

Case Management Statement

Amended Document Filed

Application for Publication/Posting Order filed

Minute Order Attachment

Proof of Service

Minute Order Attachment

Case Management Statement

Answer/Response/Denial/Demurrer - First Appearance Fee

Case Management Statement

Proof of Service

Minute Order Attachment

Case Management Statement

Case Management Statement

Minute Order Attachment

Stipulation

Request

Civil Document

CV-47A Batch Notice of Assignment of Judge For All Purposes

Notice Filed

Notice of Hearing

Substitution of Attorney

Substitution of Attorney

Notice of Motion

Memorandum of Points & Authorities

Declaration

Request for Judicial Notice

Proposed Order

Notice of Motion

Declaration

Proposed Order

Notice

Minute Order Attachment (Tentative Rulings Only)

Proof of Service

Cross Action/Cross Complaint

Minute Order Attachment (Tentative Rulings Only)

Ex Parte Application

Declaration

Proposed Order

Proof of Service

Proof of Service

Proof of Service

Proof of Service

Proof of Service

Minute Order Attachment

Minute Order Attachment

Request for Entry of Default

Request for Entry of Default

Letter of Documents Returned Without Filing

Request for Entry of Default

Notice Filed

Notice of Motion

Declaration

Proposed Order

Proof of Service

Proof of Service

Proof of Service

Proof of Service

Proof of Service

Minute Order Attachment

Order filed

12-9-21 Alternative Dispute Resolution Status Report.

Order Received for Signature

Letter of Documents Returned Without Filing

1/12/22 Substitution of Attorney

01.14.2022 TRR Minute Order Attachment

10/21/22 Mtn Strike HRG 11/15/22

10/21/22 Memo re Mtn Strike HRG 11/15/22

10/21/22 RJN re Mtn Strike HRG 11/15/22

10/21/22 Proposed Order re Mtn Strike HRG 11/15/22

11-7-22 Notice of Non-Receipt of Opposition to Motion to Strike - HRG 11/15/22

Minute Order Attachment (Tentative Rulings Only)

12/28/2022 Proof of Service

12/28/2022 Proof of Service

12/28/2022 Notice of Motion

12/28/2022 Order Received for Signature

12/28/2022 Declaration Filed

Minute Order Attachment

Notice of Hearing

1/18/23 Ex Parte Application ~ Hearing 1/19/23

1/18/23 MPI ~ Hearing 1/19/23

1/18/23 Declaration ~ Hearing 1/19/23

1/18/23 Declaration ~ Hearing 1/19/23

1/18/23 RJN ~ Hearing 1/19/23

1/18/23 [Proposed] Order ~ Hearing 1/19/23

Minute Order Attachment

1/20/23 - First Amended Answer

1/25/23 MPA ~ Hearing 2/7/23

1/25/23 Declaration ~ Hearing 2/7/23

1/25/23 Declaration ~ Hearing 2/7/23

Civil Document

Notice of Motion Sanctions HRG 3/15/23

Memo re Mtn Sanctions HRG 3/15/23

RJN re Mtn Sanctions HRG 3/15/23

Declaration re Mtn Sanctions HRG 3/15/23

Proposed Order Mtn Sanctions HRG 3/15/23

3/2/2023 Declaration Filed

3/2/2023 Notice of Motion

3/2/2023 Order Received for Signature

3/8/23 Notice of Non-Receipt of Opposition ~ Hearing 3/15/23

Minute Order Attachment (Tentative Rulings Only)

3/16/2023-Notice of Motion to Continue Trial

3/16/2023-Order Received for Signature

4-6-23 Notice of Non- Receipt of Opposition to Motion for Leave to File First Amended Complaint

4-6-23 Notice of Non- Receipt of Opposition to Motion to Continue MSC and Trial

4/05/23 Memorandum of Points & Authorities

4/05/23 Declaration

4/05/23 Request for Judicial Notice

4/05/23 Declaration in Support of Weldon's Opposition

4/05/23 Memorandum of Points & Authorities

4/05/23 Request for Judicial Notice

04/11/23 Request for Dismissal Received - Pending Review

04/11/23 Proof of Service

4/13/23 Slip and Proposed Order to Cont Trial & Leave to Amend

Stipulation and Order filed

4-17-23 Notice of Entry of Order regarding Trial Continuance

4/20/23 - Summons issued and filed

4/20/23 - First Amended Complaint

6-7-23 Proof of Service

6-7-23 Proof of Service

6-7-23 Proof of Service

6/23/2023 Proof of Service - Freedom Investments, LLC

6/23/2023 Proof of Service - Brian Weldon

6/23/2023 Proof of Service - Christian Weldon

6-23-23 Request to Enter Default Denied

6-20-23 Request for Dismissal of Cross-Complaint

7-3-23 Letter of Documents Returned Without Filing

6-27-23 Declaration of Craig Waters In Support Of Automatic 30-Day Extension

7-6-23 Request to Enter Default Denied

7-6-23 Request to Enter Default Denied

7/7/2023 Notice of Motion

7/7/2023 Memorandum of Points and Authorities

7/7/2023 Declaration Filed of Paul Singer

7/6/2023 Proposed Order for Motion to Seperate Judgment

7/5/23 Notice of Demurrer ~ Hearing 8/8/23

7/5/23 Demurrer ~ Hearing 8/8/23

7/5/23 Declaration ~ Hearing 8/8/23

7/5/23 Request for Judicial Notice ~ Hearing 8/8/23

7/5/23 MPA ~ Hearing 8/8/23

7/27/2023 Memorandum of Points and Authorities

7/27/2023 Declaration Filed

7/27/2023 Proof of Service - Brian Weldon

7/27/2023 Proof of Service - Christina Weldon

7/25/23 Proposed Order re Dem FAC HRG 8/8/23

8/1/23 Reply re Demurrer HRG 8/8/23

08/04/23 Reply filed Hrg: 08/08/23

08/04/23 Declaration Filed Hrg: 08/08/23

8/8/23 Minute Order + TR + CM

08/14/23 Proof of Service

08/14/23 Second Amended Complaint Filed

9-14-23 Request to Enter Default Denied

9-14-23 Memorandum of Costs filed

9/14/2023 Request for Dismissal filed

9/19/2023 Ex parte Filed

9/19/2023 Proposed Order for Ex Parte Hearing

9/21/23 Opposition to Ex Parte Application

9/21/23 Minute Order + CM

10/3/2023 Notice of Motion and Motion to Vacate

03/05/2024 Proof of Service

3/6/24 Memo in Opposition to Plaintiff's Motion to Vacate Dismissal HRG 3/19/24

3/6/24 CCOW Dec re Opp to Motion Vacate Dism HRG 3/19/24

3/6/24 RJN re Opp to Motion to Vacate Dism HRG 3/19/24

03/15/2024 Request for Judicial Notice

03/15/2024 Declaration Filed

03/15/2024 Memorandum of Points and Authorities

03/15/2024 Proof of Service

3/19/24 Minute Order + TR + CM

03/22/24 Notice of Entry of Order

# EXHIBIT 3:
# DESCRIPTION:

FRESNO COUNTY SUPERIOR COURT: THE CERTIFIED COURT RECORD: MC-050
(DATED 01/12/2022)

MC–050

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Craig C.O. Waters. SBN: 311109<br>Modern Legal PC<br>5412 N. Palm Avenue, Suite 105<br>Fresno, CA 93704<br>TELEPHONE NO.: 559-603-8522    FAX NO. *(Optional):* 559-777-6604<br>E-MAIL ADDRESS *(Optional):* cwaters@modernlegalpc.com<br>ATTORNEY FOR *(Name):* Weldon, Brian | **FOR COURT USE ONLY**<br><br>E-FILED<br>1/12/2022 1:40 PM<br>Superior Court of California<br>County of Fresno<br>By: Estela Alvarado, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno
STREET ADDRESS: 1130 O Street
MAILING ADDRESS: 1130 O Street
CITY AND ZIP CODE: Fresno, 93721
BRANCH NAME: B.F. Sisk Courthouse

CASE NAME:
Singer v Weldon

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>18CECG03151 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Brian Weldon    makes the following substitution:

1. Former legal representative  ☐ Party represented self  ☑ Attorney *(name):* Robert C. Abrams, Esq.
2. New legal representative  ☐ Party is representing self*  ☑ Attorney
   a. Name: Craig Waters    b. State Bar No. *(if applicable):* 311109
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      5412 N. Palm Avenue, Suite 105 in Fresno, CA 93704
      Modern Legal PC
   d. Telephone No. *(include area code):* 559-603-8522
3. The party making this substitution is a  ☐ plaintiff  ☑ defendant  ☐ petitioner  ☐ respondent  ☒ other *(specify):*
   Cross-Complainant

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: Jan 12, 2022
   Brian Weldon
   _____        *Brian Weldon*
   (TYPE OR PRINT NAME)                 Brian Weldon (Jan 12, 2022 09:43 PST)
                                        (SIGNATURE OF PARTY)

5. ☑  I consent to this substitution.
   Date: 1/12/2022
   Robert C. Abrams, Esq.
   _____        _____
   (TYPE OR PRINT NAME)                 (SIGNATURE OF FORMER ATTORNEY)

6. ☑  I consent to this substitution.
   Date: 1/12/2022
   Craig C.O. Waters, Esq.
   _____        _____
   (TYPE OR PRINT NAME)                 (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

| | | |
|---|---|---|
| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2009] | **SUBSTITUTION OF ATTORNEY—CIVIL**<br>(Without Court Order) | Page 1 of 2<br>Code of Civil Procedure, §§ 284(1), 285;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |

MC–050

| CASE NAME: | CASE NUMBER: |
|---|---|
| — Singer v Weldon | 18CECG03151 |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An* <u>unsigned</u> *copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):*

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: January 12, 2022    (2) Place of mailing *(city and state):* Fresno, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-12-22

Crystal Cervantes
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Paul Singer
   b. Address *(number, street, city, and ZIP):*
      4928 E. Washington Avenue
      Fresno, CA 93727
   c. Name of person served: Benchmark Logic Real Estate Investing and Consulting LLC
   d. Address *(number, street, city, and ZIP):*
      4928 E. Washington Avenue
      Fresno, CA 93727

   e. Name of person served:
   f. Address *(number, street, city, and ZIP):*

   g. Name of person served:
   h. Address *(number, street, city, and ZIP):*

   i. Name of person served:
   j. Address *(number, street, city, and ZIP):*

   ☐  List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2009]

### SUBSTITUTION OF ATTORNEY—CIVIL
#### (Without Court Order)

Page 2 of 2

The foregoing instrument is a correct
copy of the original on file in this
office.

ATTEST:   APR 2 2 2025

State of California, County of Fresno
By _____
Superior Court Clerk

M. Pivovaroff          DEPUTY



# EXHIBIT 4:
# DESCRIPTION:
STATE BAR CLOSING LETTER (dated 09/19/2024)



**The State Bar**
*of California*

**OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017          213-765-1429          kristina.charles@calbar.ca.gov

September 19, 2024

Paul Singer
4928 E Washington Ave
Fresno CA  93727

RE:    Case Number:        24-O-20068
        Respondent:          Craig C. O. Waters

Dear Paul Singer:

The State Bar's Office of Chief Trial Counsel has reviewed your complaint against Craig C. O. Waters to determine whether there are sufficient grounds to prosecute a possible violation of the State Bar Act and/or Rules of Professional Conduct.

In your complaint and subsequent additional information, you stated that you represented yourself in pro per and Mr. Waters was opposing counsel. You alleged that Mr. Waters violated Rule 8.4, violated your due process, made false statements, and delayed litigation.

Based on our evaluation of the information provided, we are closing your complaint.

It is misconduct for a lawyer to fail to support the Constitution and laws of the United States and this state. Here, you alleged that Mr. Waters violated your due process by delaying litigation. In the materials you sent in, there appear to be disagreements about meets and confer and other litigation issues, indicating that there were delays due to disputes of fact and law between the parties on both sides, which are best handled by the court, as discussed below. These facts, as alleged in the complaint, are insufficient to support the conclusion that the attorney violated the Constitution or a federal or state law.

As opposing counsel, the lawyer does not owe you a duty to perform legal services on your behalf, to communicate with you, or to cooperate with you in resolving the matter in a manner that is favorable to you. Instead, the lawyer has a responsibility to pursue their client's best interests and is entitled to rely on information from their client in good faith while taking the legal actions they deem necessary to protect those interests. This is true even when to do so

Paul Singer
September 19, 2024
Page 2

might directly conflict with your interests or those of other parties involved. This conflict alone is insufficient to demonstrate misconduct. Similarly, a disagreement between opposing parties as to the merits of a particular legal action does not mean that a lawyer engaged in misconduct.

In addition, the court having jurisdiction over your case, and not the discipline system, is the appropriate venue to determine a solution to such factual disputes, and to issue any remedies. The State Bar cannot intervene on your behalf, cannot rule upon the merits of these issues, and must defer to the decisions of the courts on these points. The State Bar also cannot offer you legal advice. As a result, you may wish to consult with a lawyer to determine what options may be available to you. Our closing of your complaint is not a determination of the validity of any legal dispute, but only that the allegations you made do not support a finding that the lawyer violated the State Bar Act or the Rules of Professional Conduct. If the court were to find any impropriety by the lawyer, please forward any written findings or a transcript of any oral findings to this office for review.

For these reasons, the State Bar is closing this matter.

If you have new facts and circumstances that you believe may change our determination to close your complaint, you may submit a written statement with the new information to the Intake Unit for review. If you have any questions about this process, you may call Trial Counsel Kristina Charles at 213-765-1429. If you leave a voice message, be sure to clearly identify the lawyer complained of, the case number assigned, and your telephone number including the area code. We should return your call within two business days.

If you have presented all of the information that you wish to have considered, and you disagree with the decision to close your complaint, you may request that the State Bar's Complaint Review Unit review your complaint. The Complaint Review Unit will recommend that your complaint be reopened if it determines that further investigation is warranted. To request review by the Complaint Review Unit, you must submit your request in writing, either:

1) Via email: Within 90 days of the date of this letter, by email to: CRU@calbar.ca.gov; or

2) Via United States Mail: Post-marked within 90 days of the date of this letter, by United States Mail to:

The State Bar of California

Paul Singer
September 19, 2024
Page 3

Complaint Review Unit
Office of General Counsel
180 Howard Street
San Francisco, CA 94105-1617

If you decide to send new information or documents to this office, the 90-day period will continue to run during the time that this office considers the new material. You may wish to consult with legal counsel for advice regarding any other available remedies. You may contact your local or county bar association to obtain the names of attorneys to assist you in this matter.

We would appreciate if you would complete a short, anonymous survey about your experience with filing your complaint. While your responses to the survey will not change the outcome of the complaint you filed against the attorney, the State Bar will use your answers to help improve the services we provide to the public. The survey can be found at https://www.calbar.org/octc/intake.

Thank you for bringing your concerns to the attention of the State Bar.

Sincerely,

*Kristina Charles*

Kristina Charles
Trial Counsel



6110

# THE STATE BAR OF CALIFORNIA

845 South Figueroa Street, Los Angeles, California 90017-2515

SAN FRANCISCO CA

19 SEP 2024 PM 3 L



US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 94105
02 4W    $ 000.69⁰
0000375486 SEP 19 2024

Paul Singer
4928 E Washington Ave
Fresno CA 93727

93727-305728

Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Se

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, in individual | Case No.: Case No.: 1:25-cv-00532-KES-SAB |
| *Plaintiff, pro se,* | |
| v. | **DECLARATION OF PAUL V. SINGER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE** |
| **Craig C.O. Waters, et al.,** | |
| *Defendants.* | |
| | **Date: August 4, 2025** |
| | **Time: 1:30 p.m.** |
| | **Courtroom: 6, 7th Floor** |
| | **Judge: Hon. Kirk E. Sherriff** |

I, **Paul V. Singer,** declare under penalty of perjury under the laws of the State of California and the United States as follows:

1. **Personal Knowledge**: I am the Plaintiff in this action and have personal knowledge of the facts stated herein.

2. **Fraudulent MC-050 Form (Exhibit 3):**

///
///
///
///

1
**DECLARATION OF PAUL V. SINGER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

- On **01/12/2022**, Defendant **Craig C.O. Waters** filed an **MC-050 Substitution of Attorney** form (attached as **Exhibit 3**) in *Fresno Superior Court Case No. 18CECG03151.*

- The form falsely stated that **Robert Abrams** was the "original attorney of record" and that Abram consented to substitution.

3. **Certified Court Records (Exhibits 1–2):**

  - I obtained and reviewed the **certified docket (Exhibit 1)** and **Clerk's Certificate (Exhibit 2)** for Case No. 18CECG03151.

  - These records confirm:

    - **No filings by Robert Abrams** appear in the case;

    - **All pleadings** were filed solely by Craig Waters; and

    - **No substitution** of attorney ever lawfully filed by Abrams, as a matter of law.

4. **State Bar's Deliberate Indifference (Exhibit 4):**

  - On **06/24/2024**, I filed a complaint with the **State Bar of California** regarding Waters' fraud.

  - The State Bar's **Closure Letter (Exhibit 4)** admits they:

    - **Did not review the court records** (Exhibits 1–2).

    - **Relied solely on Waters' false statements** without investigation.

5. **Good Faith Basis:**

///
///
///
///
///
///
///

2

**DECLARATION OF PAUL V. SINGER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

      o   I make this declaration in **good faith** to demonstrate that:

            ▪   Waters committed **fraud on the court**.

            ▪   The State Bar **violated due process** by ignoring conclusive evidence, when they failed to review court records.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. **Executed on July 1O, 2025 at Fresno, California.**

*[signature]*

**Paul V. Singer, Plaintiff Pro Se**

**DECLARATION OF PAUL V. SINGER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

**CERTIFICATE OF SERVICE**

I certify that on July  10  ,2025,  I served **DECLARATION OF PAUL V. SINGER IN SUPPORT**

**OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

via:

✓ CM/ECF on all registered counsel;

Ellin Davtyan (238608)
General Counsel
Ellin.Davtyan@calbar.ca.gov

Kirsten Caller (227171)
Deputy General Counsel
gabe@matchstick.legal.com

Jennifer Sperling (310551)
Assistant General Counsel
jennifer.sperling@calbar.ca.gov

✓ Certified Mail # 9589 0710 5270 0343 5927 95   to State Bar of California at

845 South Figueroa Street, Los Angeles, California 90017

_Dana Singer_
**Dana Singer**

**DECLARATION OF PAUL V. SINGER IN SUPPORT OF OPPOSITION TO MOTION TO
DISMISS AND MOTION FOR JUDICIAL NOTICE**

**PROOF OF SERVICE ATTACHED**

I am over 18 years of age, and not a party to the case.  I resided at 4928 E. Washington Avenue,

Fresno California, 93727.

I certify that on July  10  ,2025,  I served **DECLARATION OF PAUL V. SINGER IN SUPPORT**

**OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

via:

Certified Mail #  9589 0710 5270 0343 5927  95   to State Bar of California at

845 South Figueroa Street, Los Angeles, California 90017

**Dana Singer**

5

**DECLARATION OF PAUL V. SINGER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AND MOTION FOR JUDICIAL NOTICE**

Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAUL V. SINGER, in individual<br><br>*Plaintiff, pro se,*<br><br>v.<br><br>**Craig C.O. Waters, et al.,**<br><br>*Defendants.* | Case No.: Case No.: 1:25-cv-00532-KES-SAB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND GRANTING JUDICIAL NOTICE**<br><br>**Date: August 4, 2025**<br>**Time: 1:30 p.m.**<br>**Courtroom: 6, 7th Floor**<br><br>**Judge: Hon. Kirk E. Sherriff** |

The Court, having considered **Plaintiff's Consolidated Opposition to Motion to Dismiss and Motion for Judicial Notice**, along with the supporting **Declaration of Paul V. Singer** and **Exhibits 1–4**, hereby rules as follows:

**I. JUDICIAL NOTICE**

Pursuant to **Federal Rule of Evidence 803(7)** and **California Evidence Code § 1272**, the Court **GRANTS** Plaintiff's Motion for Judicial Notice of the following exhibits:

    1. **Exhibit 1**: Certified Docket ANSWER for *Fresno Superior Court Case No. 18CECG03151.*

///
///

1
**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND**

2. **Exhibit 2**: California Superior Court, Fresno County Online portal: confirming no filings by Robert Abrams.

3. **Exhibit 3**: Fraudulent MC-050 Substitution of Attorney filed by Craig Waters.

4. **Exhibit 4**: State Bar Closure Letter admitting failure to review the court records.

## II. MOTION TO DISMISS

Defendants' Motion to Dismiss under **FRCP 12(b)(1) and 12(b)(6)** is **DENIED** for the following reasons:

1. **Subject Matter Jurisdiction Exists Under *Ex Parte Young***:

   o The State Bar's refusal to review court records constitutes an **ongoing due process violation**, waiving sovereign immunity (*Kohn v. State Bar*, 87 F.4th 1023 (9th Cir. 2023)).

2. **Plausible § 1983 Claim**:

   o The FAC, supported by **judicial records**, plausibly alleges:

      ▪ **Fraud by Waters** (false MC-050 filing).

      ▪ **Deliberate indifference by the State Bar** (ignoring fraud evidence).

## III. FINDINGS

The Court **DEEMS ESTABLISHED** that:

1. **Robert Abrams never appeared** in *Fresno Superior Court Case No. 18CECG03151*.

2. **Craig Waters committed fraud** by falsely claiming Abrams' involvement.

3. The State Bar of California failed to review court records (Ex. 1-2) before closing Plaintiff's complaint, as admitted in Ex. 4.

///
///
///
///

2

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND**

**IV. NEXT STEPS**

Defendants shall file an Answer within **14 days** of this Order.

**IT IS SO ORDERED.**

Dated: _____        _____

                                        **Hon. Kirk E. Sherriff**
                                        United States District Judge

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND**

**CERTIFICATE OF SERVICE**

I certify that on July ⎯10⎯ ,2025,  I served **[PROPOSED] ORDER DENYING DEFENDANTS'**

**MOTION TO DISMISS AND GRANTING JUDICIAL NOTICE** via:

✓ CM/ECF on all registered counsel;

Ellin Davtyan (238608)
General Counsel
Ellin.Davtyan@calbar.ca.gov

Kirsten Caller (227171)
Deputy General Counsel
gabe@matchstick.legal.com

Jennifer Sperling (310551)
Assistant General Counsel
jennifer.sperling@calbar.ca.gov

✓ Certified Mail # 9589 0710 5270 0343 5927 95        to State Bar of California at

845 South Figueroa Street, Los Angeles, California 90017

Dana Singer
**Dana Singer**

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND**

1

## PROOF OF SERVICE ATTACHED

2

I am over 18 years of age, and not a party to the case.  I resided at 4928 E. Washington Avenue,

3

Fresno California, 93727.

4

5

I certify that on July __10__ ,2025,  I served **[PROPOSED] ORDER DENYING DEFENDANTS'**

6

**MOTION TO DISMISS AND GRANTING JUDICIAL NOTICE**  via:

7

Certified Mail # 9589 0710 5270 0343 5927 95                    to State Bar of California at

8

9

845 South Figueroa Street, Los Angeles, California 90017

10

11

_Dana Singer_

12

**Dana Singer**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND**