**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX. A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0822

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>**DEFENDANT CRAIG C.O. WATERS, ESQ.'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Judge:　Hon. Stanley A. Boone<br>Date:　August 20, 2025<br>Time:　10:00 a.m.<br>Crtrm.:　9<br><br>District Judge:  Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone<br><br>Trial Date:　　None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 20, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Stanley A. Boone, United States District Court, Eastern District of California, Courtroom 9, Defendant CRAIG C.O. WATERS, ESQ. ("Attorney Waters") will

Case 1:25-cv-00532-KES-SAB    Document 34    Filed 07/14/25    Page 2 of 4

and hereby moves to dismiss with prejudice the first amended complaint filed by Plaintiff PAUL V. SINGER ("Singer") and all causes of action and claims alleged against Attorney Waters therein, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief may be granted on the grounds that:

1. The California litigation privilege under California Civil Code section 47 serves as a complete bar to Singer's state law claims for Fraud and Intentional Misrepresentation; Equitable Relief to Reopen the Lower Court Case; and Equitable Relief to Open Investigation by the California Department of Real Estate.

2. Singer's first amended complaint does not state cognizable claims for either fraud or intentional misrepresentation. Attorney Waters did not make misrepresentations in trial court documents filed the previous state court action.

3. The *Rooker-Feldman* doctrine bars Singer's equitable claim to reopen the previous state court action. *Cooper v. Ramos*, 704 F.3d 772, 777 (9th Cir. 2012).

4. A federal court does not have jurisdiction to entertain Singer's claim for equitable relief to order California Department of Real Estate to investigate Attorney Waters. *Doe v. Regents of the Univ. of Cal.*, 891 F.3d 1147, 1153 (9th Cir. 2018).

5. The *Noerr-Pennington* doctrine bars Singer's claim for Deprivation of Constitutional Rights under 42 U.S.C. section 1983. *Kearney v. Foley & Lardner, LLP*, 590 F.3d 638, 643–44 (9th Cir. 2009); *Sosa v. DIRECTV, Inc.*, 437 F.3d 923, 929 (9th Cir. 2006).

6. Singers' Federal Rule of Civil Procedure 11 claim is barred because the Federal Rules of Civil Procedure are not actionable, and they do not apply California courts. *Kimbell v. Benner*, Case No. CV 17-4767 FMO (SS),

2
DEFENDANT CRAIG C.O. WATERS, ESQ.'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

2018 U.S. Dist. Lexis 120138, at *17 (C.D. Cal June 29, 2018), citing *Port Drum Co. v. Umphrey*, 852 F.2d 148, 149–50 (5th Cir. 1988); *Laufman v. Hall-Mack Co.*, 215 Cal. App. 2d 87, 89 (1963).

This Motion is based upon this Amended Notice of Motion; the Memorandum of Points and Authorities filed on July 7, 2025, the First Amended Complaint and Exhibits filed on July 7, 2025, the Request for Judicial Notice filed on July 7, 2025, exhibits requested to take judicial notice, the Declaration of Alex A. Graft filed on July 7, 2025, the pleadings, records and files in this action, and upon such further oral or documentary evidence and argument as may be presented at or before the hearing and any other matter the Court may deem appropriate.

DATED: July 14, 2025            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Alex A. Graft*
       ALEX A. GRAFT
       Attorneys for Defendant CRAIG C.O. WATERS, ESQ.

# CERTIFICATE OF SERVICE
*Singer v. Waters, et al.*
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 14, 2025, I served the following document(s): **DEFENDANT CRAIG C.O. WATERS, ESQ.'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Plaintiff Pro Per**<br>Paul V. Singer<br>4928 E. Washington Avenue<br>Fresno, CA 93727<br>Phone: 559-871-6400<br>*Via U.S. Mail* | **Attorneys for Defendants**<br>**KRISTIN CHARLES, LOUISA AYRAPETYAN,**<br>**BRANDON N. STALLINGS**<br>ELLIN DAVTYAN<br>General Counsel<br>KIRSTEN GALLER<br>Deputy General Counsel<br>JENNIFER SPERLING<br>Assistant General Counsel<br>OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA<br>845 South Figueroa Street<br>Los Angeles, CA 90017<br>Phone: 213-765-1000<br>Fax:    415-538-2321<br>Email: jennifer.sperling@calbar.ca.gov |
|---|---|

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 14, 2025, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham