**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX. A. GRAFT, SB# 239647
   E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0822

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAUL V. SINGER, in individual, | Case No. 1:25-cv-00532-KES-SAB |
| Plaintiff, | **DEFENDANT CRAIG C.O. WATERS, ESQ.'S AMENDED NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16** |
| vs. | |
| CRAIG C.O. WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40, | Judge:   Hon. Stanley A. Boone<br>Date:    August 20, 2025<br>Time:    10:00 a.m.<br>Crtrm.:   9<br><br>District Judge:    Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone |
| Defendants. | Trial Date:           None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 20, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9 of the above entitled court, Defendant, CRAIG C.O. WATERS, ESQ. ("Attorney Waters") does hereby move this court to strike the three state law based causes of action for (1) Fraud and Intentional Misrepresentation; (2) Equitable Relief to Reopen the Lower Court Case; and (3) Equitable Relief to Open Investigation by the California



159976312.1

1

DEFENDANT CRAIG C.O. WATERS, ESQ.'S AMENDED NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

1  Department of Real Estate in the First Amended Complaint filed by Plaintiff Paul V. Singer
2  ("Singer") pursuant to California Code of Civil Procedure section 425.16.
3     This Motion is made on the ground that the three state law claims alleged in Singer's
4  Amended Complaint against Attorney Waters arise from Attorney Waters' acts in furtherance of
5  his constitutional rights of petition and speech, triggering the protections of California Code of
6  Civil Procedure section 425.16. Further, Singer's state law claims against Attorney Waters are
7  without merit because the California litigation privilege under California Civil Code section 47
8  completely bars Singer from bringing his state law claims, and Singer has failed to plead state law
9  claims from which relief may be granted. Singer thus cannot sustain his burden of demonstrating a
10 probability of prevailing on the merits of his state law claims.
11    This Motion is made and based on this Amended Notice, the Memorandum of Points and
12 Authorities in support thereof filed on July 7, 2025, the Declaration of Alex A. Graft filed on July
13 7, 2025, Request for Judicial Notice filed on July 7, 2025, the pleadings and papers on file herein,
14 matters which the Court might or must take judicial notice, as well as any further briefing, oral
15 argument and evidence that the Court may permit.

16 DATED: July 14, 2025            LEWIS BRISBOIS BISGAARD & SMITH LLP

18                  By:  _/s/ Alex A. Graft_
19                       ALEX A. GRAFT
                         Attorneys for Defendant CRAIG C.O. WATERS,
20                       ESQ.

**CERTIFICATE OF SERVICE**
*Singer v. Waters, et al.*
U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 14, 2025, I served the following document(s): **DEFENDANT CRAIG C.O. WATERS, ESQ.'S AMENDED NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| **Plaintiff Pro Per**<br>Paul V. Singer<br>4928 E. Washington Avenue<br>Fresno, CA 93727<br>Phone: 559-871-6400<br>*Via U.S. Mail* | **Attorneys for Defendants**<br>**KRISTIN CHARLES, LOUISA AYRAPETYAN,**<br>**BRANDON N. STALLINGS**<br>ELLIN DAVTYAN<br>General Counsel<br>KIRSTEN GALLER<br>Deputy General Counsel<br>JENNIFER SPERLING<br>Assistant General Counsel<br>OFFICE OF GENERAL COUNSEL<br>THE STATE BAR OF CALIFORNIA<br>845 South Figueroa Street<br>Los Angeles, CA 90017<br>Phone: 213-765-1000<br>Fax:    415-538-2321<br>Email: jennifer.sperling@calbar.ca.gov |
|---|---|

The documents were served by the following means:

☒    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒    (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 14, 2025, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham