FILED
JUL 28 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: *Pro Se*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

PAUL V. SINGER, an individual

Plaintiff,

v.

CRAIG C.O. WATERS, et al.,

Defendants.

Case No.: 1:25-cv-00532-KES-SAB

**NOTICE OF LODGMENT OF DECLARATION OF ALEX A. GRAFT (DKT. 27-3)**

Judge: Hon. Stanley A. Boone

Date: August 14, 2025
Time: 10:00 a.m.
Crtrom: 9

District Judge: Kirk E. Sherriff
Magistrate Judge: Stanley A. Boone

Trial Date: None Set

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff **Paul V. Singer**, in support of his concurrently filed **Objection and Sur-Reply to Defendant Craig Waters' Reply in Support of Motion to Dismiss**, hereby lodges the following document with the Court:

- **Declaration of Alex A. Graft**, originally filed in the U.S. District Court for the Eastern District of California, case no. 1:25-cv-00531-KES-SAB, as **Dkt. 27-3**, and incorporated

by reference therein.

This document is submitted for the limited purpose of aiding judicial notice and evidentiary review pursuant to **Federal Rule of Evidence 201(b) and (d)** and relevant California authorities. Plaintiff respectfully requests that the Court deem this document part of the official record for purposes of adjudicating Defendant's pending motions.

Dated: July 28, 2025

Respectfully submitted,

**Paul V. Singer**
Plaintiff, *Pro Se*

# EXHIBIT "A"
# Description: Declaration of Alex A. Graft (DKT. 27-3)

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX. A. GRAFT, SB# 239647
E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0822

Attorneys for Defendant
CRAIG C.O. WATERS, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

PAUL V. SINGER, in individual,

Plaintiff,

vs.

CRAIG C.O WATERS, ESQ., in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTIN CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40,

Defendants.

Case No. 1:25-cv-00532-KES-SAB

**DECLARATION OF ALEX A. GRAFT IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**

Filed Concurrently with Notice of Special Motion to Strike; Memorandum of Points and Authorities; Request for Judicial Notice

Judge: Hon. Kirk E. Sherriff
Date: August 4, 2025
Time: 1:30 p.m.
Crtrm.: 6

District Judge: Kirk E. Sherriff
Magistrate Judge: Stanley A. Boone

Trial Date: None Set

## DECLARATION OF ALEX A. GRAFT

I, Alex A. Graft, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant CRAIG C.O. WATERS, ESQ. ("Attorney Waters") herein. The facts set forth herein

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Attached hereto as Exhibit "1" is a true and correct copy of the complaint filed by plaintiff Paul V. Singer ("Singer") on August 23, 2018, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

3. Attached hereto as Exhibit "2" is a true and correct copy of the answer filed by Attorney Waters on behalf of defendant Brian Weldon (Weldon) on July 3, 2019, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

4. Attached hereto as Exhibit "3" is a true and correct copy of the substitution of attorney filed by Attorney Waters on behalf of Weldon on January 12, 2022, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

5. Attached hereto as Exhibit "4" is a true and correct copy of the motion for sanctions filed by Attorney Waters on behalf of Weldon on February 21, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

6. Attached hereto as Exhibit "5" is a true and correct copy of the Declaration of Craig Waters filed by Attorney Waters on behalf of Weldon on February 21, 2023, in support of the sanctions motion, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

7. Attached hereto as Exhibit "6" is a true and correct copy of the notice of non-opposition to the motion for sanctions filed by Attorney Waters on behalf of Weldon on March 8, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs.*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

158203872.1
2
DECLARATION OF ALEX A. GRAFT IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

*Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

8. Attached hereto as Exhibit "7" is a true and correct copy of the order granting the motion for sanctions filed by the trial court on March 15, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

9. Attached hereto as Exhibit "8" is a true and correct copy of the request for dismissal filed by Singer on June 20, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

10. Attached hereto as Exhibit "9" is a true and correct copy of the motion to set aside the dismissal filed by Singer on October 3, 2023, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

11. Attached hereto as Exhibit "10" is a true and correct copy of the order denying the motion to set aside the dismissal filed by the trial court on March 19, 2024, in the Superior Court of California, for the County of Fresno, in the case *Paul Singer vs. Brian Weldon*, Case No. 18CECG03151, which is judicially noticeable as explained in the concurrently filed request for judicial notice.

12. Attached hereto as Exhibit "11" is a true and correct copy of the complaint filed in this action by Singer on May 6, 2025.

13. In response to Singer's complaint, I caused to be filed on behalf of my client, Attorney Waters, an anti-SLAPP motion to strike Singer's state law causes of action and a motion to dismiss Singer's entire complaint.

14. Attached hereto as Exhibit "12" is a true and correct copy of the amended complaint filed in this action by Singer on June 23, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

158203872.1

3

DECLARATION OF ALEX A. GRAFT IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

Case 1:25-cv-00532-KES-SAB Document 27-3 Filed 07/07/25 Page 4 of 5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 7th day of July, 2025, at San Francisco, California.

/s/ Alex A. Graft
Alex A. Graft

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

158203872.1
4
DECLARATION OF ALEX A. GRAFT IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

**CERTIFICATE OF SERVICE**
*Singer v. Waters, et al.*
**U.S.D.C., Eastern District, Fresno Division, Case No. 1:25-cv-00532-KES-SAB**

STATE OF CALIFORNIA, COUNTY OF PLACER

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 7, 2025, I served the following document(s): **DECLARATION OF ALEX A. GRAFT IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Plaintiff Pro Per**
Paul V. Singer
4928 E. Washington Avenue
Fresno, CA 93727
Phone: 559-871-6400

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 7, 2025, at Roseville, California.

/s/ Jennifer Marigmen
JENNIFER MARIGMEN

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

158203872.1 1

DECLARATION OF ALEX A. GRAFT IN SUPPORT OF DEFENDANT CRAIG C.O. WATERS, ESQ.'S SPECIAL MOTION TO STRIKE THE STATE LAW CAUSES OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16