Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: *Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL V. SINGER, an individual

    Plaintiff,

v.

CRAIG C.O. WATERS, et al.,

    Defendants.

Case No.: 1:25-cv-00532-KES-SAB

PROOF OF SERVICE

Judge: Hon. Stanley A. Boone

Date: August 14, 2025
Time: 10:00 a.m.
Crtrom: 9

District Judge: Kirk E. Sherriff
Magistrate Judge: Stanley A. Boone

Trial Date: None Set

I, Dana Singer, the undersigned, declare that I am over the age of 18 years and not a party to the within action. My business/resident address is:

    4928 E. Washington Avenue, Fresno, California 93727

On the date below, I served the following documents:

1. NOTICE OF PLAINTIFF'S OBJECTION AND PLAINTIFF'S OBJECTION BY SUR-REPLY TO DEFENDANT CRAIG WATERS' REPLY IN SUPPORT OF MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFF'S FAC;

1
**PROOF OF SERVICE**

2. NOTICE OF LODGMENT RE: DECLARATION OF ALEX A. GRAFT (DKT. 27-3)
via on the following parties in this action by the following means:

LEWIS BRISBORIS BISGARRAD & SMITH LLP
Alex A. Graft Esq.
45 Fremont Street, Suite 3000
San Franciso, California 94105
Attorney For Defendant: Craig C.O. Waters Esq.
Email: Alex.Graft@lewisbrisboig.com
[X] By electronic mail
[X] By placing a true and correct copy in a sealed envelope and mailing it via Certified Mail, postage fully prepaid.

OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
Jennifer Sperling Esq.
845 South Figueroa Street
Los Angeles, California 90017
Email: Jennifer.sperling@calbar.ca.gov
[X] By electronic mail
[X] By placing a true and correct copy in a sealed envelope and mailing it via Certified Mail, postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2025 at Fresno, California.

*[signature]*
DANA SINGER