1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PAUL SINGER, | Case No. 1:25-cv-00532-KES-SAB |
| 12        Plaintiff, | ORDER REGARDING PLAINTIFF'S SURREPLY OBJECTIONS TO |
| 13     v. | DEFENDANT CRAIG C.O. WATERS ESQ'S REPLY AND VACATING AUGUST |
| 14  CRAIG C.O. WATERS ESQ, et al., | 20, 2025 HEARING ON MOTIONS TO STRIKE AND MOTION TO DISMISS |
| 15        Defendants. | (ECF Nos. 27, 28, 36) |
| 16 | |

17          On July 7, 2025, Defendant Craig C.O. Waters Esq filed a motion to dismiss and a

18  motion to strike.  (ECF Nos. 27, 28.)  The motions have been fully briefed (ECF Nos. 33, 36,

19  37); however, on July 28, 2025, Plaintiff, who is proceeding *pro se*, filed objections by surreply

20  to Defendant's reply.  On July 29, 2025, Plaintiff lodged a declaration of Alex A. Graft.  (ECF

21  No. 39.)

22          Pursuant to the District's Local Rules, "[a]fter a reply is filed, no additional memoranda,

23  papers, or other materials may be filed without prior Court approval . . ."  L.R. 230(m).  One

24  exception to that rule is that if new evidence was submitted in a reply, an opposing party may file

25  and serve objections to the new evidence within seven days; no further argument may be made.

26  L.R. 230(m)(1).  The Court will construe Plaintiff's surreply as objections to the reply, but the

27  Court will consider the objections only to the extent they address any new evidence purportedly

28  included in the reply.  Moreover, because Plaintiff has not sought leave to lodge or file anything

1    further with the Court, the Court will disregard the lodging of the declaration of Alex. A. Graft.

2    Furthermore, in light of the fact that the motions are fully briefed, the Court has—in its

3    discretion—determined to take the motions under submission without a hearing and will vacate

4    the August 20, 2025 hearing.  (See ECF Nos. 34, 35.)

5    As a final note, the parties are reminded they must work together to resolve this action.

6    "Judges in the Eastern District of California carry the heaviest caseloads in the nation."  Rush

7    Air Sports, LLC v. RDJ Grp. Holdings, LLC, No. 1:19-cv-00385-LJO-JLT, 2019 WL 4879211,

8    at *1 (E.D. Cal. Oct. 3, 2019).  It is not a proper function of this heavily impacted Court to wade

9    through endless filings on a routine motion.  The parties are strongly encouraged to resolve their

10   disputes independently.  In doing so, the parties are required to treat each other in a civil,

11   professional, and respectful manner.  It is this Court's endeavor to secure a just, speedy, and

12   inexpensive determination of an action as contemplated by Rule 1 of the Federal Rules of Civil

13   Procedure.  The Court expects all parties, including those proceeding *pro se*, to be familiar with

14   the Federal Rules of Civil Procedure, the Local Rules, and previous orders by the Court.  See

15   L.R. 183(a).  The parties are advised that any future violation of these Rules or a Court order

16   may result in sanctions, including but not limited to stricken filings or monetary sanctions.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Accordingly, the Court hereby ORDERS:

1.    The Court construes Plaintiff's surreply (ECF No. 38) as objections to Defendant's reply (ECF No. 37) and will consider them as contemplated by Local Rule 230(m)(1);

2.    Plaintiff's notice of lodgment of the declaration of Alex. A. Graft (ECF No. 39) is DISREGARDED;

3.    The motions to strike and motion to dismiss (ECF Nos. 27, 28, 36) are hereby SUBMITTED; **no new filings shall be considered without prior authorization from the Court**; and

4.    The August 20, 2025 hearing on the motions is hereby VACATED.

IT IS SO ORDERED.

Dated:  __July 29, 2025__

STANLEY A. BOONE
United States Magistrate Judge