ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN GALLER (227171)
Deputy General Counsel
JENNIFER SPERLING (310551)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Tel.: (213) 765-1000
Fax: (415) 538-2321
jennifer.sperling@calbar.ca.gov

Attorneys for Defendants,
KRISTINA CHARLES, LOUISA AYRAPETYAN,
BRANDON N. STALLINGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, in individual,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG C.O. WATERS ESQ, in his official capacity; STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL; KRISTINA CHARLES, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; LOUISA AYRAPETYAN, in her official capacity; STATE BAR OF CALIFORNIA, OFFICE OF GENERAL COUNSEL; BRANDON N. STALLINGS, in his official capacity; and DOES 1-40<br><br>Defendants. | Case No.: 1:25-cv-00532-KES-SAB<br><br>**NOTICE OF PLAINTIFF PAUL SINGER'S NON-OPPOSITION TO DEFENDANTS KRISTINA CHARLES, LOUISA AYRAPETYAN, AND BRANDON N. STALLINGS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF JENNIFER H. SPERLING IN SUPPORT THEREOF**<br><br>JUDGE: Hon. Kirk E. Sherriff<br>COURTROOM: 6, 7th Floor |

1  TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT plaintiff Paul V. Singer ("Plaintiff"), proceeding in pro per, has failed to file or serve any opposition to Defendants KRISTINA CHARLES, LOUISA AYRAPETYAN, and BRANDON N. STALLINGS (together, the "State Bar Defendants")'s Motion to Dismiss Plaintiff's First Amended Complaint (FAC), which was filed on August 4, 2025, and is scheduled to be heard at 1:30 p.m. on September 8, 2025, before the Honorable Kirk E. Sherriff, Courtroom 6, 7th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California. Dkt. 42.

Plaintiff personally served his original complaint on May 19, 2025, and lodged a First Amended Complaint (FAC) on June 23, 2024, Dkt. 21. Sperling Decl. at ¶ 4. The FAC mooted the prior motion to dismiss filed by the State Bar Defendants. Dkt. 23. The Court permitted the State Bar Defendants an extension to August 4, 2025, to respond to the FAC, Dkt. 24, and the State Bar Defendants accordingly filed a Motion to Dismiss Plaintiff's FAC on that date. Dkt. 42. Sperling Decl. at ¶ 5. The State Bar Defendants' served Plaintiff with the Notice of Motion and Motion to Dismiss the FAC on August 4, 2025, via U.S. mail, and on the same day Plaintiff was emailed a courtesy copy of these documents. Sperling Decl. at ¶ 6.

Pursuant to Local Rule 230, an opposition to any motion must be filed and served no later than fourteen (14) days after the motion was filed. E.D. Cal. Civil Local Rules, rule 230(c). Due to the service by mail, Plaintiff had until August 21, 2024, to file an opposition. Fed. R. Civ. P. 6(d) (extending time to file and serve opposition by three days when service is by mail). As of the date of this filing, the docket for the above-captioned matter does not reflect that Plaintiff has filed any opposition to the State Bar Defendants' Motion to Dismiss the FAC (Dkt. 42). Sperling Decl. at ¶ 7. The State Bar has not been served with any opposition papers, as required under Local Rule 135 and Federal Rule of Civil Procedure 5. Sperling Decl. at ¶ 8. Nor has the Plaintiff filed a motion to extend the time to file pursuant to Local Rule 144. *Id.* By contrast, Plaintiff, at Dkts. 33, 36, and 38 did oppose the Motion to Dismiss FAC and Amended Motion to Dismiss FAC Complaint filed by non-State Bar defendant Craig Waters. Plaintiffs proceeding in pro per have the same obligations to follow the Federal Rules of Civil Procedure and the Court's Local Rules as litigants represented by counsel. L. R. 183. For all of these

reasons, Plaintiff's failure to file a timely opposition should be construed by the Court as a non-opposition to the motion. *See* L.R. 230(c).

Because Plaintiff has failed to oppose the State Bar's Motion to Dismiss the FAC while responding to the motions filed by co-defendant Waters, and for all the reasons discussed in the Memorandum of Points and Authorities in Support of the State Bar Defendants' Motion to Dismiss FAC, Plaintiff's complaint against the State Bar Defendants should be dismissed without leave to amend. Should the Court determine that oral argument is necessary to resolve the State Bar Defendants' pending Motion to Dismiss the FAC, the Plaintiff should not be entitled to be heard in opposition to the motion at oral arguments because the Plaintiff failed to file a timely opposition to the motion as required by the Local Rules. *See* L.R. 135; *see also* L.R. 230(c).

Dated: August 27, 2025                     STATE BAR OF CALIFORNIA
                                                                OFFICE OF THE GENERAL COUNSEL

                                                              By: *JENNIFER SPERLING*
                                                                   JENNIFER SPERLING
                                                                   Assistant General Counsel
                                                                   Attorneys for Defendants,
                                                                   KRISTINA CHARLES, LOUISA AYRAPETYAN,
                                                                   BRANDON N. STALLINGS

**DECLARATION OF JENNIFER H. SPERLING**

I, Jennifer H. Sperling, declare:

1. I am an attorney duly licensed to practice in this Court. I am employed as an Assistant General Counsel in the Office of General Counsel of the State Bar of California. I represent the Defendants Kristina Charles, Louisa Ayrapetyan, and Brandon Stallings (together, the "State Bar Defendants") in this action.

2. I make this declaration in support of the State Bar Defendants' Notice of Plaintiff Paul Singer's Non-Opposition to Defendants Kristina Charles, Louisa Ayrapetyan, and Brandon N. Stallings' Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. 42.

3. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

4. Plaintiff, who is proceeding pro se, personally served his original complaint on May 19, 2025, and lodged a First Amended Complaint (FAC) on June 23, 2024, Dkt. 21. The FAC mooted the prior motion to dismiss filed by the State Bar Defendants. Dkt. 23.

5. The Court permitted the State Bar Defendants an extension to August 4, 2025, to respond to the FAC, Dkt. 24, and the State Bar Defendants accordingly filed a Motion to Dismiss Plaintiff's FAC on that date. Dkt. 42.

6. The State Bar Defendants, through counsel, served Plaintiff with the Notice of Motion and Motion to Dismiss the FAC on August 4, 2025, via U.S. mail, and on the same day I directed that Plaintiff be emailed a courtesy copy of these documents, and I was copied on this email.

7. As of the date of this filing, the docket for the above-captioned matter does not reflect that Plaintiff has filed any opposition to the State Bar Defendants' Motion to Dismiss the FAC filed at Dkt. 42.

8. The State Bar has not been served with any opposition papers, as required under Local Rule 135 and Federal Rule of Civil Procedure 5. Nor has the Plaintiff filed a motion to extend the time to file pursuant to Local Rule 144.

-4-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2025, in Los Angeles, California

                                     */s/  JENNIFER H. SPERLING*
                                      JENNIFER H. SPERLING

Notice of Plaintiff's Non-Opposition to Defendants' Mot. to Dismiss FAC     Case No. 1:25-cv-00532-KES-SAB

# DECLARATION OF SERVICE

I, Ryan Sullivan, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On August 27, 2025, following ordinary business practice, I filed via the United States District Court, Eastern District of California electronic case filing system, the following:

**NOTICE OF PLAINTIFF PAUL SINGER'S NON-OPPOSITION TO DEFENDANTS KRISTINA CHARLES, LOUISA AYRAPETYAN, AND BRANDON N. STALLINGS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF JENNIFER H. SPERLING IN SUPPORT THEREOF**

Participants in the case who are registered CM/ECF users will be served.

*See the CM/ECF service list.*

I also served a copy on the following parties:

Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727

By the following means:

☒   (***By U.S. Mail***) By enclosing the foregoing documents in a sealed envelope or package addressed to the persons at the addresses above and either:

☐   depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid; or

☒   placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the State Bar's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on August 27, 2025.

*Ryan Sullivan*
Ryan Sullivan