Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: *Pro Se*

**FILED**

SEP 02 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL V. SINGER, an individual<br><br>Plaintiff,<br><br>v.<br><br>**CRAIG C.O. WATERS,** et al<br><br>**DOES 1–10,**<br><br>Defendants. | Case No.: 1:25-cv-~~00531~~-KES-SAB  00532<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Stanley A. Boone<br><br>Date: November 5, 2025<br>Time: 10:00 a.m.<br>Crtrom: 9<br><br>District Judge: Kirk E. Sherriff<br>Magistrate Judge: Stanley A. Boone<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 5, 2025, at 10:00 a.m, or as soon thereafter as the matter may be heard in Courtroom 9 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, California, before the Honorable Stanley A. Boone, Plaintiff Paul V. Singer will and hereby does move the Court for leave to file his Second Amended Complaint. This motion is made pursuant to Federal Rule of Civil Procedure 15(a)(2), which provides that leave to amend should be freely given when justice so requires, and Local Rule 230(b)

of the Eastern District of California, which requires that notice of a motion be given at least 28 days before the hearing.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Second Amended Complaint (attached as Exhibit A to the motion), the Request for Judicial Notice and **Exhibits 1–17**, the Proposed Orders, all pleadings and records on file in this action, and upon such other matters as may be presented at the hearing.

Dated: 9/02, 2025

Respectfully submitted,

Paul V. Singer
Plaintiff, Pro Se
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400

Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL V. SINGER**, in individual<br><br>Plaintiff,<br>v.<br><br>**CRAIG C. WATERS, et al.,**<br><br>Defendants. | Case No.: 1:25-cv-00532-KES-SAB<br><br>PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Time: 10.00 a.m.<br>Date: November 5, 2025<br>Dept: 9<br>Hon: Stanley A. Boone |

Having considered Plaintiff Paul V. Singer's Motion for Leave to File Second Amended Complaint, and good cause appearing under **Federal Rule of Civil Procedure 15(a)(2)** and controlling precedent favoring liberal amendment:

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Leave to File Second Amended Complaint is **GRANTED.**

2. The Second Amended Complaint attached as Exhibit A to the Motion is deemed **FILED as of the date of this Order.**

3. Defendants shall file their responsive pleading(s) to the Second Amended Complaint **within the time limits set forth in Federal Rule of Civil Procedure 12(a)(1)(A)** (21 days after service of the pleading, unless otherwise stipulated or ordered by the Court).

4. This Order constitutes a **final, signed, and filed order** resolving Plaintiff's Motion for Leave to File, in compliance with:

    a. **28 U.S.C. § 1291** (final decisions are appealable);

    b. **Federal Rule of Civil Procedure 58(a)** (separate document requirement);

    c. **Federal Rule of Civil Procedure 79(a)** (docket entry requirement);

    d. **California Code of Civil Procedure § 581d** (judgments/orders must be signed and filed);

    e. **California Code of Civil Procedure § 664.5** (entry of judgments).

5. Pursuant to these authorities, this Order is complete, enforceable, and appealable, and **no Other order is necessary.** See *Alan v. American Honda Motor Co.*, 40 Cal.4th 894, 901–02 (2007); *Bankers Trust Co. v. Mallis*, 435 U.S. 381, 384 (1978).

IT IS SO ORDERED.

Dated: _____, 2025       Hon. _____
                                                              United States District Judge