Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: *Pro Se*

FILED

SEP 02 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL V. SINGER, an individual

    Plaintiff,

v.

**CRAIG C.O. WATERS**, et al;

    Defendants.

Case No.: 1:25-cv-00532-KES-SAB

**CERTIFICATE OF EXHIBIT PREPARATION AND CHAIN OF CUSTODY**

Judge: Hon. Stanley A. Boone

Date: NOV 5th, 2025
Time: 10:00 a.m.
Crtrom: 9

District Judge: Kirk E. Sherriff
Magistrate Judge: Stanley A. Boone

Trial Date: None Set

I, **Dana Singer**, hereby certify as follows:

1. I am over the age of 18 and not a party to this action. I am the spouse of Plaintiff Paul V. Singer and assist him with clerical and filing tasks in this case.

2. On behalf of Plaintiff, I prepared the Exhibit Binder referenced in Plaintiff's Request for Judicial Notice and Second Amended Complaint.

1
**CERTIFICATE OF EXHIBIT PREPARATION AND CHAIN OF CUSTODY**

3. The binder contains Exhibits 1 through 17, each tabbed, labeled, and arranged in the order set forth in the Exhibit Index.

4. Chain of Custody:

    o Each exhibit was obtained directly from the official docket of the Fresno County Superior Court, Case No. 18CECG03151, or from related filings and correspondence connected to that case;

    o I personally downloaded or retrieved each record from the official court file;

    o After retrieval, I immediately printed and labeled the exhibit;

    o I then placed each exhibit into the binder in sequential order without alteration;

    o At all times, the exhibits have remained in my custody and under my direct control until filing.

5. These Exhibits are:

    o Formally attached to Plaintiff's Request for Judicial Notice, which is filed concurrently with the Second Amended Complaint; and

    o Also provided in a separately tabbed binder for the Court's convenience and served on all Defendants.

6. Each exhibit is a true and correct copy of the corresponding official record. No alterations or substantive modifications have been made, except for highlighting or labeling to assist the Court's review.

7. This Certificate is submitted to confirm compliance with Federal Rule of Evidence 201, Federal Rule of Civil Procedure 5(d), and the Local Rules of the Eastern District of

**CERTIFICATE OF EXHIBIT PREPARATION AND CHAIN OF CUSTODY**

California, ensuring authenticity, accuracy, and proper presentation of Exhibits 1–17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of September, 2025, at Fresno, California.

Respectfully submitted,

*Dana Singer*
Dana Singer