# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGER,<br><br>   Plaintiff,<br><br>   v.<br><br>CRAIG C.O. WATERS ESQ, et al.,<br><br>   Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>ORDER VACATING SEPTEMBER 8, 2025 HEARING ON MOTION TO DISMISS<br><br>(ECF Nos. 42, 45) |

On May 6, 2025, Plaintiff, who is proceeding *pro se*, commenced this action. (ECF No. 1.) On June 23, 2025, Plaintiff filed his amended complaint, which is the operative pleading. (ECF No. 21.) As relevant here, on August 8, 2025, Defendants Louisa Ayrapetyan, Kristin Charles, Brandon N. Stallings filed a motion to dismiss, which meant that Plaintiff's opposition was due by August 22, 2025. L.R. 230(c). Plaintiff has failed to file an opposition, and on August 27, 2025, Defendants filed a notice of non-opposition. (ECF No. 27.) The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission and shall be decided on the papers.

///

///

///

1       Accordingly, IT IS HEREBY ORDERED that the hearing set for September 08, 2025, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **September 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2