# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGER, | Case No. 1:25-cv-00532-KES-SAB |
| Plaintiff, | ORDER VACATING NOVEMBER 5, 2025 HEARING ON MOTION FOR LEAVE TO AMEND |
| v. | |
| CRAIG C.O. WATERS ESQ, et al., | (ECF No. 47) |
| Defendants. | |

On May 6, 2025, Plaintiff, who is proceeding *pro se*, commenced this action. (ECF No. 1.) On June 23, 2025, Plaintiff filed his amended complaint, which is the operative pleading. (ECF No. 21.) As relevant here, on September 2, 2025, Plaintiff filed a motion for leave to amend following motions to dismiss and strike by Defendants. (ECF No. 42) All Defendants have opposed the motion for leave to amend, and the assigned District Judge referred the motion to the undersigned for the preparation of findings and recommendations. (ECF Nos. 52, 53, 54.) The time for Plaintiff to file a reply has passed. L.R. 230(d). The Court has determined, in its discretion, to take this matter under submission without a hearing, L.R. 230(g), and will issue an omnibus order regarding the pending motions in this matter. (ECF Nos. 27, 28, 36, 42, 47.)

///

///

///

Accordingly, IT IS HEREBY ORDERED that the hearing set for November 5, 2025, is VACATED and the parties will not be required to appear at that time. The motion for leave to amend is deemed SUBMITTED. The Court will issue its findings and recommendations in due course.

IT IS SO ORDERED.

Dated:   **October 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2