UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
DEC 0 4 2025
CLERK U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

**Plaintiff:** Paul V. Singer
**Defendants:** Craig C.O. Waters, et al.
**Case No.:** 1:25-cv-00532-KES-SAB
**Assigned Judge:** Stanley A. Boone

# CLERK'S NOTICE OF FILING – MOTION TO CLARIFY AND RELATED DOCUMENTS

Plaintiff respectfully submits the following filings for entry on the docket and, if appropriate, for calendar scheduling before the assigned judge. These filings relate to Plaintiff's *Motion for Leave to File Second Amended Complaint* Dkt.1:25-cv-00532-KES-SAB and the corresponding *Request for Judicial Notice* Dkt.1:25-cv-00532-KES-SAB.

**Filed together:**

1. Motion to Clarify Regarding the Court's Treatment of Plaintiff's Request for Judicial Notice; Supporting Memorandum of Points and Authorities.

2. [Proposed] Order on Motion to Clarify.

3. Proof of Service / Certificate of Service.

**Requested action by Clerk:**

1. Log these filings under the same case number as Plaintiff's pending *Motion for Leave to File Second Amended Complaint*.

2. Route to the assigned judicial officer for review and, if appropriate, calendar for hearing or submission without oral argument under Local Rule 230(g).

Date: December 04, 2025

Respectfully submitted,

*/s/ Paul V. Singer*
Paul V. Singer, Plaintiff Pro Se
4928 E. Washington Ave., Fresno, CA 93727

1

# CERTIFICATE OF SERVICE

I certify that on December 04, 2025, I filed the foregoing **CLERK'S NOTICE OF FILING – MOTION TO CLARIFY AND RELATED DOCUMENTS** and supporting papers via United States Postal Service, First Class Mail and, which will serve all counsel of record, including:

**For Defendant Craig C.O. Waters:**
Alex A. Graft, LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont Street, Suite 3000, San Francisco, CA 94105
Email: Alex.Graft@lewisbrisbois.com

**For State Bar Defendants:**
Jennifer Sperling, Assistant General Counsel (310551)
Office of General Counsel, The State Bar of California
845 South Figueroa Street, Los Angeles, CA 90017
Email: jennifer.sperling@calbar.ca.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 12/04/ 2025

*/s/ Dana W. Singer*
Dana W. Singer, On Behalf Of:
Paul V. Singer, Plaintiff Pro Se
Case No.: 1:25-cv-00532-KES-SAB