Paul V. Singer
4928 E. Washington Avenue
Fresno, California 93727
Telephone: (559)871-6400
Attorney for Plaintiff: In Pro Se

FILED

APR 08 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL V. SINGER**, an individual<br><br>Plaintiff,<br>v.<br><br>**CRAIG C. WATERS,** an individual; **ROBERT ABRAMS,** an individual; **KRISTINA CHARLES,** in her official capacity as Chief Trial Counsel, State Bar of California; **LOUISA AYRAPETYAN,** in her official capacity as attorney, Office of General Counsel, State Bar of California; **BRANDON N. STALLINGS,** in his official capacity as attorney, Office of General Counsel, State Bar of California; **STATE BAR OF CALIFORNIA,** a public corporation;<br><br>**DOES 1–10,** inclusive,<br><br>Defendants. | Case No.: 1:25-cv-00532-KES-SAB<br><br>**NOTICE TO CLERK RE TIMELY FILING AND DOCKETING OF PLAINTIFF'S OBJECTIONS** |

TO THE CLERK OF THE COURT:

Please file and docket the attached integrated filing packet titled "Plaintiff's Objections to and Motion for Clarification of the March 26, 2026 Findings and Recommendations, supported by Memorandum of Points and Authorities, Declaration, Request for Judicial Notice, and incorporated exhibits" as timely objections to ECF No. 61, Findings and Recommendations,

pursuant to 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Eastern District of California Local Rule 304.

This integrated filing packet is submitted within the fourteen (14) day objection period measured from service of ECF No. 61 and is intended to preserve Plaintiff's full right to de novo district-judge review of each challenged finding, procedural conclusion, unresolved judicial-notice issue, discovery-sequencing issue, and leave-to-amend determination reflected therein.

Because the filing is presented as one combined objections packet with incorporated supporting sections and exhibits, Plaintiff respectfully requests that the packet be docketed in a manner that clearly reflects it as Plaintiff's Rule 72 / Local Rule 304 objections to ECF No. 61, so no portion of the integrated filing is inadvertently separated, mischaracterized, or misdated in a manner that could obscure the timeliness of the objections.

Dated: 4/8, 2026

Paul V. Singer
Plaintiff Pro Se