# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGER, | Case No. 1:25-cv-00532-KES-SAB |
| Plaintiff, | ORDER GRANTING MOTION TO VACATE INITIAL SCHEDULING CONFERENCE |
| v. | |
| CRAIG C.O. WATERS ESQ, et al., | (ECF No. 64) |
| Defendants. | |

Before the Court is a motion to vacate the initial scheduling conference filed by Defendants Kristin Charles, Louisa Ayrapetyan, and Brandon N. Stallings.  On March 26, 2026, the Court issued findings and recommendations regarding two motions to dismiss and a motion to strike filed by all defendants in this matter.  (ECF No. 61.)  The objection-response period is ongoing.

The Court finds that under the circumstances of this case, vacating the initial scheduling conference is warranted.  Accordingly, the Court GRANTS the motion (ECF No. 64) and VACATES the May 7, 2026 initial scheduling conference.

/ / /

/ / /

/ / /

/ / /

Following the decision of the District Judge on whether to adopt, modify, or decline the Court's findings and recommendations, the Court will, if appropriate, reset the initial scheduling conference.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge