# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGER,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG C.O. WATERS ESQ, et al.,<br><br>Defendants. | Case No. 1:25-cv-00532-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |

Plaintiff Paul Singer, who is proceeding pro se, commenced this action on May 6, 2025. (Doc. 1.) On May 7, 2025, Defendant Craig C.O. Waters Esq filed a motion to strike and a motion to dismiss. (Docs. 27, 28.) On July 18, 2025, Plaintiff filed a motion to strike. (Doc. 36.) On August 4, 2025, Defendants Louisa Ayrapetyan, Kristin Charles, and Brandon N. Stallings filed a motion to dismiss. (Doc. 42.) On September 2, 2025, Plaintiff filed a motion for leave to file a second amended complaint, and on December 4, 2025, Plaintiff filed a motion to clarify. (Docs. 47, 60.) The undersigned referred the motions to the assigned magistrate judge for the preparation of findings and recommendations. (Docs. 32, 43, 54.)

On March 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that the court grant the motions filed by the Defendants and deny Plaintiff's motion to strike, motion for leave to file a second amended complaint, and motion to clarify. (Doc. 61.) The findings and recommendations informed the parties that they had fourteen days

within which to file objections. (*Id.*) On April 8, 2026, Plaintiff filed objections to the findings and recommendations. (Doc. 62.) While Plaintiff's objections total 126 pages including exhibits, Plaintiff fails to meaningfully address the multiple deficiencies in the first amended complaint that the magistrate judge identified, including Plaintiff's lack of standing as to his claims against Defendant Waters and the Eleventh Amendment sovereign immunity bar that precludes his claims against the State Bar Defendants. The objections do not undermine the magistrate judge's thorough and well-reasoned analysis.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff's objections are overruled. Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 61) filed March 26, 2026, are ADOPTED in full as follows:
   a. Defendant Craig C.O. Waters Esq's motion to dismiss (Doc. 28) is GRANTED without leave to amend.
   b. Plaintiff's motion to strike (Doc. 36) is DENIED.
   c. The motion to dismiss (Doc. 42) filed by Defendants Kristin Charles, Louisa Ayrapetyan, and Brandon N. Stallings is GRANTED without leave to amend.
   d. Plaintiff's motion for leave to file a second amended complaint (Doc. 47) is DENIED.
   e. Plaintiff's motion for clarification is DENIED (Doc. 60) as moot.
2. This Clerk of the Court is DIRECTED to CLOSE this case.

IT IS SO ORDERED.

Dated: September 7, 2026

UNITED STATES DISTRICT JUDGE